IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-GPG

JOSHUA LAMONT SUTTON,

    Plaintiff,

v.

PROFECTO, Mr.,
JOHN DOE (1),
JOHN DOE (2),
MRS. MOORE,
RICHARD POUNDS,
MR. O'CONNOR,
JOHN DOE (3),
JOHN DOE (4), and
JANE DOE,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Mr. Sutton filed a "Motion for Ruling of Response to Show Cause Order" (ECF
No. 11) on July 29, 2015.  As discussed in the July 22, 2015 Order Directing Plaintiff to
File Third Amended Complaint (ECF No. 10), the Court is unable to rule *sua sponte* on
the timeliness of this action.  As such, the Motion for Ruling (ECF No. 11) is DENIED.
At this time, Mr. Sutton must file a Third Amended Complaint, in compliance with the
directives in the July 22 Order.

    Plaintiff shall file a Third Amended Complaint, in compliance with the July 22
Order, **within thirty (30) days of the date of this minute order**.  Failure to comply with
this minute order and with the July 22 Order may result in dismissal of some or all of this
action without further notice.

Dated:  July 30, 2015

---