11.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-GPG
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, CO[illegible]DO
AUG 28 2015
JEFFREY P. [illegible]WELL
CLERK

Joshua Lamont Sutton, Plaintiff,

v.

Mr. Profeeto,

John Doe (1),

John Doe (2),

Mrs. Moore,

Dr. Richard Pounds,

Mr. O'connor,

John Doe (3) and,

Lasandra Baca, Defendant(s).

(List each named defendant on a separate line.)

Third Amended **PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. Joshua Lamont Sutton, #96416, Centennial Correctional Facility,
(Plaintiff's name, prisoner identification number, and complete mailing address)
P.O. Box 777, Canon City, Colorado 81215

2. Mr. Brofeeto, 1999 A.V.C.F. Unit 4 Case Manager, c/o C.D.O.C.-HQ,
(Name, title, and address of first defendant)
2862 South Circle Drive, Colorado Springs, CO 80906

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes __ No (CHECK ONE). Briefly explain your answer:

Was an employee of the Colorado Department of Corrections.

3. John Doe (1), 1999 A.V.C.F. Shift Commander, c/o C.D.O.C.-HQ,
(Name, title, and address of second defendant)
2862 South Circle Drive, Colorado Springs, CO 80906

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes __ No (CHECK ONE). Briefly explain your answer:

Was an employee of the Colorado Department of Corrections.

4. John Doe (2), 1999 A.V.C.F. Case Manager, c/o C.D.O.C.-HQ,
(Name, title, and address of third defendant)
2862 South Circle Drive, Colorado Springs, CO 80906

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes __ No (CHECK ONE). Briefly explain your answer:

Was an employee of the Colorado Department of Corrections.

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

# A. Parties

5. Mrs. Moore, 2002 C.C.F. Unit F and G Case Manager, c/o C.D.O.C.-HQ, 2862 South Circle Drive, Colorado Springs, CO 80906 - under color of State law - Was an employee of the C.D.O.C. when the event occurred.

6. Dr. Richard Pounds, 2003 Colorado Mental Health Institute At Pueblo, 1600 West 24th Street, Pueblo, CO 81003 - under color of state law - Was contracted by C.D.O.C. to provide me mental health services.

7. Mr. O'connor - uncertain this is his actual name - 2011 L.C.F. Case Manager for Unit 1, c/o C.D.O.C.-HQ, 2862 South Circle Drive, Colorado Springs, CO 80906 - under color of State law - Was an employee of the C.D.O.C. when the event occurred.

8. John Doe (3), 2011 also a L.C.F. Case Manager for Unit 1, c/o C.D.O.C.-HQ, 2862 South Circle Drive, Colorado Springs, CO 80906 - under color of state law - Was an employee of the C.D.O.C. when the event occurred.

9. Lasandra Baca, 2014 S.C.F. Unit 1 Case Manager and my Therapeutic Community Primary Counselor, c/o C.D.O.C.-HQ, 2862 South Circle Drive, Colorado Springs, CO 80906 - under color of state law - Was an employee of the C.D.O.C. when the event occurred.

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

   X 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ___ 28 U.S.C. § 1331 and ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

______________________________________________

______________________________________________

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

1. On about 08-21-1997, at age 20, I was sentenced to prison for a non-violent offense.

2. On about 08-01-1999, at age 21, ~~I was~~ my case manager Profecto placed me in the cell with David Harris ~~by my~~ whom was known by all C.D.O.C. employees to be a serial rapist of both females in his previous community and of males inmates that were his cellmates in prison - in which event I was repeatedly punched in the face, touched on my butt, kissed on my neck, had my testicles queezed very hard for along time, told that the punching and touching would stop if I jacked him off or pulled down my pants so he could jack himself off while looking at my bare butt, pulled down my pants and shined his lamp on my butt, and masterbated while staring at my butt until he ejaculated.

3. On about 08-02-1999, I reported all of what was done to me by Harris, was ~~by~~ told by the Shift Commander to go back to my cell and put my shoes on, I repeatedly refused, was told by the Shift Commander that because it was Friday I could not be moved until Monday and to go back to my cell, I again repeatedly refused, was charged with disobeying a direct order, was put in isolation with Harris until Monday, was seen by a criminal investigater, sent back to general population with all the other

## C. Nature Of The Case

inmates, told by the other inmates that they knew I had made a report about what Harris did to me because my case manager Protecto had told several trustee inmates and the trustee inmates repeatedly told all general population inmates, the general population inmates ~~told all the~~ began telling me that I was a rat for telling and that I cannot come to recreation or gym or any other place other then my cell and the chow hall or that I had to leave the facility, my stress and anxiety continued to grow to extremes, and my case manager ~~Protecto~~ responded to my request for help by showing me his erection.

4. On about March 30, 2000, for the first time ever, I beat and kicked my cellmate until he loss complete consciousness, I immediately began crying uncontrollably, was placed in solitary confinement by John Doe(1) for about a year, then released on parole from prison, repeatedly began choking my girlfriends, forcing them to have sex, or fighting unknown men because they had looked at me, rammed my car at high speed into a man's truck, knocking him into a tree and me into a house, I repeatedly choked him until he loss consciousness several times giving me an erection, was jailed, I slammed an inmates head into a wall, was covered all over with his blood and I got an erection, my parole was violated, told Moore I was being threatened but she refused to move me I repeatedly beat choked or punched inmates, one inmate nearly died, I made an inmate take down his pants while I masterbated, was charged and sentenced too more prison time for ~~the~~ one of the beatings, diagnosed by Dr. Richard Pounds with Psychosis (Psychotic) caused by Post Traumatic Stress Disorder [Untreated], placed back in C.D.O.C. by ~~the~~ Dr. Pounds because I had turned in razer blades which initially I planned to commit suicide with - was placed in solitary confinement for about six years, released to parole, beat kicked andor choked both men and woman repeatedly, was charged and sentenced, was sent to the same prison as Harris in about Jan. 2011, planned to kill him, decided not to because I was getting out soon, told my case manager and the other case manager in the room about what Harris had done to me in 1999, was promised by them that I would be moved to a different prison, four months later I agreed to proform sexual acts with two inmates to protect me from Harris and other gang members associated with him, was then moved to another prison and released from that prison, choked beat and kicked my wife and was charged and sentenced.

## C. Nature Of The Case

5. On about 01-01-2014 through 07-01-2014, I reported all of my above stated trauma to my Theraputic Community Counselor at Sterling Correctional Facility Mrs. Lasandra Baca, she repeatedly stated that she did not know how to ~~hept~~ help me and then expelled me from the Theraputic Community -- in which I no longer was able to get counseling. ~~and nor~~

6. Lastly, on about 10-17-2014, (at D.R.D.C.) Dr. Fitzguarald informed me that untreated Post Traumatic Stress Disorder regularly leads to psychotic psychosis and that my anxiety levels get so high that small amounts of situational stress overwhelmes me and I then attack people, she then sent me to a Residential Treatment Program for serious mentally ill offenders here at the Centennial Correctional Facility, and I was placed on the best antipsychotic and other anti-anxiety medications, and I also receive about 20 hours per week of counseling and am doing well in my treatment and after I graduate this program I will be placed in an after care program.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Cruel And Unusual Punishment (8th U.S. Const. Amdt.)

Supporting Facts: On about Aug. 01, 1999, Mr. Protecto put me into a cell with David Harris - who he said he knew was a serial rapist ~~that~~ because he had raped two women in Denver and his previous cell mate in Buena Vista Correctional Facility - did not tell me Harris was a ~~serial~~ rapist, nor warned me that I might be in danger, ~~Harris~~ until after Harris had kissed my neck among other things, Harris repeatedly punched me in the face, touched my butt, kissed my neck, queezed my testicles very hard for a long time, told me that the punching and touching would stop if I jacked him off or pulled down my pants so he could jack himself off while looking at my bare butt, pulled down my pants and shined his lamp on my butt, and masterbated while staring at my butt until he ejaculated, also Protecto told trustee inmates that I had told on Harris, and Protecto and I were talking about what Harris did to me ~~Protecto that~~ then Protecto pushed his chair away from his desk showing me ~~that he had an~~ his erection.

2. Claim Two: Cruel And Unusual Punishment (8th U.S. Const. Amdt.)

On about Aug. 02, 1999, I told John Doe (1) what Harris did to me, he told me to go back to my cell and put shoes on, he told me to go back to my cell also because ~~it~~ they do not move people on Fridays, I repeatedly refused so he gave me a charge for Disobeying A Lawful Order And put me in ~~the~~ an isolation cell, and he kept me in the isolation cell until the criminal investigator told him to drop the charge he had written against me.

8. Cause Of Action

3. Claim ~~Two:~~ Three: Cruel And Unusual Punishment (8th U.S. Const. Amdt.)

Supporting Facts:

On about ~~March 30~~ Aug. 2, 1999 through March 30, 2000, I was too young to know what to do after ~~I~~ Harris sexually assaulted me, ~~the Administrative Regulation(s) Say that~~ my case manager John Doe (2) and/or Protecto ~~are~~ were responsible for taking me to a different prison because it was common practice after an event that endangered an inmates safety; however, I was not moved from the danger caused by all the inmates in the facility being told that I had told on Harris's, under that stress; I attacked my cellmate and was sent from a facility that allowed all day out to a different one that did not allow any time out of my cell.

4. Claim Four: Due Process (14th U.S. Const. Amdt.)

On about March 30, 2000, John Doe (2), sent me from general population ~~were~~ where I could come out of my cell all day long and enjoy activities that where out of my cell to a facility where I could never come out of the cell, nor go outside, nor enjoy activities out of the cell nor enjoy activities outside, ~~because I was found~~ took ~~lost~~ my sentence reduction credits totalling about 2 ~~years~~ months, and did not tell me when I would be released.

5. Claim Five: Cruel And Unusual Punishment (8th U.S. Const. Amdt.)

On about April 01, 2002 through January 01, 2003, Mrs. Moore received my statements that I was repeatedly being threated by inmates in my living unit because I had reported Harris's sexual assault on me in 1999, she repeatedly refused to move me, under that stress, I committed attempted murder of an inmate and received ~~a~~ another sentence to prison.

6. Claim Six: Due Process (14th U.S. Const. Amdt.)

On about January 01, 2003 through about ~~20~~ October 01, 2008, Mrs. Moore and Dr. Richard Pounds sent me from general population where I could come out of my cell all day long and enjoy activities

out of my cell to a Facility where I could never come out of the cell, nor go outside, nor enjoy activities out of the cell nor enjoy activities outside, took my sentence reduction credits totalling about 2 years, and did not tell me when I would be released.

7. Claim Seven: Cruel And Unusual Punishment (8th U.S. Const. Amdt.)

On about April 01, 2003, Dr. Richard Pounds found out that I had turned in razor blades that I had previously planned to use to kill myself with, and he then expelled me from the State hospital, and sent me back to C.D.O.C. ~~were~~ where I was put in solitary confinement immediately.

8. Claim Eight: Cruel And Unusual Punishment (8th U.S. Const. Amdt.)

On about Jan. 01, 2011 through March 01, 2011, Mr. O'Conner and John Doe (3) received my statements that Harris was in my prison unit there at L.C.F., verified that Harris had sexually assaulted me in 1999, promised I would be taken out of the prison immediately, took me out of the prison four month later after I reported that two inmates were having me perform sexual acts in exchange ~~for~~ for protection from Harris and other gang members associated with him.

9. Claim Nine: Cruel And Unusual Punishment (8th U.S. Const. Amdt.)

On about Jan. 01, 2014 through about July 01, 2014, Lasandra Baca received my statements about my abuse from Harris and everything else in this complaint, saw me struggling with extreme social anxiety, stated that she did not know how to help me, and expelled me from the Theraputic Community at Sterling Correctional Facility, (denying me counseling and social support).

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? X Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: Matthew VanLeeuwen et al.

2. Docket number and court name: 14cv02379 US Court CO

3. Claims raised in prior lawsuit: 4th U.S. Constitutional Violations

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): Still Pending.

5. If the prior lawsuit was dismissed, when was it dismissed and why? n/A

6. Result(s) of any appeal in the prior lawsuit: n/A

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   X Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? X Yes ___ No (CHECK ONE).

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Wherefore, I Joshua Sutton request that this Honorable Court enter judgment in my favor and against Defendants, and grant:

a) Appropriate declaratory and other injunctive and/or equitable relief as to each Defendant in his official capacity, including an order protecting me from Defendants;

b) Compensatory and consequential damages, including damages from emotional distress, humiliation, loss of enjoyment of life, and other pain and suffering on all claims allowed by law in amount to be determined at trial from all Defendants in their individual capacities; also loss of income, relationships and property;

c) All economic losses on all claims allowed by law from all Defendants;

d) Punitive damages on all claims in an amount determined at trial;

e) Attorney's fees and costs associated with this action;

f) Pre- and post-judgment interest;

g) Any further relief just and proper.

I request a trial by jury on all issues of fact, or otherwise triable.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 08-24-2015
(Date)

Joshua Sutton
(Prisoner's Original Signature)

CCF, PO Box 777, Canon City CO
8/2'15

Colorado Depart

Name Josh

Register Number

Unit E-2-12 / CCF

Box Number 777

City, State, Zip Canon City, CO 81215

neopost
08/26/2015
US POSTAGE

1) Amended Complaint #2

U.S. District Court for CO, Case 15

901 - 19th Street, Room A-

Denver, Colorado 80294