IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

MR. PROFECTO,
JOHN DOE (1),
JOHN DOE (2),
MRS. MOORE,
DR. RICHARD POUNDS,
MR. O'CONNOR,
JOHN DOE (3), and
LASANDRA BACA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the pro se plaintiff's Motion to Serve Summons and Third Amended Complaint (Docket No. 21) is denied as moot - see Docket Nos. 17 (Waiver of Service returned executed for defendants Baca, Moore, O'Connor, but not "Mr. Profecto" and John Does-1-3 who could not be identified as current DOC employees) and 19 (Amended Certificate of Service regarding sending forms to the U.S. Marshal Service for service on defendant Dr. Richard Pounds). As noted on Docket No. 17, defendants "Mr. Profecto" and John Does 1-3 could not be served as they could not be identified as current DOC employees. Plaintiff must identify them and provide addresses at which they can be served for service to be effected.

Date: September 23, 2015