IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

MR. PROFECTO,
JOHN DOE (1),
JOHN DOE (2),
MRS. MOORE,
DR. RICHARD POUNDS,
MR. O'CONNOR,
JOHN DOE (3), and
LASANDRA BACA,

Defendants.

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Motion to Stay Discovery and Vacate Scheduling Conference (Docket No. 33) is granted.  Accordingly, discovery is stayed until further order of the court.  In addition, the Scheduling/Planning Conference set on December 21, 2015, at 9:30 a.m. is VACATED.  The court notes, however, that the Show Cause Hearing remains set on December 21, 2015, at 9:30 a.m.

Date: November 10, 2015