Ct. Copy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15 cv 00850-RM-MJW
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 16 2015
JEFFREY P. COLWELL
CLERK

Joshua Lamont Sutton, Plaintiff,

v.

Kristi Moore,

Richard Pounds,

Dale O'conner,

Orlando Reyes,

Lasandra Buckner,

Eric Gilbert,

Mr. Auriti,

Bobby Bonner, Defendant(s).

(List each named defendant on a separate line.)

---

Final/Fourth Amended **PRISONER COMPLAINT** as a matter of Coarse

---

Dear Honorable Judge (s),

I hereby reserve my right to correct any error.

(Rev. 1/30/07)

**A. PARTIES**

1. Joshua Lamont Sutton, 96446, CCF Unit E-2-12
(Plaintiff's name, prisoner identification number, and complete mailing address)
PO Box 777, Canon City, Colorado 81215

2. Kristi Moore, Case Manager for Prison at CCF
(Name, title, and address of first defendant)
2862 South Circle Drive, Colorado Springs, CO 80906
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
C.D.O.C. employee for CCF when events occurred.

3. Richard Pounds, Colorado Mental Health Institute Doctor
(Name, title, and address of second defendant)
1600 West 24th Street, Pueblo, CO 81003
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
C.D.O.C. contracted him to evaluate me and treat me.

4. Dale O'Conner, Prison Case Manager for LCF
(Name, title, and address of third defendant)
2862 South Circle Drive, Colorado Springs, CO 80906
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
C.D.O.C. employee for L.C.F. when events occurred.

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

Provided by CDOC Law Library to Harper 12/7/24

## A. Parties

5. Orlando Reyes, Prison Case Manager for CCCF
6564 State Highway 96, Olney Springs, CO 81062
CCA private prison employee contracted by C.D.O.C to hold and house inmates, at the time events occurred. Thus, acting under color of state law.

6. Lasandra Buckner, Theraputic Community Counselor for SCF
2862 South Circle Drive, Colorado Springs, CO 80906
C.D.O.C. employee for S.C.F. when events occurred. Thus, acting under color of State law.

7. Eric Gilbert, Prison Sgt. for B-pod for CCF
2862 South Circle Drive, Colorado Springs, CO 80906
C.D.O.C. employee for C.C.F. when events occurred. Thus, acting under color of State law.

8. Mr. Auriti, first name unknown, Correctional Officer for Prison; CCF
2862 South Circle Drive, Colorado Springs, CO 80906
C.D.O.C. employee for C.C.F. when events occurred. Thus, acting under color of State law.

9. Bobby Bonner, Prison Warden for KCCC
49777 County Road "V", Burlington, CO 80807
CCA private prison employee contracted by C.D.O.C. to hold and house inmates, at the time events occurred. Thus, acting under color of State law.

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

X 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners); Deprivation Of Rights.

___ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

42 U.S.C. § 1981; Equal Rights Under The Law.
42 U.S.C. § 1985; Conspiracy To Interfere With Rights.
42 U.S.C. § 1986; Neglect To Prevent Conspiracy.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Alternate Case Title: A 16 year Vicious Cycle Of Abuse.

1. On about 8-21-1997, at age 20, I was sentenced to prison for a non-violent offense.

2. On about 8-1-1999, at age 21, my casemanager Mr. Profecto placed me in the cell with David Harris whom was known by all C.D.C. employees to be a serial rapist of both females in his previous communities and of male inmates that were his cell mates in prison - inwhich event I was repeatedly punched in the face, touched on my butt, kissed on my neck, had my testicles squeezed very hard for along time, told that the punching and touching would stop if I jacked him off or pulled my pants so he could jack himself off while looking at my butt, pulled down my pants and shined his lamp on my butt, and masterbated while staring at my butt until he ejaculated.

3. On about 8-2-1999, I reported all of what was done to me by Harris, was told by the shift commander to go back to my cell and put on my shoes, I repeated refused, was by

## C. Nature Of The Case

the shift commander that because it was Friday I could not be moved until Monday and to go back to my cell, I again repeatedly refused, was charged with disobeying a direct order, was put in isolation with Harris until Monday, was seen by a criminal investigater, sent back to general population with all the other inmates, told by the other inmates that they knew I had made a report about what Harris had done to me because my case manager Mr. Profeeto had told trustee inmates and the trustee inmates told the general population inmates, the general population inmates began telling me that I was a rat for telling on Harris and that I can not come to recreation or gym or any other place other than my cell and the chow hall or that I had to leave the facility. My stress and anxiety continued to grow to extremes, and my case manager Profeeto responded to my request for help by pushing away from his desk and showing me his erection.

4. On about March 30, 2000, for the first time ever, I beat and kicked my cellmate until he loss complete conscetousness, I immediately began crying uncontrollably, was placed in solitary confinement with out any treatment by John Doe (1) for about a year, then released from prison.

5. I repeatedly began choking my girlfriends, forcing them to have sex, or fighting unknown men because they had looked at me, rammed my car at high speed into a man's truck, knocking him into a tree and me into a house, I repeatedly choked him until he loss consciousness several times giving me an erection, was jailed, I slammed an inmates head into a wall, was covered all over with his blood and I got an erection, my parole was violated.

6. I told my case manager Mrs. Moore that I was being threatened but she refused to move me. I repeatedly beat choked or punched inmates, one inmate nearly died, I made an inmate take down his pants while I masterbated - but I could not ejaculate and lost my erection. I was charged and sentenced to more prison

for one of the beatings.

7. Richard Pounds and or several other mental health staff at the State hospital, on about April 1, 2003, diagnosed me with Psychosis (Psychotic) caused by Post Traumatic Stress Disorder (untreated), however, Pounds put my back in C.D.O.C. because I turned-in a razor blade which initially I planned to commit suicide with (with little or no treatment) (nor did he tell me what my diagnosés was or that I even had one - I found-out by accident from attorney Anthony Melonakis about 12 years later), causing me to be placed back in solitary confinement for about six years, leased on parole, beat kicked andor choked both men and women repeatedly. I was charged and sentenced for ~~one~~ two of the beatings.

8. Onabout January 1, 2011, I was put into the same prison as Harris, planned to kill him, but decided not to because I was getting out soon, so instead I told my casemanager Mr. O'conner and the other case manager that shared the same office with him what Harris had done to me in 1999. After they verified the information, they promised that I would be moved to a different prison immediately. Four months later, while still waiting to be moved, I agreed to proform sexual acts with two inmates in exchanged for protection from Harris and other gang members associated with him, was than moved to a different prison after I reported what was happening to my case manager.

9. On about ~~ab~~ March 1, 2011, I was attacked by two gang member inmates, 8 teeth broken, my nose and mouth had to be stitched back closed - while the officer watching joked and laughed and I cryed from the pain. Reyes then put me back into the same living pod with one of the same guys that had attacked me just days before, and he and another gang member attacked me again - leaving me with the whole side of my face swollen and black eyes. I refused to go back to population and stayed in isolation about 30-days - until I was moved to a different prison.

## C. Nature Of The Case

10. I was released from prison, choked beat and kicked my wife. Then was charged and sentenced back to prison.

11. On about 01-01-2014 through 07-01-2014, I reported all of my above stated trauma to my Therapeutic Community Counselor at the prison Mrs. Buckner. She repeatedly stated that she didnot know how to help me and then expelled me from the Theraputic Community -- in which case I no longer was able to get counseling and lost all my social support. Then moved to a different prison - to stop me from seeking help from the program that I was now expelled from.

12. On about Septemeber 01, 2014, I was attacked by an inmate, I defended myself, was charged with fighting for defending myself, put in isolation for about 60 days, found guilty of fighting because they said self defense is only when a person runs or curls-up into a ball, I was repeatedly denied my religious diet food tray, repeatedly denied my ~~medical~~ medication(s) causing severe withdrawal(s), reported all of this face to face with Mr. Bonner, which he stated to me that he would look into all my issues, grievances, and the writeup for fighting. However, he never looked into any of the above said issues, nor did anything to help me, and it all continued to happen. So, I filed a complaint with the Colorado Supreme Court Case number 14SA316 seeking C.A.R. 21 relief from Bonner, filed in Kit Carson County Court case number 14C11 seeking a temporary restaining order against Bonner, and filed an appeal in the Kit Carson County Court case number 14cv5 against Bonner for upholding the fighting conviction wrongfully. The court agreed with me after a year of court and ordered that Bonner give me a ~~new~~ rehearing on the fighting charge. At the rehearing, I was found not guilty of fighting - due to self ~~defend~~ defense. Bonner still refuses to give me back any of the things he took from me as a result of wrongful conviction being overturned.

13. On about 10-17-2014, at D.R.D.C., for the first ever, I was told

C. Nature Of The Case

that I had severe Post Traumatic Stress Disorder - which because it went untreated for so long leads to my psychotic/psychosis and that my anxiety levels get so high that small amounts of situational stress overwhelmes me. Dr. Fitzguarald then also told me that this is when I attack people, and that she was sending me to a prison for inmate with severe mental ilness - call Centennial Correctional Facility - Residental Treatment Program. Once here, I was put on the best antipsychotic and other anti-anxiety medication(s), and I've also recevied about 20 hours per week of counseling for the last year. I resently graduated the program.

14. On about January 1, 2015, I was put next to an inmate in solitary confinement. He and another inmate many cells down from us were yelling at eachother through the doors. The inmate next to me began beating on his metal table which was connected with metal bolts to my metal table. Making loud noise in my cell for several days straight, just to anger the inmate down from us. He did this for several days and Gilbert told him to stop. He told Gilbert "Fuck you" and continued beating the table and door so loud that I could not sleep or read or do anything. Gilbert even heard the inmate threaten to "Shit bomb" the inmate if they go outside, but when Gilbert took us outside and put us in our separate fenced cages - he ignored policy and the inmates threats and did not search the inmate. For a few minutes the two inmates yelled at eachother through the fencing. Then I began yelling at the inmate for beating on my table when I did not have any thing to do with the situation. The inmate pulled out a bottle from his coat pocket and threw the feces in my eyes and mouth. I was continuously spitting the feces out when Gilbert saw me, and charged me with assault for spitting. At the hearing, I was charged and found not guilty by reason of self defense - due to the fact that the inmate had thrown feces in my face and me spitting it out was self defense. I have had an H.I.V. test, and will have another at the end of the year, because the inmate has H.I.V. Also, I filed a law suit against the inmate - case number

C. Nature Of The Case

15CV20 Fremont County Court. The trial is stheduled for January 2016.

15. Lastly, on about April 1, 2015 through about October 1, 2015, an inmate told me he was Colorado's only recorded serial killer, that he had killed about 18 people, most of them women, and that he had thought of killing me several times - for no particular reason. All of requests to be moved from being around this inmate were denied. So, I tryed to befriend him to make my self safer. Much later, he told me that 4 or 5 women's bodies were buried in a field in the town of Sadalia - a little south of Denver, drew maps, and wrote directions. Then he asked me to send it to an attorney friend of mine, because if he turned it in he wollld get the death penalty. Instead, I wrote a letter to the staff about the above and told them the maps were on my desk. I handed the letter to Correctional Officer Mr. Ariti, and he got it from my cell. About a month later the inmate and I were outside and he said I had told on him because Mr. Ariti had told him - if it was not true - then I could get it back from my attorney friend. We got into anagrument, he threatened me, and we fought. The staff saw my face swollen, I refused to talk to the staff, and they moved me.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Cruel And Unusual Punishment

Supporting Facts: On about April 01, 2002 through January 01, 2003 Moore received my statements that I was repeatedly being threatened by inmates in my living unit because I had reported Harris's sexual assault on me in 1999, in which she repeatedly refused to move me, under that stress, I committed attempted murder of an inmate, and received another prison sentence.

2. Claim Two: Due Process Denial

On about January 1, 2003, through October 1, 2008, Moore and or Pounds sent me from general population where I could come out of my cell all day long and enjoy activities out of my cell to a prison where I could not enjoy activities out of my cell, nor go outside nor never come out of my cell, nor enjoy activities outside, took away all of my sentence reduction time, and did not tell me when-nor if- I would be received from the above said condition(s) of confinement.

OR OR OR

2. Claim Two: Cruel And Unusual Punishment

On about April 1, 2003, Pounds found out that I had turned razor blades which I had planned to kill myself with, he then immediately expelled me from the State hospital without doing and or finishing my psychological evaluation, nor telling me that I had a mental ilness and or what the ilness was, nor treating my ilness and sent back to isolation prison - were I stayed for years without treatment.

3. Claim ~~Two:~~ Three: Cruel And Unusual Punishment

Supporting Facts: On about January 1, 2011 through March 1, 2011, ~~Mr.~~ O'conner and John Doe (3) received my statements that Harris was in my prison unit there at L.C.F., verified that Harris had sexually assaulted me in 1999, promised I would be taken out of the prison immediately, took me out of the prison four months later-after I reported that two inmates were having me proform sexual acts in exchange for protection from Harris and other gang members associated with him.

4. Claim Four: Cruel And Unusual Punishment

On about March 1, 2011 through about July 1, 2011, I was attacked by two gang member inmates, eight of my teeth were broken, my nose and mouth had to be stitched closed. Reyes then put me back in the same living unit with one of my attackers and him and another gang member attacked me again the next day, and I refused to leave isolation until I was moved. Then I was moved.

5. Claim Five: Cruel And Unusual Punishment

On about January 1, 2014 through about July 07, 2014, Buckner received my statements about my abuse from Harris and everything else in this complaint, saw me struggling with extreme social anxiety, stated that she did not know how to help me and expelled me from the Theraputic Community at Sterling Correctional Facility (denying me counseling and social support).

6. Claim ~~Three:~~ Six: Cruel And Unusual Punishment

Supporting Facts: On about September 1, 2014, I was attacked by an inmate, defended myself, was charged with fighting, put in isolation, found guilty, denied my religious diet food no meat tray, denied my medication (causing severe withdrawal(s)). I reported all of this face to face to Bonner, he said he would look into my issue(s), grievance(s), and the fighting writeup. However, he did not look into anything and the above continued to happen for several weeks. So, I filed a complaint against Bonner in the Colorado Supreme Court case number 14 SA 316 seeking a C.A.R. 21 order to protect me, I filed in Kit Carson County Court case number 14 C 11 for a temporary restraining order against Bonner, I filed a Rule 106.5 appeal about the fighting conviction against Bonner for upholding the fighting conviction wrongfully in Kit Carson Court case number 14cv5. The court agreed with me and ordered a rehearing at which I was found not guilty by reason of self defense.

7. Claim Seven: Cruel And Unusual Punishment

On about January 1, 2015, I was put next to an inmate in solitary confinement. Gilbert did not stop the inmate from beating on ~~his~~ our tables and doors extremely loudly for days, nor did Gilbert search the inmate per policy, nor did he search the inmate whom he heard ~~threaten~~ threatening to "shit bomb" other inmates. The inmate threw feces in my eyes and mouth. Gilbert saw me spitting it out of my mouth and charged me with assault. I was found not guilty - by reason of self defense. I got a H.I.V. test done and will have a second H.I.V. test done soon.

8. Claim Eight: Cruel And Unusual Punishment

On about April 1, 2015 through about October 1, 2015, an inmate threatened to kill me for no reason, had killed about 18 people, and all of my requests to be moved were ignored by Auriti. Auriti ~~there~~ collected the murdered womens mapped location, but told the inmate that I "snitched" on him. We got into a fight and I was moved - after staff saw my swollen face.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? X Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: Matthew Van Leeuwen et al.

2. Docket number and court name: 14cv02379 US Court CO

3. Claims raised in prior lawsuit: 4th U.S. Constitutional Violations

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): Still Pending.

5. If the prior lawsuit was dismissed, when was it dismissed and why? n/A

6. Result(s) of any appeal in the prior lawsuit: n/A

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   X Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? X Yes ___ No (CHECK ONE).

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Wherefore, I Joshua Sutton request that this Honorable Court enter judgment in my favor and against Defendants, and grant:

a) Appropriate declaratory and other injunctive and/or equitable relief as to each Defendant in his official capacity, including an order protecting me from Defendants;

b) Compensatory and consequential damages, including damages from emotional distress, humiliation, loss of enjoyment of life, and other pain and suffering on all claims allowed by law in amount to be determined at trial from all Defendants in their individual capacities; also loss of income, relationships and property;

c) All economic losses on all claims allowed by law from all Defendants;

d) Punitive damages on all claims in an amount determined at trial;

e) Attorney's fees and costs associated with this action;

f) Pre- and post-judgment interest;

g) Any further relief just and proper.

I request a trial by jury on all issues of fact, or otherwise triable.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ~~08-24-2015~~ 11-09-2015
(Date)

Joshua Sutton
(Prisoner's Original Signature)

CCF, PO Box 777, Canon City CO
8/2'15

Certificate Of Mailing

I hereby certify that this document was mailed to Andrew Katarikawe at 1300 Broadway, Denver, CO 80203 and Orlando Reyes at 6564 State Hwy 96, Olney Springs, CO 81062 and Bobby Bonner 49777 County Rd "V", Burlington, CO 80807.

Sincerely, Joshua Sutton. 11-9-15