IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-RPM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

KRISTI MOORE,
RICHARD POUNDS,
DALE O'CONNER,
ORLANDO REYES,
LASANDRA BUCKNER,
ERIC GILBERT,
MR. AURITI,
BOBBY BONNER,

Defendants.

---

**AFFIDAVIT OF ANTHONY DECESARO**

---

I, Anthony DeCesaro, upon being duly sworn under oath, of lawful age, and having personal knowledge of the matters set forth herein, depose and state as follows:

1. I am employed by the Colorado Department of Corrections (CDOC) as a Step 3 Grievance Officer.

2. I have been employed as the Step 3 Grievance Officer since 2003.

3. My job duties include responding to, investigating and tracking all Step 3 grievances filed within the CDOC.

4. Grievance procedures are set forth in Administrative Regulation (AR) 850-04, which provides a three-step grievance process for CDOC inmates.

EXHIBIT
B

5. Pursuant to AR 850-04(IV)(D)(1), offenders may grieve a broad range of complaints, such as prison policies and conditions, actions by CDOC staff members or other offenders and any incident that affects the offender personally.

6. Prior to filing a grievance, offenders may first attempt to solve the issue by filing an Informal Resolution Attempt. If unsatisfied, the offender can initiate the grievance process.

7. The grievance process is first initiated by the offender filing a Step 1 grievance form. If the offender is not satisfied with the result of the Step 1 grievance, they must then proceed to the Step 2 grievance. If the inmate is still unsatisfied, they must then proceed to file a Step 3 grievance.

8. The Step 3 grievance is the final step in the CDOC grievance process and must be completed for the inmate to exhaust his or her administrative remedies.

9. Step 3 grievances are stored in the CDOC's electronic grievance database for a three (3) year time period.

10. I am aware that inmate Joshua Sutton (CDOC # 96416) filed a Fourth Amended Complaint in this case, raising a claim against CDOC employee Lasandra Buckner. Sutton asserts that, on or about January 1, 2014 through July 1, 2014, Buckner received Sutton's statements about Sutton being sexually assaulted in 1999, and about other incidents described in his Complaint. Sutton asserts that Buckner informed him that she did not know how to help him and expelled Sutton from the Therapeutic Community at the Sterling Correctional Facility.

11. There are no Step 3 grievances in the electronic grievance database concerning the incident described above.

Further Affiant Sayeth Naught.

Anthony DeCesaro

Subscribed and sworn to before me in the County of El Paso, State of Colorado, this 24th day of November, 2015.

TERESA B. REYNOLDS NOTARY PUBLIC STATE OF COLORADO

NOTARY PUBLIC

My Commission expires: 3/5/2016