IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

KRISTI MOORE,
RICHARD POUNDS,
DALE O'CONNOR,
ORLANDO REYES,
LASANDRA BUCKNER,
ERIC GLIBERT,
MR. AURITI, and
BOBBY BONNER,

Defendants.

_____

MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that the plaintiff's Motion to Vacate Show Cause Hearing
Set for December 21, 2015 (Docket No. 39) is granted.  Accordingly, the Order to Show
Cause (Docket No. 30) and the Show Cause Hearing set on December 21, 2015, at
9:30 a.m., before Judge Watanabe are VACATED.  It is further

        ORDERED that the plaintiff's Motion to Serve Fourth/Final Prisoner Complaint on
Reyes, Bonner, Gilbert, and Auriti (Docket No. 40) is granted.  It is thus further

        ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of
service from defendants Reyes, Bonner, Gilbert, and Auriti.  If unable to do so, the
United States Marshal shall serve a copy of the Fourth Amended Complaint and
summons upon those defendants.  If appropriate, the Marshal shall first attempt to
obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs
of service shall be advanced by the United States

Date: December 3, 2015