Ct.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 03 2015

JEFFREY P. COLWELL
CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901-19th St., Denver, CO 80294

Civil Action No. 15 CV 00880 - RM - MJW

Joshua Lamont Sutton

Plaintiff,

v.

Profecto et al,

Defendant(s).

# Notice Of New Address

Dear Reader;

1. My New Address is:

   Buena Vista Correctional Facility ("B.V.C.F.")

   PO Box 2017, Buena Vista, CO 81211.

2. Please resend resent documents.

Sincerely, Josh Sutton. 11.29.15

· Certificate Of Mailing ·

P.S. I mailed the above to Mrs Huss and Mr. Katarikawe at 1300 Broadway, 10th Floor, Denver, CO 80203, on this same date.

Sincerely, Joshua Sutton. 11.30.15