IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

KRISTI MOORE,
RICHARD POUNDS,
DALE O'CONNOR,
ORLANDO REYES,
LASANDRA BUCKNER,
ERIC GLIBERT,
MR. AURITI, and
BOBBY BONNER,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Allow Memorandum of Law (Out of Time) in Support of all the Responses to Dismiss (Docket No. 66) is granted. The plaintiff's Memorandum of Law (also contained within Docket No. 66) is accepted for filing as a supplement to plaintiff's responses to the pending motions to dismiss.

Date: January 13, 2016