**Date Printed: 08/03/2016**

**People Of The State Of Colorado Vs. Sutton, Joshua - 2003CR451 - Fremont County**

| **Summary** | | |
|---|---|---|
| **Case #:** 2003CR451 (District) | **Location:** Fremont County | **Date Filed:** 2003-11-12 |
| **Case Status:** Closed; | **Date Case Closed:** 2005-04-04 | **Date of Speedy Trial:** N/A |
| **Case Type:** Assault | **Appealed:** Y | **E-Filed:** N |
| **Judge or Magistrate:** David Morris Thorson | **Division:** 1 | **Bar Number:** 8499 |
| **Related Cases:** N/A | | |

| **Participants** | | |
|---|---|---|
| **Party Type:** Defendant | **Person Status:** Not Applicable | |
| **Name:** Sutton, Joshua | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1977-08-17<br>**Gender:** M<br>**Race:** B<br>**Drivers License:**<br>**SSN:** 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<br>**StateID:** 1023888 | Historical Address<br>Doc 96416 Colorado State Penitentiary<br>Canon City CO 81212<br><br>Historical Address<br>404 N Main St<br>Rocky Ford CO 81067<br><br>Historical Address<br>801 Colorado Ave<br>La Junta CO 81050<br><br>Active Address<br>Ccf Doc 96416 600 Evans Rd<br>Canon City CO 81212<br><br>MESSAGE : (719) 4682096 | **Attorney Role:** Deputy Public Defender<br>**Attorney Name:** Rosa, Magdalena<br>**Attorney Bar #:** 31716<br>**Primary Attorney:** No |
| **Party Type:** The People of the State of CO | **Person Status:** Not Applicable | |
| **Name:** The People Of The State Of Colorado, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | |
| **Party Type:** Victim | **Person Status:** Not Applicable | |
| **Name:** Colorado Dept Of Corrections, | **Addresses & Phone Numbers** | **Attorneys** |

| | | |
|---|---|---|
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | Active Address<br>Attn: Sheryl Sandefur P.o. Box 1010<br>Canon City CO 81215 | |

## Charges / Dispositions

### Arresting Agency

| | | |
|---|---|---|
| **Arresting Agency:** DOC-Criminial Investigations | **Arrest Date:** | **Arrest Time:** |
| **Ticket/Summons Number:** | **Arrest Number:** CI02-1305 | **Case Number:** CI02-1305 |

### Final Disposition on Charges

| | | | |
|---|---|---|---|
| **Charge Number:** 1 | **Charge:** Assault 1-extreme Indifference | | **Status:** Dismissed |
| **Offense Date From:** 2002-12-13 | **Offense Date To:** | **Offense Time:** 08:00 AM | |
| **Class:** F3 (Class 3 Felony) | **BAC:** 0.000 | **Statute:** 18-3-202(1)(c) | |
| **Disposition Date:** 2004-05-25 | **Disposition:** Dismissed by DA | | |

| | | | |
|---|---|---|---|
| **Charge Number:** 2 | **Charge:** Assault 2-cause Serious Bodily Injury | | **Status:** Main Charge |
| **Offense Date From:** 2002-12-13 | **Offense Date To:** | **Offense Time:** 08:00 AM | |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-3-203(1)(g) | |
| **Plea Date:** 2004-05-25 | **Plea:** Plea of Guilty | | |
| **Disposition Date:** 2004-05-25 | **Disposition:** Guilty | | |
| **Sentence Date:** 2004-05-25 | **Sentence Type:** Clerical Revision of Sentence | | **Sentence Status:** Active |

| | | | |
|---|---|---|---|
| **Department of Corrections** | 5.00 | Year(s) | **No Consecutive / Concurrent sentences.** |
| **Credit for Time Served** | 69.00 | Day(s) | **Comments:** RESTITUTION IF SUBMITTED BY DA WITHIN 90 DAYS /SLW |
| **Victim Compensation Fund** | 125.00 | Dollar Amount | |
| **VAST min for off after 5/1/03** | 162.50 | Dollar Amount | |
| **Court Costs - T, M, CR** | 35.00 | Dollar Amount | |
| **Request for Time to Pay** | 25.00 | Dollar Amount | |
| **Restitution** | 87726.67 | Dollar Amount | |

| | | |
|---|---|---|
| **Sentence Date:** 2004-05-25 | **Sentence Type:** Sentence by Court | **Sentence Status:** Void |

| | | | |
|---|---|---|---|
| **Department of Corrections** | 3.00 | Year(s) | **No Consecutive / Concurrent sentences.** |
| **Credit for Time Served** | 69.00 | Day(s) | **Comments:** RESTITUTION IF SUBMITTED BY DA WITHIN 90 DAYS /SLW |
| **Victim Compensation Fund** | 125.00 | Dollar Amount | |

| | | | |
|---|---|---|---|
| **VAST min for off after 5/1/03** | 162.50 | Dollar Amount | |
| **Court Costs - T, M, CR** | 35.00 | Dollar Amount | |
| **Request for Time to Pay** | 25.00 | Dollar Amount | |

**Hearings/Trials**

| Date | Time | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|
| 2005-01-07 | 09:45 AM | 1 | Hearing<br>NOTE: DOC (RESTITUTN) | Hearing Held | Charles M Barton (10101) |
| 2004-12-28 | 07:00 PM | 1 | Review<br>NOTE: WRIT? | Vacated | Charles M Barton (10101) |
| 2004-10-28 | 10:15 AM | 1 | Hearing<br>NOTE: DOC (RESTITUTN) | Party Failed to Appear | Charles M Barton (10101) |
| 2004-10-15 | 07:00 PM | 1 | Review<br>NOTE: WRIT ? | Hearing Held | Charles M Barton (10101) |
| 2004-05-25 | 09:00 AM | 1 | Plea & Sentencing Hearing | Hearing Held | Charles M Barton (10101) |
| 2004-05-04 | 08:45 AM | 1 | Status Conference | Hearing Held | Charles M Barton (10101) |
| 2004-04-06 | 09:45 AM | 1 | Status Conference<br>NOTE: DOC | Hearing Held | Charles M Barton (10101) |
| 2004-02-18 | 10:00 AM | 1 | Status Conference<br>NOTE: DOC | Hearing Held | Charles M Barton (10101) |
| 2004-02-12 | 07:00 PM | 1 | Review | Vacated | Charles M Barton (10101) |
| 2004-01-22 | 09:45 AM | 1 | Status Conference<br>NOTE: DOC | Hearing Held | Charles M Barton (10101) |
| 2003-12-16 | 09:00 AM | 1 | Hearing on Advisement<br>NOTE: DOC | Hearing Held | Charles M Barton (10101) |

**Other Case Activities**

| Date | Code | Details/Notes |
|---|---|---|
| 2015-07-01 | LDFI | Letter To Def Re:rest Interest<br>Letter Regarding Restitution Interest Sent To Doc |
| 2006-10-04 | LETR | Letter<br>DEF1/ Sutton, Joshua<br>To Judge Thorson /emc |
| 2006-09-25 | ORDR | Order<br>Motion For Reconsideration Is Denied (see Long Order). Dmt 9/25/06 /slw |
| 2006-09-07 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>To File Out Of Time Pursuant To Colorado Rules Of Criminal Procedure 45 (b)(2) |
| 2006-09-07 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>For Reconsideration Of Sentence Pursuant To Colorado Rules Of Criminal Procedure 35(b) With Attachments /emc |

| | | |
|---|---|---|
| 2006-05-31 | FOTH | Filing Other<br>All Pleadings As Received From Court Of Appeals (between Colored Sheets) /emc |
| 2006-05-16 | MAND | Mandate From Appeals Court<br>From Court Of Appeals - Appeal Is Dismissed /emc |
| 2006-05-12 | ORDR | Order<br>Of The Court - Petition For Writ Of Certiorari Is Denied. Supreme Court/emc |
| 2006-03-10 | LETR | Letter<br>DEF1/ Sutton, Joshua<br>Regarding Public Safety /kkm |
| 2006-03-03 | ORDR | Order<br>To Recall Mandate From Court Of Appeals /emc |
| 2006-03-01 | FOTH | Filing Other<br>Record Returned To The Coa Upon Request Of The Court /dms |
| 2006-02-21 | MAND | Mandate From Appeals Court<br>Appeal Is Dismissed /emc |
| 2006-01-03 | ORDR | Order<br>From Court Of Appeals - Appeal Dismissed /emc |
| 2005-12-23 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>To Complete Record On Appeal /emc |
| 2005-12-05 | ORDR | Order<br>For Court Of Appeals - Record Now Due 2/15/06 /emc |
| 2005-12-01 | FOTH | Filing Other<br>The Appeal Is Received By The Court Of Appeals. /dms |
| 2005-11-30 | FOTH | Filing Other<br>The Appeal Is Certified To The Court Of Appeals. /dms |
| 2005-11-30 | LETR | Letter<br>To Defendant Regarding Transcript Request /dms |
| 2005-11-23 | LETR | Letter<br>DEF1/ Sutton, Joshua<br>Re: Designation Of Record /emc |
| 2005-11-10 | BREF | Brief Filed<br>DEF1/ Sutton, Joshua<br>Show Cause /emc |
| 2005-10-24 | ORDR | Order<br>(court Of Appeals)<br>That Appellant Shall Show Cause, If Any There Is, In Writing 21 Days, Why This Appeal Should Not Be Dismissed With Prejudice For Failure To Timely Appeal. Failure To File A Timely Response To This Order Shall Result In Dismissal Of The Appeal Without Further Notice /djg |
| 2005-10-12 | ORDR | Order<br>Def Shall Make Monthly Payments To The Courts In An Amount Equal To Twenty<br>Percent Of The Preceding Months Deposits In The Defs Inmate Account Until<br>The Filing Fee Of $150 And Appellate Cost Bond Of $250, For A Total Amount Of<br>$400 Is Paid In Full. Def Shall Be Provided An Original Transcript, Initially At State Expense And Without Delay, To Be Filed And Made Part Of |

| | | |
|---|---|---|
| | | Record On Appeal. (see Long Order).<br>Cmt 10/12/05 /slw |
| 2005-10-06 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>For Transcripts At State Expense, Indigence Granted By Court<br>9/21/05 /emc |
| 2005-09-26 | LETR | Letter<br>From C Of C Concerning Transcript Preparation /dms |
| 2005-09-01 | FOTH | Filing Other<br>Designation Of Record /emc |
| 2005-09-01 | LETR | Letter<br>DEF1/ Sutton, Joshua<br>To Court Re: Transcripts /emc |
| 2005-09-01 | MIFP | Motn To Proceed In Forma Paup<br>Granted. Dmt 9/21/05 /slw |
| 2005-09-01 | NAPF | Notc Of Appeal Filed |
| 2005-08-01 | NAPF | Notc Of Appeal Filed<br>DEF1/ Sutton, Joshua |
| 2005-07-18 | NOTC | Notice Filed<br>Of Intention To Appeal Ruling /emc |
| 2005-04-04 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>35(b) Reconsideration<br>Order: Denied. The Request Was Filed More Than 120 Days After Sentence Was<br>Imposed, So The Court Is Without Jurisdiction To Consider It. Dmt<br>4/8/05 /slw |
| 2005-04-04 | POST | Closed After Post Judgment |
| 2005-03-30 | LETR | Letter<br>DEF1/ Sutton, Joshua<br>Requesting Copies (sent Transcript Form 3/31/05) /emc |
| 2005-01-07 | MINC | Minute Order (print)<br>Matter Comes On For Hearing (restitution) On 1-7-05<br>Peo Appear By Dda Cooling. Def Appears I/c (doc) W/ Pd Rosa.<br>Court Conducts Hrg On Defs Objection To Restitution. Court Finds<br>Restitution Properly Assessed Under 18-1.3-102 And Reaffirms Its Order Of<br>8-11-04. (10:50-11:13) /slw |
| 2004-11-01 | ORDR | Order<br>To Transport Def 1-7-05 At 9:45 Am. Cmb 11/5/04 /slw |
| 2004-10-28 | MINC | Minute Order (print)<br>Matter Comes On For Hearing On 10-28-04<br>Peo Appear By Dda Cooling. Def Does Not Appear.<br>Def Is Not Transported For Restitution Hearing. Pd To Writ Def. Court<br>Orders Da To Provide Name Of Medical Provider And Name Of Payer Of Bill.<br>Restitution Hearing Set 1-7-05 At 9:45 Am.<br>(10:30) /slw |
| 2004-09-27 | PETN | Petition<br>And Order For A Writ Of Habeaus Corpuse Ad Prosequendum For The Def On<br>10-28-04 At 10:15 /dms |

| | | |
|---|---|---|
| | | Transport Order: Cmb 9/30/04<br>Doc Transport /kkm |
| 2004-09-09 | MINC | Minute Order (print)<br>Upon Motion/order To Include Restitution And Pds Objection, Restitution Hearing Is Hereby Set 10-28-04 At 10:15 Am. Ms Rosa To Prepare Writ. /slw |
| 2004-09-09 | ROPN | Reopened |
| 2004-08-30 | FOTH | Filing Other<br>Mittimus Returned - Receipt By Doc /emc |
| 2004-08-24 | OBJ | Objection<br>DEF1/ Sutton, Joshua<br>To Prosecutions Motion And Order To Amend Mittimus To Include Restitution |
| 2004-08-05 | MITA | Amended Mittimus Issued<br>Day Due: 000000000000000<br>DEF1/ Sutton, Joshua |
| 2004-07-22 | MORD | Motion And Order<br>To Amend Mittimus To Include Restitution - Signed Cmb 8/11/04 /slw |
| 2004-06-07 | FOTH | Filing Other<br>Mittimus Returned - Receipt By County Jail /emc |
| 2004-05-25 | CLAD | Case Closed |
| 2004-05-25 | FOTH | Filing Other<br>Plea Agreement /slw |
| 2004-05-25 | MINC | Minute Order (print)<br>Matter Comes On For Plea/sentencing On 5-25-04<br>Peo Appear By Dda Cooling. Def Appears I/c (fcj) W/ Pd Rosa.<br>Def Pleads Guilty To Count Ii Of Information (assault In The Second Degree,<br>F4) Per Written Plea Agreement. Psir Waived. Def Sentenced To 5 Years Doc<br>W/ 3 Years Mandatory Parole. Def Given Credit For 69 Days Presentence Confinement. Restitution If Submitted W/in 90 Days. Count I Dismissed. (9:33-10:04) /slw |
| 2004-05-25 | MITI | Mittimus Issued<br>Day Due: 000000000000000<br>DEF1/ Sutton, Joshua |
| 2004-05-05 | ORDR | Order<br>Transport Order. Cmb 5/5/04<br>Doc Transport /kkm |
| 2004-05-04 | MINC | Minute Order (print)<br>Matter Comes On For Status Conference On 5-4-04<br>Peo Appear By Dda Cooling. Def Appears I/c (fcj) W/ Pd Rosa.<br>Plea Hearing Set 5-25-04 At 9:00 Am.<br>(9:32) /slw |
| 2004-04-07 | ORDR | Order<br>Transport Order. Cmb 4/7/04<br>Csp Transport /kkm |
| 2004-04-06 | MINC | Minute Order (print)<br>Matter Comes On For Preliminary Hearing On 5-4-04<br>Peo Appear By Dda Barta. Def Appears I/c (d0c) W/ Pd Rosa. |

| | | |
|---|---|---|
| | | Ph Not Conducted. Status Conference Set 5-4-04 At 8:45 Am.<br>(9:43) /slw |
| 2004-04-01 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>To Allow Legal Access While Confined /slw |
| 2004-03-31 | RSPN | Response<br>To District Attorneys Motion To Quash Writ Of Habeas Corpus Ad Testificandum |
| 2004-03-16 | MORD | Motion And Order<br>To Quash Writ Of Habeas Corpus Ad Testificandum (re: Stephen Tull) - The Motion Is Denied. The Court Will Consider Whether To Hear The Testimony<br>Of Mr Tull At The Time Of The Preliminary Hearing.<br>Cmb 3/31/04 /slw |
| 2004-03-09 | ORDR | Order<br>To Transport Stephen Tull #111049 4-6-04 At 9:45 Am<br>Cmb 3/9/04 /slw |
| 2004-03-09 | ORDR | Order<br>To Transport Michael Smith #89597 4-6-04 At 9:45 Am<br>Cmb 3/9/04 /slw |
| 2004-03-09 | PETN | Petition<br>For Writ Of Habeas Corpus Ad Testificandum /slw |
| 2004-03-09 | PETN | Petition<br>For A Writ Of Habeas Corpus Ad Testificandum /slw |
| 2004-02-25 | ORDR | Order<br>To Transport Def 4-6-04 At 9:45 Am<br>Cmb 2/27/04 /slw |
| 2004-02-18 | MINC | Minute Order (print)<br>Matter Comes On For Status Conference On 2-18-04<br>Peo Appear By Dda Cooling. Def Appears I/c (doc) W/ Pd Rosa.<br>Court Denies Bond Reduction. Court Denies Request To Discharge Pd (but States He Will Be Permitted To Renew Objection If He Wants To Later). Def Waives 30 Days For Ph. Preliminary Hearing Set 4-6-04 At 9:45 Am.<br>(10:33-11:08) /slw |
| 2004-02-18 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>Brief Requesting Bail Bond Reduction Pursuant To 16-4-107 /slw |
| 2004-02-18 | MOTN | Motion<br>To Dismiss Ineffective Counsel Pursuant To Law /slw |
| 2004-02-05 | FPCM | Fingerprint Ord-compliance |
| 2004-01-23 | ORDR | Order<br>To Transport Def For Status Conference 2-18-04<br>Cmb 1/26/04 /slw |
| 2004-01-22 | MINC | Minute Order (print)<br>Matter Comes On For Status Conference On 1-22-04<br>Peo Appear By Dda Barta. Def Appears I/c (doc) W/ Pd Rosa.<br>Def Withdraws Request For Speedy Disposition Of Detainer. Status Conference<br>Set 2-18-04 At 10:00 Am.<br>(10:49) /slw |
| 2004-01-13 | LETR | |

| | | |
|---|---|---|
| | | Letter<br>DEF1/ Sutton, Joshua<br>Letter To Da And Pd Re Speedy Disposition Of Detainer /slw |
| 2004-01-09 | FOTH | Filing Other<br>Detainer /emc |
| 2003-12-17 | ORDR | Order<br>To Transport Def 1-22-04 At 9:45 Am For Status Conf<br>Cmb 12/19/03 /slw |
| 2003-12-16 | ACTA | Appl For Ct Appointed Cnsl<br>Pd Appointed /slw |
| 2003-12-16 | MINC | Minute Order (print)<br>Matter Comes On For Advisement On 12-16-03<br>Peo Appear By Dda Cooling. Def Appears I/c (d0c) W/ Pd Rosa.<br>Status Conference Set 1-22-04 At 9:45 Am.<br>(11:23-11:33) /slw |
| 2003-12-16 | RSWT | Return Of Service On Warrant<br>Def Appeared In District Court 12-16-03 /slw |
| 2003-12-03 | WAFF | Warrant Upon Affidavit<br>DEF1/ Sutton, Joshua<br>Returnable Dec 16 2003 At 0900 Hours Div 1<br>136 Justice Center Road Canon City Co 81212<br>Bail Set At Twenty Five Thousand Dollars /slw<br>Bond Type: Cash/surety/property |
| 2003-11-18 | FPOR | Order For Fingerprint |
| 2003-11-12 | AFFI | Affidavit |
| 2003-11-12 | FOTH | Filing Other<br>Application For Leave To File Direct Information<br>Cmb 11/21/03 /slw |
| 2003-11-12 | INFO | Information Filed |
| 2003-11-12 | NOTC | Notice Filed<br>Of Extraordinary Sentencing Alternatives /emc |
| 2003-11-12 | ORDR | Order<br>Arrest Warrant. Bail Set At $25,000<br>Cmb 11/21/03 /slw |
| 2003-11-12 | ORDR | Order<br>To Transport Def For Adv 12-16-03 At 9:00 Am<br>Cmb 12/3/03 /slw |

**Judgments**

No Judgments Information

**Bonds**

| | | |
|---|---|---|
| **Bond Status Date:** 2003-12-03 | **Bond Status:** Bond Set | |
| **Set Date:** 2003-12-03 | **Set Amount:** 25000.00 | |

| | | |
|---|---|---|
| | | **Set Type:** Cash/Surety/Property |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |

| **Financial Summary** | | | | |
|---|---|---|---|---|
| **Registry** | **Received by Court** | **Disbursed by Court** | **Payment in Process** | **Balance Held by Court** |
| Interest on Restitution (REST) | $0.00 | $0.00 | $0.00 | $0.00 |
| Restitution | $0.00 | $0.00 | $0.00 | $0.00 |
| Registry Balance | $0.00 | $0.00 | $0.00 | $0.00 |
| **Accounts Receivable** | **Amount Owed** | **Amount Paid** | **Amount Paid From Related Case** | **Outstanding Balance** |
| Interest on Restitution (REST) | $9,649.97 | $0.00 | $0.00 | $9,649.97 |
| Restitution | $87,726.67 | $0.00 | $0.00 | $87,726.67 |
| Collections Cost Recovery | $10.00 | $0.00 | $0.00 | $10.00 |
| Court Costs - T, M, CR | $35.00 | $0.00 | $0.00 | $35.00 |
| Late Penalty Fee | $30.00 | $0.00 | $0.00 | $30.00 |
| Time Payment Fee | $25.00 | $0.00 | $0.00 | $25.00 |
| VAST minimum for offense on/after 5/1/03 | $162.50 | $0.00 | $0.00 | $162.50 |
| Victim Compensation Fund | $125.00 | $0.00 | $0.00 | $125.00 |
| Accounts Receivable Balance | $97,764.14 | $0.00 | $0.00 | $97,764.14 |