**Date Printed: 08/03/2016**

**People Of The State Of Colorado Vs. Sutton, Joshua - 2010M203 - Otero County**

| **Summary** | | |
|---|---|---|
| | | |
| **Case #:** 2010M203 (County) | **Location:** Otero County | **Date Filed:** 2010-05-07 |
| **Case Status:** Closed; | **Date Case Closed:** 2010-11-02 | **Date of Speedy Trial:** 2010-12-30 |
| **Case Type:** Assault | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** Douglas R Manley | **Division:** 1 | **Bar Number:** 8385 |
| **Related Cases:** N/A | | |

| **Participants** | | |
|---|---|---|
| | | |
| **Party Type:** Agency | **Person Status:** Active | |
| **Name:** District Attorney, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | **Attorney Role:** Deputy District Attorney<br>**Attorney Name:** Hayden, Andrew Jonathan<br>**Attorney Bar #:** 40041<br>**Primary Attorney:** Yes |
| | | |
| **Party Type:** Defendant | **Person Status:** Not Applicable | |
| **Name:** Sutton, Joshua | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1977-08-17<br>**Gender:** M<br>**Race:** B<br>**Drivers License:** CO 970870448 U<br>**SSN:** 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<br>**StateID:** 1023888 | Active Address<br>801 Colorado<br>La Junta CO 81050 | **Attorney Role:** Court Appointed Attorney<br>**Attorney Name:** Gunkel, Debra Marie<br>**Attorney Bar #:** 24118<br>**Primary Attorney:** No |
| | | |
| **Party Type:** The People of the State of CO | **Person Status:** Not Applicable | |
| **Name:** The People Of The State Of Colorado, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | **Attorney Role:** Deputy District Attorney<br>**Attorney Name:** Crow, Elizabeth Jean<br>**Attorney Bar #:** 46517<br>**Primary Attorney:** No<br><br>**Attorney Role:** Deputy District Attorney |

| | | |
|---|---|---|
| | | **Attorney Name:** Rodarte, Pilar<br>**Attorney Bar #:** 47011<br>**Primary Attorney:** Yes |

**Charges / Dispositions**

**Arresting Agency**

| | | |
|---|---|---|
| **Arresting Agency:** La Junta Police Dept | **Arrest Date:** | **Arrest Time:** |
| **Ticket/Summons Number:** 12604 | **Arrest Number:** 10-0023 | **Case Number:** 100136 |

**Final Disposition on Charges**

| | | | |
|---|---|---|---|
| **Charge Number:** 1 | **Charge:** Assault 3-know/reckless Cause Injury | | **Status:** Main Charge |
| **Offense Date From:** 2010-02-01 | **Offense Date To:** | **Offense Time:** | |
| **Class:** M1 (Class 1 Misdemeanor) | **BAC:** 0.000 | **Statute:** 18-3-204(1)(a) | |
| **Plea Date:** 2010-06-30 | **Plea:** Plea Not Guilty | | |
| **Disposition Date:** 2010-10-26 | **Disposition:** Guilty | | |
| **Sentence Date:** 2010-11-02 | **Sentence Type:** Sentence by Court | | **Sentence Status:** Active |

| | | |
|---|---|---|
| **Victims Assistance Fund** | 185.00 | Dollar Amount |
| **Victim Compensation Fund** | 78.00 | Dollar Amount |
| **Genetic Testing Surcharge** | 2.50 | Dollar Amount |
| **Court Security Cash Fund** | 5.00 | Dollar Amount |
| **Court Costs** | 21.00 | Dollar Amount |
| **Request for Time to Pay** | 25.00 | Dollar Amount |
| **Jail** | 24.00 | Month(s) |
| **Jail** | 12.00 | Month(s) Suspended |

**No Consecutive / Concurrent sentences.**

**Comments:**
24 MONTHS JAIL WITH 12 MONTHS SUSPENDED ON CONDITION OF NO OTHER VIOLATION OF
LAW FOR 24 MONTHS WITH SENTENCE STARTING AS OF TODAY
COURT GRANTS STAY OF EXECUTION FOR 30 DAYS /AJC

**Hearings/Trials**

| Date | Time | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|
| 2015-04-17 | 05:00 PM | 1 | Review<br>NOTE: DESTROY | Hearing Held | Douglas R Manley (8385) |
| 2010-11-02 | 01:15 PM | 1 | Sentencing Hearing | Hearing Held | Douglas R Manley (8385) |
| 2010-10-27 | 08:15 AM | 1 | Jury Trial | Jury Trial Held | Douglas R Manley (8385) |
| 2010-10-26 | 08:30 AM | 1 | Jury Trial | Hearing Held | Douglas R Manley (8385) |
| | | 1 | Pre-Trial Readiness Conference | Hearing Held | |

| | | | | | |
|---|---|---|---|---|---|
| 2010-09-29 | 10:30 AM | | | | Douglas R Manley (8385) |
| 2010-06-30 | 09:30 AM | 1 | Hearing on Advisement<br>NOTE: ISSUE FP | Hearing Held | Douglas R Manley (8385) |

**Other Case Activities**

| Date | Code | Details/Notes |
|---|---|---|
| 2015-04-17 | EXRD | Exhibits Released Or Destroyed<br>Defs Exhibits Destroyed /gls |
| 2015-04-14 | RTML | Return Mail<br>Upon Joshua Sutton /gls |
| 2015-03-04 | DRRG | Destroy Case Per Records Reten |
| 2010-12-27 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>For Reconsideration /cjp |
| 2010-12-27 | ORDR | Order<br>Denying Reconsideration /cjp |
| 2010-12-06 | ORDR | Order<br>Granting Excess Fees In Amount Of $1,110.50 /cjp |
| 2010-12-03 | MOTN | Motion<br>For Payment Of Costs Incurred And Order /gls |
| 2010-12-03 | MOTN | Motion<br>Motion For Excess Fees And Order /gls |
| 2010-12-03 | ORDR | Order<br>Granting Costs In Amount Of $426.60 /gls |
| 2010-11-08 | RQST | Request Filed<br>DEF1/ Sutton, Joshua<br>For Transcript Of Jtrl Testimony Of Kathleen Dennis, Matthew Dennis, Steve &<br>Velma Simpson, Dave Larosa, And Sgt Romero /cjp |
| 2010-11-02 | CLAD | Case Closed |
| 2010-11-02 | FOJ | Final Order Of Judgment |
| 2010-11-02 | MINC | Minute Order (print)<br>10-32(1:42- ) Senh<br>Def Apprs In Custody Pro Se; Waives Apprc Of Advisory Counsel; Dda Hayden For<br>People; Crt Has Also Received Motion For New Trial; Argument By Def; (1:44)<br>Response By Dda Hayden; (1:45) Response By Def; (1:47) Courts Ruling - Mtn<br>Denied; (1:51) Argument By Def; (1:52) Hayden Argument For Sentencing;<br>Requests 2 Yrs Jail; Vict Does Not With To Speak; (1:57) Response From Def;<br>(2:07) Court Sentences Def /ajc |
| 2010-11-02 | MITI | Mittimus Issued<br>Day Due: 000000000000000<br>DEF1/ Sutton, Joshua |

| | | |
|---|---|---|
| 2010-11-01 | NOTC | Notice Filed<br>Of Victim Notification /gls |
| 2010-10-27 | JTDG | Jtrl Dispo-guilty |
| 2010-10-27 | MINC | Minute Order (print)<br>2nd Day Of Jtrl<br>102710 Cd10-31(8:23-6:44) Appc By Dda, Andrew Hayden With Officer Wallace;<br>Deft Present Pro Se With Advisory Counsel, Debra Gunkel; 8:23-chambers Conference; 8:43-x-exam Victim Cont; 9:11-redirect; Juror Question-1; 9:20-sworn Test Of Officer Matthew Wallace; 9:38-x-exam; 10:00-recess; 10:19-x-exam Continues; Crt Adm Exh#3,4; Crt Exh#1-not Adm; Juror Quest#2-denied; 11:22-people Rest; 11:33-test Of Steve Simpson; 11:41-test Of<br>Velva Simpson; 11:46-curtis Adv To Deft; 1:03-test Of Officer Gaskill; 1:16-recess; 1:22-test Of Officer Richard Romero; 1:28-test Of Dave Delarosa;<br>2:10-bench Conference; 2:15-x-exam By Hayden; 2:18-defense Rests - No<br>Rebuttal; 2:18-recess; 3:11-chamber Conf Concerning Instructions; 5:08-acceptance Of Instructions; 5:17-instructions To Jurors; 5:29-closing Argument By Hayden; 5:39-closing Argument By Deft; 5:43-rebuttal Argument;<br>5:44-final Instruction; 5:46-swears Bailiff; 6:24-jurors Return; Deft Found Guilty Of Charge; 6:29-bench Conference; Jury Polled And Released; 6:33-deft<br>Mtn For Acquittal; 6:36-peoples Response; Mtn Denied; Sentencing Set For 110210 @ 115 Pm /cjp |
| 2010-10-26 | MINC | Minute Order (print)<br>Jtrl<br>102610 Cd10-31(8:20-5:00) Appc By Dda, Andrew Hayden With Officer Matthew<br>Wallace; Deft Present Pro Se With Advisory Counsel, Debra Gunkel; 8:20-chambers Discussions; 8:37-opng Instr; 9:08-voir Dire By Judge; 9:48-voir Dire By Hayden; 10:04-voir Dire By Sutton; 10:23-suttons Juror Bench Conference; 10:27-chambers-deft Jurors Challenges; 11:12-oath To Seated<br>Jurors; 11:29-instr To Jurors; 11:40-opng Stmt By Hayden; 11:42-opng Stmt By<br>Sutton; 11:45-bench Conference; Opng Stmt Cont; 11:58-recess; 1:18-deft<br>Waives Advisory Counsel To Pick Up A Witness In Lamar; 1:23-bench Conference<br>Concerning Witness Testimony; 1:25-sworn Testimony Of Kathleen Dennis; Venue<br>Est; 1:38-x-exam;exh#1-picture Of Vict, Admitted; 3:00-sworn Testimony Of<br>Larry Holbrook; 3:17-x-exam; 3:26-sworn Testimony Of Victim; Witness Id Deft;<br>Exh#a-i- Pictures Adm Through Stipulation; 4:04-x-exam; 4:59-jtrl To Continue<br>Tomorrow At 815 Am; /cjp |
| 2010-10-25 | FOTH | Filing Other<br>Supplemental Case Report /ajc |
| 2010-10-25 | FOTH | Filing Other<br>Non Service Of Subpoena To Produce And Appear Upon Aaron Aragon /gls |
| 2010-10-25 | MOTN | |

| | | |
|---|---|---|
| | | Motion<br>DEF1/ Sutton, Joshua<br>For Writ /gls |
| 2010-10-25 | ORDR | Order<br>Denied Although Jury Instruction Are Not All Agreed To, Proposed Instructions<br>And Parties Positions Have Been Filed /gls |
| 2010-10-25 | RPRT | Report<br>From John Van Zant /gls |
| 2010-10-25 | RPRT | Report<br>Courts Report Concerning Responses To Subpeonas Duces Tecum And To Courts<br>Order /cjp |
| 2010-10-25 | RTSV | Return Of Service<br>On John Van Zandt To Produce And Appear Served Upon Party 102310 @ K-mart<br>Pueblo Co By Mickey Guerrero $40 Fee $54 Mileage Subpoena /gls |
| 2010-10-25 | RTSV | Return Of Service<br>On Subpoena To Produce And Appear Served Upon Richard Romero On 102410 At Lj<br>Police Dept $30 /gls |
| 2010-10-25 | RTSV | Return Of Service<br>On Subpoena To Produce And Appear Served Upon David Gaskill 102410 @ Ljpd By<br>Mickey Guerrero $30 /gls |
| 2010-10-22 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service /gls<br>Amended Objection<br>Mtn In Limine /gls |
| 2010-10-22 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service<br>4 Subpoenas /gls |
| 2010-10-22 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service<br>Self Defense Plea Affi<br>Affi And Mtn To Dismiss /gls |
| 2010-10-22 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service Re: Final Instruction /gls |
| 2010-10-22 | FOTH | Filing Other<br>DEF1/ Sutton, Joshua<br>Cd Entitled In Re Case#10m203 P V. Sutton Compliance With Ct. Order Re<br>Deadline For Special Instruc. 5 /ajc |
| 2010-10-22 | FOTH | Filing Other<br>DEF1/ Sutton, Joshua<br>Defense Jury Instruction /gls |
| 2010-10-22 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>In Limine To Exclude Irrelevant Portions /gls |
| 2010-10-22 | MOTN | |

| | | |
|---|---|---|
| | | Motion<br>DEF1/ Sutton, Joshua<br>In Limine Re: Order Re Misc Mtns /gls |
| 2010-10-22 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>To Dismiss And Re The Prosectutions Position As To Stip To The Plea /gls |
| 2010-10-22 | OBJ | Objection<br>DEF1/ Sutton, Joshua<br>Amended Objection And Affidavit /gls |
| 2010-10-22 | ORDR | Order<br>Allowing Deft To Wear Street Clothes On Day Of Jtrl And Without Restraints |
| 2010-10-22 | ORDR | Order<br>Denied Prosecution Is Not Necessarily Required To Accept A Stipulation. All Revelant Evidence Will, To Some Degree, Be Prejudicial. The Issue Under The<br>Co Rules Of Evidence Is Wheter It Is Unduly Prejudicial. Even If Prosecution<br>Accepts Either Proposed Stipulaiton,if Evidence Of An Affirmative Defense Is<br>Presented, Prosecution Will Be Allowed To Present Evidence To Try To Disprove<br>The Affirmative Defense(s) Beyond A Reasonable Doubt. In The Context Of This<br>Case, That May Well Be Much Of The Same Evidence.<br>Court Not Aware Of There Being Any Stipulation In This Case.<br>No Legal Authority Cited As To Why The Factual Assertions Might Lead To The<br>Relief Requested. /gls |
| 2010-10-22 | ORDR | Order<br>Re: Objection<br>Denied See Prior Order On This Topic 10/21/10 /gls |
| 2010-10-22 | SUB | Subpoena<br>On John Van Zandt /gls |
| 2010-10-22 | SUB | Subpoena<br>On David Gaskil /gls |
| 2010-10-22 | SUB | Subpoena<br>On Aaron Aragon /gls |
| 2010-10-22 | SUB | Subpoena<br>Richard Romero /gls |
| 2010-10-22 | SUB | Subpoena<br>DEF1/ Sutton, Joshua<br>To Produce To John Van Zandt /gls |
| 2010-10-22 | SUB | Subpoena<br>DEF1/ Sutton, Joshua<br>To Appear To John Van Zandt /gls |
| 2010-10-22 | SUB | Subpoena<br>To Produce To Aaraon Aragon /gls |
| 2010-10-22 | SUB | Subpoena<br>DEF1/ Sutton, Joshua<br>To Appear To Aaraon Aragon /gls |
| 2010-10-22 | SUB | Subpoena<br>DEF1/ Sutton, Joshua<br>To Produce To Richard Romero /gls |

| | | |
|---|---|---|
| 2010-10-22 | SUB | Subpoena<br>DEF1/ Sutton, Joshua<br>To Appear To Richard Romero /gls |
| 2010-10-22 | SUB | Subpoena<br>DEF1/ Sutton, Joshua<br>To Produce To David Gaskill /gls |
| 2010-10-22 | SUB | Subpoena<br>DEF1/ Sutton, Joshua<br>To Appear To David Gaskil /gls |
| 2010-10-21 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service /gls |
| 2010-10-21 | FOTH | Filing Other<br>DEF1/ Sutton, Joshua<br>Special Jury Instructions /gls |
| 2010-10-21 | FPCM | Finger Print Order Compliance<br>Verified Def Had Been Finger Printed While In Bent But Court Has Never Received Finger Print Card /gls |
| 2010-10-21 | OBJ | Objection<br>DEF1/ Sutton, Joshua |
| 2010-10-21 | ORDR | Order<br>Same Principles Apply As Stated With Defs Prior Motion In Limine Which Was<br>The Same But Limited To Affirmative Defense Of Self Defense /gls |
| 2010-10-21 | ORDR | Order<br>To Objection Denied Prior Order Stands /gls |
| 2010-10-20 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service /gls |
| 2010-10-20 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>In Limine To Exclude /gls |
| 2010-10-19 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service 2 Mtns In Limine<br>Mtn To Dismiss<br>Additional Compliance With Court Order /gls |
| 2010-10-19 | FOTH | Filing Other<br>AGN1/ District Attorney,<br>Additional Compliance With Court Order /gls |
| 2010-10-19 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>In Limine /gls |
| 2010-10-19 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>In Limine /gls |
| 2010-10-19 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>To Dismiss /gls |
| 2010-10-19 | ORDR | Order<br>Re: Defs Mtn And Affidavit To Issue Subpoena Per Crim.p.17(b) /gls |
| | ORDR | |

| | | |
|---|---|---|
| 2010-10-19 | | Order<br>Re: Miscellanious Mtns /gls |
| 2010-10-18 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service Mtn/affidavit Re Subpoenas /gls |
| 2010-10-18 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>And Affidavit To Issue Subpoena Per Crim.p17(b) /gls |
| 2010-10-18 | RTSV | Return Of Service<br>On David La Rosa Personal Service At 408 Lynn Ave Colo Springs, Co On 101710<br>Mickey Guerrero Fee $50.00 Milage $90 /gls |
| 2010-10-18 | RTSV | Return Of Service<br>On Steve Simpson Personal Service At 801 Colorado Ave La Junta Co On 101710<br>By Mickey Guerrero Fee $50.00 /gls |
| 2010-10-18 | RTSV | Return Of Service<br>To Velma Simpson Personal Service 801 Colorado Ave La Junta Co On 101710 By<br>Mickey Guerrero Fee $30.00 /gls |
| 2010-10-18 | SUB | Subpoena<br>To Larry Holbrook-denied /gls |
| 2010-10-18 | SUB | Subpoena<br>John Van Zandt /gls |
| 2010-10-18 | SUB | Subpoena<br>David Gaskil /gls |
| 2010-10-18 | SUB | Subpoena<br>Aaron Aragon /gls |
| 2010-10-18 | SUB | Subpoena<br>Richard Romero /gls |
| 2010-10-18 | SUB | Subpoena<br>Matthew Wallace /gls |
| 2010-10-18 | SUB | Subpoena<br>Kathleen Rae Dennis /gls |
| 2010-10-13 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service /gls |
| 2010-10-13 | EXHB | Exhibit-attach To Pleading/doc<br>DEF1/ Sutton, Joshua |
| 2010-10-06 | ORDR | Order<br>Re: Defs Mtn For Dismissal Denied /gls |
| 2010-10-05 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service /gls |
| 2010-10-05 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service /gls |
| 2010-10-05 | MOTN | Motion<br>To Oppose Defense Motin For Dismissal Pursuant To C.r.s. 18-1-704.5 /ajc |
| 2010-10-05 | MOTN | |

| | | |
|---|---|---|
| | | Motion<br>DEF1/ Sutton, Joshua<br>And Affidavit To Issue Subpoena Per Crim P.17(b) /gls |
| 2010-10-05 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>And Affidavit To Issue Subpoena Per Crim P.17(b) /gls |
| 2010-10-05 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>And Affidavit To Issue Subpoena Per Crim P.17(b) /gls |
| 2010-10-05 | ORDR | Order |
| 2010-10-05 | SUB | Subpoena<br>On Steve Simpson /gls |
| 2010-10-05 | SUB | Subpoena<br>On Velma Simpson /gls |
| 2010-10-05 | SUB | Subpoena<br>On David La Rosa /gls /gls |
| 2010-10-05 | SUB | Subpoena<br>On Dante Lucero-denied /gls |
| 2010-10-05 | SUB | Subpoena<br>On John Vanzandt-denied<br>/gls /gls |
| 2010-10-05 | SUB | Subpoena<br>On Aaron Aragon-denied /gls |
| 2010-10-05 | SUB | Subpoena<br>On Gary Collins-denied /gls |
| 2010-10-04 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Service /gls |
| 2010-10-04 | MOTN | Motion<br>DEF1/ Sutton, Joshua<br>To Dismiss /gls |
| 2010-10-04 | NOTC | Notice Filed<br>DEF1/ Sutton, Joshua<br>Notice Of Affirmative Defense /ajc |
| 2010-10-04 | ORDR | Order<br>Mtn Denied Not Timely Filed Pursuant To Courts Order Setting Jury Trial Dated<br>June 25, 2010. Even If Timely, The Mtn Does Not Allege Sufficient Grounds To<br>Meet The Requirements Of The Statue. Def May Still Raise The Defense/affirmative Defense At Time Of Trial /gls |
| 2010-09-30 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Mailing Inventory /gls |
| 2010-09-30 | CERT | Certificate Filed<br>DEF1/ Sutton, Joshua<br>Of Delivery Witness List /gls |
| 2010-09-30 | FOTH | Filing Other<br>DEF1/ Sutton, Joshua<br>Defense Rule 16 Compliance Inventory /gls |
| | FOTH | |

| | | |
|---|---|---|
| 2010-09-30 | | Filing Other<br>DEF1/ Sutton, Joshua<br>Additional Defense Rule 16 Compliance /gls |
| 2010-09-30 | NOTC | Notice Filed<br>DEF1/ Sutton, Joshua<br>Of Endorsement Of Witnesses /gls |
| 2010-09-29 | CAC6 | Court Appointed Atty(other)<br>DEF1/ Sutton, Joshua<br>ATY/ Gunkel, Debra Marie<br>Def: Sutton, Joshua<br>Cta: Gunkel, Debra Marie |
| 2010-09-29 | CACN | Cacn |
| 2010-09-29 | CERT | Certificate Filed<br>AGN1/ District Attorney,<br>Of Mailing /gls |
| 2010-09-29 | MINC | Minute Order (print)<br>Ptrd<br>092910 Cd10-28(11:22-11:31) Appc By Dda, Andrew Hayden; Deft Present Pro Se;<br>Judge Told Deft That He Needs The Disclosure Stmt Within 48 Hrs; People Are<br>Ready To Proceed; Deft Would Like To Proceed Pro Se; Deft Has Received Discovery; Deft Has Requested Advisory Counsel, Gunkel Be Appointed; Request<br>Is Only 4 Weeks Before Trial And Crt Is Unsure About Appt An Aty At This Late<br>Of Date; Deft Will Be Issuing Subpeonas For The Court To Issue Thereof; /cjp |
| 2010-09-29 | NOTC | Notice Filed<br>AGN1/ District Attorney,<br>Of Endorsement Of Additional Witnesses /gls |
| 2010-09-29 | RQST | Request Filed<br>DEF1/ Sutton, Joshua<br>For Advisory Counsel /gls |
| 2010-09-28 | NOTC | Notice Filed<br>Of Endorsement Of Additional Witnesses /cjp |
| 2010-06-30 | MINC | Minute Order (print)<br>Hadv<br>063010 Cd10-19(10:48-11:03) Appc By Dda, Andrew Hayden; Deft Present Pro Se,<br>In Custody; Deft Advised Of His Rights, Charge And Possible Penalties; Deft<br>Stmt Concerning 16-14-102; Deft States A Jtrl Should Have Been Set Within 90<br>Days; Deft Pleads Not Guilty; Def Waives Right To Counsel; Judge Advises Deft<br>Of Right To Counsel; Deft Requests A Jtrl Set Within 30 Days; Obj By Da Hayden; Jtrl And Ptrd Dates Have Been Previously Set And Will Remain /cjp |
| 2010-06-25 | ORDR | Order<br>For Jury Trial /gls |
| 2010-06-25 | ORDR | Order<br>Setting Jury Trial /gls |
| | RQST | |

| | | |
|---|---|---|
| 2010-06-24 | | Request Filed<br>DEF1/ Sutton, Joshua<br>For Dispo Of Untried Complaint Or Information /gls |
| 2010-05-07 | FPOR | Fingerprint Order |
| 2010-05-07 | SACF | Summons And Complaint Filed |

| **Judgments** |
|---|
| |
| No Judgments Information |

| **Bonds** |
|---|
| |
| No Bonds Information |

**Financial Summary**

| Accounts Receivable | Amount Owed | Amount Paid | Amount Paid From Related Case | Outstanding Balance |
|---|---|---|---|---|
| Court Costs | $21.00 | $0.00 | $0.00 | $21.00 |
| Court Security Cash Fund | $5.00 | $0.00 | $0.00 | $5.00 |
| Genetic Testing Surcharge | $2.50 | $0.00 | $0.00 | $2.50 |
| Late Penalty Fee | $10.00 | $0.00 | $0.00 | $10.00 |
| Time Payment Fee | $25.00 | $0.00 | $0.00 | $25.00 |
| Victim Compensation Fund | $78.00 | $0.00 | $0.00 | $78.00 |
| Victim's Assistance Fund | $185.00 | $0.00 | $0.00 | $185.00 |
| Accounts Receivable Balance | $326.50 | $0.00 | $0.00 | $326.50 |