IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-RPM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

KRISTI MOORE,
RICHARD POUNDS,
DALE O'CONNER,
ORLANDO REYES,
LASANDRA BUCKNER,
ERIC GILBERT,
MR. AURITI,
BOBBY BONNER,

Defendants.

---

**AFFIDAVIT OF ANTHONY DECESARO**

---

I, Anthony DeCesaro, upon being duly sworn under oath, of lawful age, and having personal knowledge of the matters set forth herein, depose and state as follows:

1. I am employed by the Colorado Department of Corrections (CDOC) as a Step Three Grievance Officer.

2. I have been employed as the Step Three Grievance Officer since 2003.

3. My job duties include responding to, investigating and tracking all Step Three grievances filed within the CDOC.

4. Grievance procedures are set forth in Administrative Regulation (AR) 850-04, which provides a three-step grievance process for CDOC inmates.

EXHIBIT
A

5. The grievance process is first initiated by the offender filing a Step One grievance form. If the offender is not satisfied with the result of the Step 1 grievance, they must then proceed to the Step Two grievance. If the inmate is still unsatisfied, they must then proceed to file a Step Three grievance.

6. The Step Three grievance is the final step in the CDOC grievance process and must be completed for the inmate to exhaust his or her administrative remedies.

7. Step Three grievances are stored in the CDOC's electronic grievance database for a three (3) year time period.

8. I have carefully reviewed the electronic database for Step Three grievances filed by inmate Joshua Sutton CDOC # 96416.

9. There are no Step Three grievances in the electronic grievance database from Sutton regarding privacy issues in the showers and bathrooms at the Buena Vista Correctional Facility, or the removal of privacy curtains from the showers and bathrooms at this facility.

10. In addition, there are no Step Three grievances regarding Sutton being housed in the same CDOC facility, including the Buena Vista Correctional Facility, as inmate David Harris, CDOC # 50630.

Further Affiant Sayeth Naught.

______________________________
Anthony DeCesaro

Subscribed and sworn to before me in the County of El Paso, State of Colorado, this 9th day of November, 2016.

______________________________
NOTARY PUBLIC

My Commission expires: 2/8/2020

HOLLY D. WINTERS
Notary Public
State of Colorado
Notary ID # 20124006721
My Commission Expires 02-08-2020