Ct.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-RM-MJW

Joshua Lamont Sutton,
Plaintiff,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 02 2016
JEFFREY P. COLWELL
CLERK

v.

Kristi Moore; et. al.,

Defendant(s).

Emergency Declaration Reply To CDOC's Response - Due To Further Retaliation, And Motion To Supplement The Proposed Supplemental Prisoner Complaint

# Reply - Table Of Contents


Pg.

I. Introduction. — 3

II. Reply To "Moving Target". — 3

A. Post Traumatic Stress Disorder Defined. — 3

B. Top Three (3) Major Traumatic Event(s) Related To Current Event(s). — 4

C. How PTSD, And Major Traumatic Event(s) Are Related To Current Defendant(s) And Proposed Defendant(s). — 5

III. Reply To Claim Futile; Alternatively, Motion To Supplement The Proposed Supplemental Prisoner Complaint - Due To Further Retaliation. — 6

IV. Detail(s) Of Further Retaliation By The Proposed Defendant(s), And Motion To Supplement/Attach Additional Claims To The Proposed Supplemental Prisoner Complaint - Due To The Further Retaliation. — 7

A. Brief History of the Nature Of the Case. — 7

B. Motion To Supplement/Attach Additional Claim(s) - Due To The Further Retaliation. — 8

V. Conclusion. — 9

VI. Declaration Of Truth. — 10

VII. Certificate Of Service. — 10

VIII. Attachment(s) - Table Of Contents. — i-ii


End.

# • I. Introduction •

Dear Honorable Judge(s),

1. I know your docket is Full, thank you For Responding quickly.
2. As you probably know, the CDOC Defendant(s) Filed their Response.
3. However, two days later my case manager called me and said she had made copies of the order(s) this court sent to her and gave them to Warden John Lingerich. (Correction: Jason Lengerich)
4. That same day John Lingerich ordered that all of the remaining privacy curtain(s) be taken (on Nov. 17, 2016).
5. As a result, many inmates made threats against me, others talked of rioting, and some (including our counselor(s)) are simply shocked by what the Warden is doing to us. Specificly, the Female counselor(s) and Female staff (including the visitor(s)) regularly see us using the toilet, and or undressing while they hold group(s) right in Front of our cell where our toilet(s) are and the Front of our cell(s) and or wall(s) and or door(s) are made completely of bars; they must walk also to and From group locations. In Fact, last Wednesday the Lead Counselor (Mrs. Gebhart) gave a long speach to all 100 plus of us. The main point of which was that none of the counselors has ever seen anyone do what is being done to us, and the humiliation and embarrassment we are being Forced to endure. **See** Attachment C, pages 5-7, For drawings, maps, and yellow highlighted details.

6. I also got statements and signatures From about 70 or so inmates out of the 117 ± inmates in this unit. **See** Attachment C., pages 8-42.

# • II. Reply To "Moving Target" •

## A. Post Traumatic Stress Disorder Defined.

1. I have extreme PTSD (Post Traumatic Stress Disorder).
2. I was told that I had Post Traumatic Stress Disorder in about 2015 by Doctor (Mrs.) Fitzgurald at/ ~~the~~ CDOC.
3. She immediately sent me to the Residential Treatment Program For inmates with a serious mental ilness.
4. While at the Residental Treatment Program, I was given documents about my treatment plan, diagnostic criteria For people with PTSD (including children because my primary clinician said my PTSD Started in my childhood), and information about how long I most likely suffer from PTSD. See Attachment A., page 1 to 4.

B. Top 3 Major Traumatic Events Related To Current Events.

1. Major Event #1) At age eight (8), I was taken from my family by state employee(s)/ social worker(s) because one said she had received a report that my mother's boyfriend had sexually abused me. See Attachment A., page 5 (paragraph 3 of my 1997 Presentence Report). However, I fought this for years because noone had done any of the things she would repeatedly interragate me about. When I was nine (9) years old, I was told that a sexual assault exam would help me prove I was not sexually abused, so I agreed in hopes of going home to my family. I remember thinking that noone had done any of the things they said until know, because the examiner put her finger in my bottom. I was very embarrassed, but she said I was telling the truth (the exam showed that I had never been sexually abused in the manner alleged); thus, the report was false. I felt so happy that I was going home, but was then told that it was to late because my mother had given-up fighting to get me back (and why should she have to fight, I thought). Why was it so easy for them to take me, but now they will not let us go, I thought; use that same power to simply take me home and make things right. That never happened, and this was the question my nine (9) year old mine could not answer. I stopped talking most of the time. Tears are trying to come out of my eyes right now and I'm 40, but I will not let them. I stop them by changing my hurt into anger because the hurting feels too bad. For the next ten or so years, while in State's custody, I was beaten, sexually abused, physically assaulted by group home staff, older state's custody children, and foster parents and their children. I ranaway every chance I could, but I never new how to get back home; I knew nothing about maps, nor how to survive on my own, so after days without food nor water I would turn myself in to the police or call my social worker over a payphone. Once I ~~left~~ fell asleep in the snow knowing I would die, I started electricuting myself, and jumping off buildings, and stabbing myself around age 12. Long story short, I have never stopped hating the Department of Human Services and their socialworkers for completely destroying me. Even now I feel nothing but rage, burning in my arms, upper thighs, and shoulders, and my face also.

2. Major Event #2) After turning 18, ~~ago~~ I was on my own, no family, no friends, and in a homeless shelter. I knew nothing about the world, nor how to survive. An ex-felon befriended me and so that started my life of stealing, with him. I went to prison for the first time in 1997 on a three (3) year sentence, I was nineteen (19) years old. Prison Staff put me in a cell with a two time convicted rapist named David Harris. **See** Attachment A., page 11.5, yellow highlight, and page 13, yellow highlight. After he sexually assaulted me, prison officials tryed to make me go back to our cell with him still there, made fun of me, and told inmates about me reporting the sexualassault (so inmates treated me pretty bad). Something very important changed in me. I became extremely violent; beating inmates, then people when I got out of prison. At first I was just trying to be safety, but I couldnot stop the ~~burn~~ burning in my body, and the non-stopping irritation when I was around people, even children. I hurt so many people it would take 300 pages to write about, so I leave it there.

3. Major Event #3) Lastly, I'd say it's a tie between me being put in solitary confinement at Colorado State Prison (CSP) for about 7 years (which I still can not talk about) and or the Police in Pueblo repeatedly stopping me and saying I fit some suspect discription I had good reason to believed they were making it up, andor hearing my then wife's story of being raped by her foster dad, and sexually abused by his sons between age 6 to 12, and the sexual abuse she went through while she was in group homes (See complaints in Case 14cv02379 and 15cv00850 in this court for more detail(s)).

4. For a better understanding see attachment B "Problem Statements" and R.E.B.T. (Rational Emotive Behavior Therapy) assignment(s) (the "Goodbye Letter" and the "Goodbye Picture").

C. How PTSD, And The Major Traumatic Event(s) Are Related to The Current Defendant(s) And The Proposed Defendent(s).

1. The PTSD experts (I've provided in Attachment A., pg. 1-4) say that because the previous major events (when I was a child, teenager, and or young adult) involved intense fear, helplessness, andor horror (in relation to 1) the Department of Human Services Employee(s) and the abusive condition(s) they forced on me, 2) the Department of Correction(s) Employee(s) and the abusive condition(s) they forced on me, andor 3) the Pueblo Police Employee(s) and the ~~the~~ Sheriff's Employee(s) and the

abusive condition(s) they forced on me) that these major traumatic event(s) must be (and are) persistently reexperienced in my negative thoughts / depression, nightmares, panic attacks and anxiety (when I feel as if the event(s) were recurring, as I have also felt over the past few weeks and somewhat over the last year living under these abusive conditions forced on me by the BVCF Staff; which is why I reported all of this to P.R.E.A. to begin with), distress and reactions upon exposure to reminder of these event(s) (as you can see in the way I spoke in my supplemental complaint), etc. etc. See Attachment A., page 1 to 4, highlights, for a complete list of of my prior symptoms and how exposure to the bad treatment I've endured by the current Defendant(s) and by the proposed Defendant(s) (in the proposed supplemental complaint).

2. As my current counselor can tell you, the action(s) of the current And proposed Defendant(s) have repeatedly undermined andor set back the progress we have made in treating my PTSD.
3. This is why the events are related, because without this understanding you can not begin to understand how much I am hurt by the current and/or proposed Defendant(s)' action(s). Also, See Rule 15 for Amendment andor supplemental criteria.
4. Thus, I am not attempting to use my lawsuit as a "moving target", but I am always struggling to communicate what I know is happening to me.

• III. Reply To Claims Futile; Alternatively, Motion To Supplement the Proposed Supplemental Complaint •

1. Due to my PTSD symptoms of distress and irritibility / impulsive and aggressive behavior(s) (upon exposure to reminder(s) of abuse I have suffered by the hands of person(s) I know would not have gotten away with what they did to me had they not had the power and/or protection given to them as state employee(s)), I also donot remember all of the details of what I wrote in my supplemental complaint (i.e. whether or not I inadvertantly used the word "could", when the context and tone of my supplemental complaint clearly indicated that I was being seen using the toilet andor undressing by female counselor(s) and other staff). See Attachment C., pages 5-42, for complete drawings, maps, and statements of the current ~~cond~~ abusive condition(s) here at BVCF, ~~so~~ especially the Highlights.

2. Motion.
~~II~~ Alternatively, pursuant to Rule 15, I move this Honorable Court to Supplement/Attach to my proposed Supplemental Prisoner Complaint this, "Emergency Declaration Reply - Due To Further Retaliation..." and the attachments as if they had been attached to the proposed Supplemental Prisoner Complaint, and referenced to in the Nature Of the Case andor the claim(s) therein.

• IV. Detail(s) Of Further Retaliation By The Proposed Defendant(s), And Motion To Supplement/Attach Additional Claim(s) To The Proposed Supplemental Prisoner Complaint - Due To The Further Retaliation •

A. Brief History of The Nature Of the Case.

1. There are three (3) medium security units at BVCF, but ours is the only one where there is no solid ~~front~~ non-transparent front wall, nor door (~~they~~ ours are made out bars with alot of space between each bar, thereby making ours very transparent). Inplace of the solid wall, we ~~had~~ had had curtain(s) over our bar wall ("privacy curtain(s)) which gave us a little bit of privacy andor protection from female staff seeing us using the toilet(s) in our cell(s), and or undressing. Be we wanted a curtain for the lower half of our bar door(s) as a similar equality of protection as the other medium security units here. I took the lead on it because due to my PTSD and the type of trauma involved in its making, I felt these condition(s) were make my PTSD worse.

2. My counselor (Mrs. O'Brian) and several other female staff (including Lt. Wood and Mrs. Lorenze) witnessed our privacy curtain(s) being taken - after we had complainted since about December 2015 to P.R.E.A. about being seen regularly by our female counselor(s) andor staff andor other female visitor(s) to the unit while we used the toilet andor undressed for the shower.

3. In fact, when my counselor first started working in this unit back in May (or so) it was her who encouraged me to continue to report it to PREA - after she was upset by seeing us using the toilet, and how we were angered by our condition(s) here.

4. In about April, PREA did conduct their investigation and told the warden that we need more privacy curtain(s) over our cell door(s) in this unit ~~and~~ because the high visibility of our toilet and us when using it

5. The Warden refused for about 8 months, until we complained to PREA again.
6. On 10-25 and 26-2016, the Warden ordered our top privacy curtain taken, and on 11-17-2016 he ordered our remaining privacy curtain taken – also after we complained.
7. As a result, I repeatedly have been blamed for all of the above and threatened by inmates here in my unit, fought one of them after arguing about the above got out of control and we both had ~~injuries~~ received several injuries (including having torn muscle(s) in my shoulder(s), and there have been threats to riot and or go ~~on~~ on strike by refusing counseling, ~~or~~ participate in any groups, nor any other Theraputic Community Activity until we are given the same protection by the Warden as the other medium security units in this prison receive; particularly, some substitute ~~for~~ which the Warden took from us because I and others continued to complain.
8. For a complete and detailed explanation, please see Attachment C., documents, which include drawings and about 30 statements from most of us.

B. <u>Motion To Supplement/Attach Additional Claims - Due to the Further Retaliation.</u>
1. As Indicated above in detail, the proposed Defendant(s) further retaliation, on about 11-17-2016.
2. I put in a request the law library (research time), so I could make copies of the Reply Statements, and get some more Prisoner Complaint Forms.
3. After arriving at the law library on 11-21-2016, I filled out the "Request For Forms Required By The Court" and stated that the subject matter was "Females see (me) using the toilet daily because last Friday Staff took all toilet (privacy) curtains", and I requested two (2) Prisoner Complaint Forms (one for this court and one copy for me).
4. The law library asked to see the statements I wanted to attach to the Prisoner Complaint Form, and began threatening to take them in front of all the other inmates and the recording camera.
5. She (Mrs. ~~Sc~~ Schwartz) then yelled that she was not going to copy them, nor give me any Prisoner Complaint Forms. See Attachment D., pg. 1.
6. She emailed headquarters to see if she could take them, but I said the statements were of my witnesses against the Proposed BVCF Warden.
7. She was told that she could not take the 30 written statements, as long as I used them as witnesses.
8. She then made up other reasons not to give me the complaint forms, nor make any copies ~~of about 42 pages of~~ of the 30 written statements, still yelling the whole time.

9. So, I wrote a short Reply referencing the statements, but she only copied 19 of about 42 pages of statements regarding the warden's further retaliation on about 11-17-2016.

10. Because she denied me the Prisoner Complaint Form(s) I need to attach to this Reply indication the further Retaliation on about 11-17-2016, I used some extra claim section(s) I found. See Attachment D., pages 2-3.

11. Motion. Thus, I move this Honorable Court to Supplement/Attach the additional claims (Attachment D., page 2 and 3) to the Proposed Supplemental Complaint ~~#~~ (Denying me the Forms is a Due Process violation, but I don't have a complete Prisoner Complaint Form to report it on), as if they had been part of the Proposed Prisoner Complaint - per Rule 15.

## V. Conclusion

I was powerless to stop the abuse I suffered at the hands of ~~the~~ State employee(s), and or the condition(s) they forced on me as a child, a teenager, and as an adult. As a result of this abuse and my having been powerless to stop it, I was diagnosed with suffering from extreme Post Traumatic Stress Disorder (PTSD). While continuing to receive treatment by my primary counselor, Mrs. O'Brian, I was encouraged by her and others to stop female staff and counselors from accidently continuing to see us on the toilet and/or undressing. Contrary to P.R.E.A.'s request, all the toilet/cell privacy curtains were taken - leaving the female staff, counselor(s), and/or most of the inmates in BVCF North Unit embarrassed and humiliated; expressed as anger, rage, and looking for someone to blame. That person was me, and I requested for more than five hours to move out of the unit but was refused. In a fight over this blaming of me, I and another inmate were injured. This current event is not a "Moving Target" Situation, because it is similar to the major traumatic events which were/are included in my diagnosis with PTSD. This exposure has re-ignited most of my PTSD sympton(s), as my counselor(s) can attest to.

Furthermore, though I don't remember ~~the~~ exact wording of the proposed supplemental complaint, I do not believe it to be futile (and any technical error that may have occurred

can be remedied by granting my motion (s) to supplement the proposed Supplemental Prisoner Complaint with this Reply and or the attachment (s) here to and or just the attached claim(s), which includes the additional claims due to the further retaliation (s) on about 11-17-2016, and 11-21-2016).

Therefore, I move this Honorable Court as indicated above and pray that you grant me leave to file the Proposed Supplemental Prisoner Complaint, and or any other just and proper remedy.

## • VI. Declaration Of Truth •

I declare under penalty of perjury that the above is completely true.

## • VIII. Certificate Of Service •

I certify that the above was sent, by this court by emailed memorandum, to the Attorney General's Office.

Sincerely, Josh Sutton. 11-24-16
PO Box 2017, Buena Vista, CO 81211

2817
Buena Vista, CO
81211

USPOSTAGE $03.25[0]
ZIP 81211
041L11230983

Reply To CDOC's Response
U.S. Court For CO, Case # 15CR00850
901-19th Street
Denver, CO 80294

cted Inspection
Mail

**Restricted Inspection Mail Stamp**

BVCC — 11.29.16
FACILITY — DATE REC'D

Long — 6216 — gm
STAFF LAST NAME — ID# — INT

96116 — Sutton — JS
DOC# — OFFENDER LAST NAME — INT