# Residential Treatment Program Treatment Plan

Offender Name: Sutton, Joshua DOC#: #96416

Primary Clinician: Lisa Soule, LPC Group Clinician: Shirbinski

Current RTP Level: Level 3 Date earned: None

Current P-Code: P3N BPRS: 41

Last P-Code Review date: 1/24/15 RCS: 3

Medications: Neurontin 1200mg 2xD, Seroquel 200 mg AM 300mg PM, Docusate SOD 100mg 2xD, Cetirizine 10mg am.

Diagnoses:

Axis I: 309.81 Post-Traumatic Stress Disorder

Axis II: 301.70 ASPD

A. **Identified Problem Areas:**

1. Panic attacks and Anxiety
2. Depression and negative thinking.

B. **Goals:**

1. Short-Term Goal: Practice homework exercises assigned to increase mindfulness and emotional regulation.
2. Long-Term Goal: Integrate practiced coping skills into daily routine to reduce emotional suffering.

C. **Interventions/Treatment Methods:**

1. Regular attendance in individual therapy engaging in DBT skills development and use as evidence by completion of diary cards and behavior chain completion.
   a. **Timeframe for tracking this goal:** weekly
2. Regular attendance and engagement in curriculum and rec groups.
   a. **Timeframe for tracking this goal:** weekly

Group Curriculum Name: STEPPS GROUP

Main Skills Addressed in Curriculum:

1. Awareness of Mental Illness
2. Filters
3. Communication skills
4. Challenging
5. Distancing
6. Distracting
7. Problem Management

Ex. A pg 5 of 8

Attachment A. pg. 1 of 14.

B.

 Attachment A.2

C.6

# The Symptoms of PTSD

In order to be diagnosed with PTSD, a patient must have certain symptoms outlined in the *Diagnostic and Statistical Manual of Mental Disorders*, published by the American Psychiatric Association. The patient must have experienced a traumatic event, at least 1 reexperiencing symptom, 3 avoidance symptoms, and 2 hyperarousal symptoms. In addition, the symptoms must have persisted for more than a month and must be causing significant problems in the patient's life.

**A. Exposure to a traumatic event**

1. Response involved intense fear, helplessness, or horror

**B. Traumatic event is persistently reexperienced in at least one of the following ways:**

1. Recurrent and intrusive thoughts or images
2. Recurrent distressing dreams (when a child and young adult mostly)
3. Acting or feeling as if the event were recurring
4. Psychological distress upon exposure to reminders of event
5. Physiological reactions upon exposure to reminders of event

**C. Avoidance of stimuli associated with the event and numbing of general response, occurring in at least three of the following ways:**

1. Efforts to avoid thoughts, feelings, or conversations about the event
2. Efforts to avoid activities, places, or people that remind person of the event
3. Inability to remember an important aspect of the event
4. Significantly diminished interest or participation in activities
5. Feeling of being detached or estranged from others
6. Restricted range of mood
7. Speaks or thinks of not having a future

**D. Increased arousal not present before traumatic event, presenting in at least two of the following ways:**

1. Trouble falling or staying asleep
2. Irritability or outburst of anger
3. Difficulty concentrating (when a child mostly)
4. Hypervigilant (constantly on alert for danger)
5. Exaggerated startle response (on edge)

**E. Symptoms last at least one month**

**Symptoms listed above cause significant impairment in daily life**

Source: Ben Chavez, "A Review of Pharmacotherapy for PTSD," *U.S. Pharmacist*, November 22, 2006.

A

Case No. 1:15-cv-00850-RM-MJW Document 98-2 filed 12/02/16 USDC Colorado pg 3 of 14



# Behaviors of Children and Teenagers with PTSD

Children and teenagers with PTSD exhibit the same symptoms as adults, but they may also engage in other distinct behaviors depending on their age. Very young children may unlearn a basic developmental skill, such as speaking or using the toilet. Elementary-school-aged children may develop superstitious beliefs about the event. Preteens are likely to act out the traumatic event while playing. Adolescents may become impulsive and aggressive.

| Very young children | Elementary-school-aged children | Adolescents |
|---|---|---|
| Generalized fears such as stranger or separation anxiety | Time skew: mis-sequencing trauma-related events when recalling the memory | Post-traumatic re-enactment by incorporating aspects of the trauma into daily life |
| Avoidance of situations that may or may not be related to trauma | Omen formation: the belief that there were warning signs that predicted the trauma | Impulsive and aggressive behaviors |
| Sleep disturbances | References to the trauma in play, drawings or verbalization | |
| Preoccupation with words or symbols that may or may not be related to the trauma | | |
| Play that repeats themes of the trauma | | |
| Loss of an acquired developmental skill such as toilet training | | |

Source: [illegible] Greco and Wendy M. Garcia, "Post Traumatic Disorder: Treatment with Confidence," [illegible] July 2008.



This information provided by CCF Library

Attachment A.3

3.

P9,

This information provided by CCF Library
Approved for: [redacted]
On: 9/2/15
Approved by M. Knip



# The Symptoms of PTSD and TBI

Traumatic brain injury (TBI) is a type of brain damage that can r
from the shock of nearby explosions. Many veterans of the war
experienced TBI as a result of the enemy's use of roadside bom
attack troop convoys. Some of the effects, or symptoms, of TBI
with the symptoms of PTSD, making diagnosis and treatment of
more difficult in veterans who have also suffered TBIs.

### Symptoms of PTSD

- Repeatedly reliving the trauma in thoughts or nightmares
- Strong startle response
- Avoidance of reminders of the trauma
- Emotional numbness, loss of interest
- Difficulty feeling affectionate
- Increased aggressiveness or even violence
- Irritability

### Shared Symptoms

- Mood changes
- Difficulty concentrating
- Sleep problems

### Symptoms of Mild or Moderate TBI

- Headache
- Lightheadedness or dizziness
- Blurred vision
- Ringing in the ear
- Bad taste in the m
- Fatigue or change sleep patterns
- Behavioral or moo
- Trouble with memo tration, attention
- Restlessness or a

Source: Elise Foley and Hibah Yousuf, "A War at Home: Invisible Wound March 16, 2009. http://medill.northwestern.edu.

- A study of soldiers who had serve reported **effective leadership and** stigma regarding mental health for mental illness.



0.7%
2.8%
11.1%
25.0%
18.9%
40.1%
63.1%
%
6.
13.8%
15.2%
18.6%
61.8%
59.0%
1.4
12.6%

**CIRCUIT COURT ADULT PROBATION DEPARTMENT**

**Charleston, Kanawha County, West Virginia**

**PRESENTENCE REPORT**

---

FAMILY:

Subject is the son of Shanna Sutton, age unknown and Oscar Anderson, age unknown. Reportedly, they never married. Of note, subject's juvenile file shows the name of Oscar Adkins as subject's father. According to subject, he has never really known either of his parents as his mother reportedly abandoned him and his two younger brothers in West Virginia approximately ten or eleven years ago.

Subject said, "My mother was a drug addict. She was very abusive. She came to West Virginia with her boyfriend Ron, Ron Pittman. I don't have anything bad to say about Ron because he was always trying to keep my mom from beating me and my brothers."

(Of note, subject's juvenile record indicates a history of possible sexual abuse at the hands of his mother's boyfriend. It is however, unknown as to whether or not Mr. Pittman is the boyfriend in question.)

Subject goes on to say, "My mom is originally from South Dakota, but she just left us in West Virginia in DHS (Department of Human Services) custody. She took me and [redacted] and dropped us on the street and called DHS and told them to come and get us or she was going to kill us. I was seven or eight at the time. She kept [redacted], but they took him away from her. We've been under DHS custody ever since."

"As far as my father, I believe he may have just gotten out of prison in St. Louis. I think he was in for murder."

"My only other family besides my brothers, are my grandparents Pat and Al Sutton, of Rapid City, South Dakota (telephone [redacted].")

SIBLINGS (Believed whole sibling):

Subject is the oldest of three known children born to Shanna Sutton.

[redacted], age sixteen or seventeen, is believed to be residing in a foster home in Beckley, West Virginia.

HALF-SIBLING:

[redacted] around age ten or thirteen, resides in a foster home in Dunbar, West Virginia. His foster parents are Mr. and Mrs. Chandler; telephone 766-8221.







Att. A. 5.

= OFFENDER TRACK ========== OFFENDER PROFILE ============ 11/08/2016 = Page 1
Doc No: 96416 Name: SUTTON, JOSHUA BVCF/NORTH PRES FACIL

FBI No.: [redacted] SID No: [redacted] Inmate Class: MEDIUM
Birthdate: 08/17/1977 39 S.S.N.: [redacted] Admit Type: NEW CT COM
Sex: MALE Ethnicity: WHITE Admit Date: 05/06/2013
Height: 602 Complexion: RUDDY Est Par Elig: 10/08/2016
Weight: 170 Pre Co Incr: 3 Est Mand Rel: 09/13/2021
Eyes: BROWN Detain/Warr: NO Act Par Date:
Hair: BLACK Nxt Par Hrg: 2017-08 Par Disch:
Birthplace: RAPID CITY SD Case Mgr/Par Off: GOODWIN, BRITTANY A.
Alerts: ADA

| | Crime | # | D | Min-Max | ST | County | Docket |
|---|---|---|---|---|---|---|---|
| Y | ASSAULT | | A | 10Y-10Y | IN | PUEBLO | 12CR1336 |
| Y | ASSAULT | | D | 3Y-3Y | PO | FREMONT | DISCH |
| N | MENACING | | D | 247D-247D | IN | OTERO | DISCH |
| N | BURGLARY | | D | 3Y-3Y | PO | KIT CAR | DISCH |
| Y | ROBBERY | | D | 0Y-0Y | IN | INTERST | DISCH |

| Fac/Lvg | Location | Date | |
|---|---|---|---|
| BVCF/NORTH | PRES FAC | 07/13/16 | + |
| BVCF/INTAK | PRES FAC | 07/13/16 | |
| BVCF/NORTH | PUEBLO/S | 07/05/16 | |
| BVCF/NORTH | PRES FAC | 07/05/16 | |
| BVCF/INTAK | PRES FAC | 07/05/16 | |
| BVCF/NORTH | PRES FAC | 02/09/16 | + |
| CTCF/TRANS | PRES FAC | 01/28/16 | + |
| BVCF/NORTH | FREMONT/ | 01/28/16 | |
| CTCF/TRANS | PRES FAC | 01/26/16 | + |
| BVCF/NORTH | PRES FAC | 11/25/15 | + |
| BVCF/EAST | PRES FAC | 11/24/15 | + |
| BVCF/INTAK | PRES FAC | 11/24/15 | |
| CCF/UNIT3F | PRES FAC | 11/17/15 | + |
| CF/UNITE2 | PRES FAC | 10/06/15 | + |
| CF/UNTE1,3 | PRES FAC | 09/23/15 | + |
| CF/UNTA2,3 | PRES FAC | 09/03/15 | + |
| CF/UNITE2 | PRES FAC | 06/11/15 | + |
| CCF/UNITB1 | PRES FAC | 10/29/14 | + |
| CCF/INTAK | PRES FAC | 10/29/14 | |
| DRDC/INTAK | PRES FAC | 10/29/14 | |
| DRDC/RH | PRES FAC | 10/15/14 | + |
| DRDC/INTAK | PRES FAC | 10/15/14 | |
| KCCF/RH | PRES FAC | 09/05/14 | + |
| KIT/UNIT E | PRES FAC | 08/27/14 | + |
| DRDC/INTAK | PRES FAC | 08/27/14 | |
| DRDC/UNIT5 | PRES FAC | 08/26/14 | + |
| DRDC/INTAK | PRES FAC | 08/26/14 | |
| SCF/INTAKE | PRES FAC | 08/26/14 | |
| SCF/UNIT01 | PRES FAC | 08/24/14 | + |
| SCF/UNIT02 | PRES FAC | 08/11/14 | + |
| SCF/RH | PRES FAC | 07/29/14 | + |
| SCF/UNIT25 | PRES FAC | 07/23/14 | + |
| SCF/UNIT21 | PRES FAC | 06/25/14 | + |
| [illegible] | [illegible] | 06/05/14 | + |

= OFFENDER TRACK ========== OFFENDER PROFILE ============= 11/08/2016 = Page 1

Doc No: 96416 Name: SUTTON, JOSHUA BVCF/NORTH PRES FACIL

==================================================================

FBI No.: [redacted] SID No.: [redacted] Inmate Class: MEDIUM
Birthdate: 08/17/1977 39 S.S.N.: [redacted] Admit Type: NEW CT COM
Sex: MALE Ethnicity: WHITE Admit Date: 05/06/2013
Height: 602 Complexion: RUDDY Est Par Elig: 10/08/2016
Weight: 170 Pre Co Incr: 3 Est Mand Rel: 09/13/2021
Eyes: BROWN Detain/Warr: NO Act Par Date:
Hair: BLACK Nxt Par Hrg: 2017-08 Par Disch:
Birthplace: RAPID CITY SD Case Mgr/Par Off: GOODWIN, BRITTANY A.
Alerts: ADA

| | Crime | # | D | Min-Max | ST | County | Docket |
|---|---|---|---|---|---|---|---|
| Y | ASSAULT | | A | 10Y-10Y | IN | PUEBLO | 12CR1336 |
| Y | ASSAULT | | D | 3Y-3Y | PO | FREMONT | DISCH |
| N | MENACING | | D | 247D-247D | IN | OTERO | DISCH |
| N | BURGLARY | | D | 3Y-3Y | PO | KIT CAR | DISCH |
| Y | ROBBERY | | D | 0Y-0Y | IN | INTERST | DISCH |

| Fac/Lvg | Location | Date | |
|---|---|---|---|
| BVCF/NORTH | PRES FAC | 07/13/16 | + |
| BVCF/INTAK | PRES FAC | 07/13/16 | |
| BVCF/NORTH | PUEBLO/S | 07/05/16 | |
| BVCF/NORTH | PRES FAC | 07/05/16 | |
| BVCF/INTAK | PRES FAC | 07/05/16 | |
| BVCF/NORTH | PRES FAC | 02/09/16 | + |
| CTCF/TRANS | PRES FAC | 01/28/16 | + |
| BVCF/NORTH | FREMONT/ | 01/28/16 | |
| CTCF/TRANS | PRES FAC | 01/26/16 | + |
| BVCF/NORTH | PRES FAC | 11/25/15 | + |
| BVCF/EAST | PRES FAC | 11/24/15 | + |
| BVCF/INTAK | PRES FAC | 11/24/15 | |
| CCF/UNIT3F | PRES FAC | 11/17/15 | + |
| CF/UNITE2 | PRES FAC | 10/06/15 | + |
| CF/UNTE1,3 | PRES FAC | 09/23/15 | + |
| CF/UNTA2,3 | PRES FAC | 09/03/15 | + |
| CF/UNITE2 | PRES FAC | 06/11/15 | + |
| CCF/UNITB1 | PRES FAC | 10/29/14 | + |
| CCF/INTAK | PRES FAC | 10/29/14 | |
| DRDC/INTAK | PRES FAC | 10/29/14 | |
| DRDC/RH | PRES FAC | 10/15/14 | + |
| DRDC/INTAK | PRES FAC | 10/15/14 | |
| KCCF/RH | PRES FAC | 09/05/14 | + |
| KIT/UNIT E | PRES FAC | 08/27/14 | + |
| DRDC/INTAK | PRES FAC | 08/27/14 | |
| DRDC/UNIT5 | PRES FAC | 08/26/14 | + |
| DRDC/INTAK | PRES FAC | 08/26/14 | |
| SCF/INTAKE | PRES FAC | 08/26/14 | |
| SCF/UNIT01 | PRES FAC | 08/24/14 | + |
| SCF/UNIT02 | PRES FAC | 08/11/14 | + |
| SCF/RH | PRES FAC | 07/29/14 | + |
| SCF/UNIT25 | PRES FAC | 07/23/14 | + |
| SCF/UNIT21 | PRES FAC | 06/25/14 | + |
| SCF/UNIT22 | PRES FAC | 06/05/14 | + |
| SCF/UNIT25 | PRES FAC | 04/29/14 | + |
| SCF/UNIT21 | PRES FAC | 04/28/14 | + |
| SCF/RH | PRES FAC | 04/24/14 | + |
| SCF/UNIT25 | PRES FAC | 01/02/14 | + |
| SCF/UNIT24 | PRES FAC | 12/03/13 | + |
| SCF/UNIT02 | PRES FAC | 08/28/13 | + |
| SCF/UNIT01 | PRES FAC | 06/04/13 | + |
| SCF/INTAKE | PRES FAC | 06/04/13 | |
| DRDC/INTAK | PRES FAC | 06/04/13 | |
| DRDC/UNIT3 | PRES FAC | 06/03/13 | + |
| DRDC/UNIT2 | PRES FAC | 05/21/13 | + |
| DRDC/UNIT1 | PRES FAC | 05/17/13 | + |

EXHIBIT B

Att. A.10.

| | | | |
|---|---|---|---|
| DRDC/INTAK | PRES FAC | 05/17/13 | + |
| PUEBLO/JB | FREMONT/ | 05/07/13 | |
| PUEBLO/JB | PRES FAC | 05/06/13 | |
| HISTORY | SENT DIS | 10/16/11 | |
| CTCF/TRANS | PRES FAC | 10/13/11 | |
| BVCF/LW NO | PRES FAC | 10/10/11 | + |
| BVCF/RH | PRES FAC | 09/17/11 | + |
| BVCF/LW NO | PRES FAC | 09/17/11 | |
| BVCF/RH | PRES FAC | 08/24/11 | + |
| BVMC/RH | PRES FAC | 08/24/11 | |
| BVMC/GP | PRES FAC | 08/23/11 | |
| BVCF/INTAK | PRES FAC | 08/23/11 | |
| CTCF/TRANS | PRES FAC | 08/17/11 | |
| CRLY/INTAK | PRES FAC | 08/17/11 | |
| CCCF/RH | PRES FAC | 07/21/11 | + |
| CRLY/UNIT2 | PRES FAC | 03/24/11 | + |
| CCCF/RH | PRES FAC | 03/13/11 | + |
| CRLY/UNIT4 | PRES FAC | 03/09/11 | + |
| CTCF/TRANS | PRES FAC | 03/07/11 | |
| LCF/INTAK | PRES FAC | 03/07/11 | |
| LCF/RH | PRES FAC | 02/19/11 | + |
| LCF/UNIT4 | PRES FAC | 12/31/10 | + |
| LCF/UNIT1 | PRES FAC | 12/27/10 | + |
| LCF/INTAK | PRES FAC | 12/27/10 | |
| CTCF/TRANS | PRES FAC | 12/10/10 | |
| DRDC/INTAK | PRES FAC | 12/10/10 | |
| DRDC/UNIT3 | PRES FAC | 12/08/10 | + |
| DRDC/UNIT2 | PRES FAC | 12/03/10 | + |
| DRDC/UNIT1 | PRES FAC | 12/01/10 | + |
| DRDC/INTAK | PRES FAC | 12/01/10 | |
| OTERO/JB | PRES FAC | 11/30/10 | |
| LJNTA/PAR | OTERO/SH | 02/04/10 | |
| LJNTA/PAR | ON-PAROL | 09/17/09 | |
| LJNTA/PAR | BENT/SH | 08/10/09 | |
| LJNTA/PAR | CROWLEY/ | 07/24/09 | |
| LJNTA/PAR | ON-PAROL | 12/22/08 | |
| LJNTA/ISP | ON-PAROL | 10/16/08 | |
| CCF/UNIT1A | PRES FAC | 06/10/08 | + |
| CCF/UNIT2E | PRES FAC | 05/29/08 | + |
| CCF/UNIT3F | PRES FAC | 09/26/07 | + |
| CCF/UNIT3G | PRES FAC | 07/17/07 | + |
| CCF/UNIT2C | PRES FAC | 02/21/07 | + |
| CSP/UNIT B | PRES FAC | 01/18/07 | + |
| CSP/UNIT C | PRES FAC | 12/16/05 | + |
| DRDC/INTAK | PRES FAC | 12/16/05 | |
| DRDC/RH | PRES FAC | 12/14/05 | + |
| DRDC/INTAK | PRES FAC | 12/14/05 | |
| CSP/UNIT C | PRES FAC | 01/07/05 | + |
| CSP/UNIT C | FREMONT/ | 01/07/05 | |
| CSP/UNIT C | PRES FAC | 08/23/04 | + |
| DRDC/RH | PRES FAC | 06/03/04 | + |
| DRDC/UNIT3 | PRES FAC | 06/03/04 | + |
| DRDC/INTAK | PRES FAC | 06/03/04 | |
| FREMONT/JB | PRES FAC | 05/27/04 | |
| HISTORY | SENT DIS | 03/16/04 | |
| CSP/UNIT E | PRES FAC | 02/18/04 | + |
| CSP/UNIT E | FREMONT/ | 02/18/04 | |
| CSP/UNIT E | PRES FAC | 01/22/04 | + |
| CSP/UNIT E | FREMONT/ | 01/22/04 | |
| CSP/UNIT E | PRES FAC | 12/16/03 | + |
| CSP/UNIT E | FREMONT/ | 12/16/03 | |
| CSP/UNIT E | PRES FAC | 07/08/03 | + |
| SCCF/ADSEG | PRES FAC | 06/05/03 | + |
| SCCF/4RGHT | PRES FAC | 03/18/03 | + |

Att. A.11.

= OFFENDER TRACK ========== OFFENDER PROFILE ============= 11/08/2016 = Page 1
Doc No: 50630 Name: HARRIS, DAVID E AVCF/UNIT6 PRES FACIL

FBI No.: [redacted] SID No: [redacted] Inmate Class: MEDIUM
Birthdate: 06/30/1960 56 S.S.N.: [redacted] Admit Type: NC/PAR RET
Sex: MALE Ethnicity: BLACK Admit Date: 08/25/1997
Height: 601 Complexion: BROWN Est Par Elig: 05/24/2040
Weight: 220 Pre Co Incr: 1 Est Inst Disch: 04/14/2056
Eyes: BROWN Detain/Warr: NO Act Par Date:
Hair: BLACK Nxt Par Hrg: 2040-03 Par Disch:
Birthplace: AUSTELL GA Case Mgr/Par Off: RODRIGUEZ, JUANA
Alerts: STG, RR, SVP

| | Crime | # | D | Min-Max | ST | County | Docket |
|---|---|---|---|---|---|---|---|
| N | FRAUD | | A | 2Y-2Y | PO | EL PASO | 95CR353 |
| Y | SEX ASSAULT | | A | 64Y-64Y | IN | EL PASO | 97CR112 |
| N | SEX ASSAULT | | A | 6Y-6Y | IN | EL PASO | 98CR2193 |
| N | ESCAPE | | D | 16M-16M | IN | DENVER | DISCH |
| N | BURGLARY | | D | 28M-28M | IN | DENVER | DISCH |
| N | FORGERY | | D | 6Y-6Y | IN | DENVER | DISCH |
| N | THEFT | | D | 8Y-8Y | IN | JEFFERS | DISCH |

| Fac/Lvg | Location | Date | |
|---|---|---|---|
| AVCF/UNIT6 | PRES FAC | 06/04/16 | + |
| AVCF/UNIT4 | PRES FAC | 03/30/14 | + |
| AVCF/RH | PRES FAC | 03/21/14 | + |
| AVCF/UNIT4 | PRES FAC | 03/20/14 | + |
| AVCF/RH | PRES FAC | 03/16/14 | + |
| AVCF/UNIT4 | PRES FAC | 09/20/13 | + |
| AVCF/UNIT6 | PRES FAC | 09/19/13 | + |
| LCF/INTAK | PRES FAC | 09/19/13 | |
| LCF/UNIT4 | PRES FAC | 08/06/13 | + |
| LCF/UNIT3 | PRES FAC | 08/03/13 | + |
| LCF/UNIT1 | PRES FAC | 03/14/13 | + |
| LCF/RH | PRES FAC | 03/14/13 | |
| LCF/UNIT1 | PRES FAC | 09/06/12 | + |
| LCF/RH | PRES FAC | 09/03/12 | + |
| LCF/UNIT1 | PRES FAC | 09/02/12 | + |
| LCF/RH | PRES FAC | 09/01/12 | |
| LCF/UNIT1 | PRES FAC | 02/15/12 | + |
| LCF/RH | PRES FAC | 11/17/11 | + |
| LCF/UNIT1 | PRES FAC | 11/15/11 | + |
| LCF/RH | PRES FAC | 11/15/11 | |
| LCF/UNIT2 | PRES FAC | 06/30/11 | + |
| LCF/UNIT1 | PRES FAC | 06/21/11 | + |
| LCF/RH | PRES FAC | 06/21/11 | |
| LCF/UNIT2 | PRES FAC | 06/14/11 | + |
| LCF/UNIT1 | PRES FAC | 12/08/08 | + |
| LCF/INTAK | PRES FAC | 12/08/08 | |
| LCF/UNIT5 | PRES FAC | 12/01/08 | + |
| LCF/UNIT1 | PRES FAC | 11/26/08 | + |
| LCF/UNIT5 | PRES FAC | 11/24/08 | + |
| LCF/INTAK | PRES FAC | 11/24/08 | |
| CTCF/TRANS | PRES FAC | 11/21/08 | |
| DRDC/INTAK | PRES FAC | 11/21/08 | |
| DRDC/UNIT3 | PRES FAC | 11/17/08 | + |
| DRDC/INTAK | PRES FAC | 11/17/08 | |
| DRDC/UNIT3 | PRES FAC | 11/12/08 | + |
| DRDC/INTAK | PRES FAC | 11/12/08 | |
| CTCF/TRANS | PRES FAC | 11/10/08 | |
| LCF/INTAK | PRES FAC | 11/10/08 | |
| LCF/UNIT1 | PRES FAC | 10/28/08 | + |
| CTCF/INFR | PRES FAC | 10/27/08 | |
| CTCF/TRANS | PRES FAC | 10/27/08 | |
| DRDC/INTAK | PRES FAC | 10/27/08 | |
| DRDC/UNIT2 | PRES FAC | 10/21/08 | + |
| DRDC/INFR | PRES FAC | 10/04/08 | + |
| DRDC/UNIT3 | DNVRGENH | 10/03/08 | |
| DRDC/UNIT3 | PRES FAC | 10/03/08 | |

EXHIBIT C

Att. A.12.

| | | | |
|---|---|---|---|
| DRDC/INTAK | PRES FAC | 10/03/08 | |
| DRDC/UNIT3 | PRES FAC | 10/01/08 | + |
| DRDC/INTAK | PRES FAC | 10/01/08 | |
| CTCF/TRANS | PRES FAC | 09/30/08 | |
| LCF/INTAK | PRES FAC | 09/30/08 | |
| LCF/UNIT5 | PRES FAC | 02/26/07 | + |
| LCF/UNIT1 | PRES FAC | 02/07/07 | + |
| LCF/INTAK | PRES FAC | 02/07/07 | |
| AVCF/UNIT6 | PRES FAC | 12/21/06 | + |
| AVCF/RH | PRES FAC | 12/05/06 | + |
| AVCF/UNIT5 | PRES FAC | 01/09/06 | + |
| AVCF/UNIT6 | PRES FAC | 01/04/06 | |
| AVCF/INTAK | PRES FAC | 01/04/06 | |
| CCF/UNIT2D | PRES FAC | 07/17/05 | + |
| CCF/UNIT2C | PRES FAC | 12/30/04 | + |
| CCF/INTAK | PRES FAC | 12/30/04 | |
| CCF/UNIT2C | EL PASO/ | 12/20/04 | |
| CCF/UNIT2C | PRES FAC | 12/15/04 | + |
| CCF/UNIT2D | PRES FAC | 12/03/04 | + |
| CCF/UNIT2C | EL PASO/ | 11/22/04 | |
| CCF/UNIT2C | PRES FAC | 07/20/04 | + |
| CCF/UNIT1A | PRES FAC | 06/24/04 | + |
| CCF/INTAK | PRES FAC | 06/24/04 | |
| FCF/RH | PRES FAC | 05/21/04 | + |
| FCF/L.U.2 | PRES FAC | 05/22/03 | + |
| FCF/RH | PRES FAC | 05/09/03 | + |
| FCF/L.U.2 | PRES FAC | 01/30/03 | + |
| FCF/L.U.5 | PRES FAC | 01/28/03 | + |
| FCF/RH | PRES FAC | 01/16/03 | + |
| FCF/LU 6LO | PRES FAC | 06/20/02 | + |
| FCF/L.U.4 | PRES FAC | 06/05/02 | |
| FCF/L.U.5 | PRES FAC | 05/24/02 | |
| FCF/L.U.2 | PRES FAC | 05/24/02 | |
| FCF/L.U.5 | PRES FAC | 05/07/02 | |
| FCF/INTAK | PRES FAC | 05/07/02 | |
| LCF/UNIT4 | PRES FAC | 03/21/01 | + |
| LCF/UNIT1 | PRES FAC | 03/15/01 | + |
| LCF/RH | PRES FAC | 03/15/01 | |
| LCF/UNIT4 | PRES FAC | 01/26/01 | + |
| LCF/UNIT1 | PRES FAC | 01/04/01 | + |
| LCF/RH | PRES FAC | 12/31/00 | + |
| LCF/UNIT1 | PRES FAC | 02/10/00 | + |
| LCF/INTAK | PRES FAC | 02/10/00 | |
| DRDC/UNIT3 | PRES FAC | 02/09/00 | + |
| DRDC/INFR | PRES FAC | 01/24/00 | + |
| LCF/UNIT1 | PRES FAC | 08/24/99 | + |
| LCF/INTAK | PRES FAC | 08/24/99 | |
| CTCF/TRANS | PRES FAC | 08/19/99 | |

| | | | |
|---|---|---|---|
| CTCF/INFR | PRES FAC | 08/11/99 | |
| AVCF/RH | PRES FAC | 08/11/99 | + |
| AVCF/UNIT4 | PRES FAC | 07/08/99 | + |
| AVCF/UNIT1 | PRES FAC | 03/19/99 | + |
| AVCF/UNIT4 | PRES FAC | 03/17/99 | + |
| AVCF/UNIT5 | PRES FAC | 03/04/99 | + |
| AVCF/INTAK | PRES FAC | 03/04/99 | |
| CCF/UNIT1A | PRES FAC | 09/27/98 | + |
| CCF/UNIT2C | PRES FAC | 08/24/98 | + |
| CCF/UNIT1A | PRES FAC | 05/15/98 | + |
| CCF/UNIT2C | PRES FAC | 03/18/98 | + |
| CTCF/TRANS | PRES FAC | 03/12/98 | |
| DRDC/UNIT2 | PRES FAC | 01/16/98 | + |
| DRDC/UNIT1 | PRES FAC | 01/12/98 | + |
| DRDC/INTAK | PRES FAC | 01/12/98 | |
| EL PASO/CB | PRES FAC | 08/26/97 | |

Att. A.13

CTCF/DIAG PRES FAC 08/30/83

s Numbers:

A.14 of 14

CIRCU[redacted] COURT ADULT PROBATION DEP[redacted]TMENT

Charleston, Kanawha County, West Virginia

PRESENTENCE REPORT

FAMILY:

Subject is the son of Shanna Sutton, age unknown and Oscar Anderson, age unknown. Reportedly, they never married. Of note, subject's juvenile file shows the name of Oscar Adkins as subject's father. According to subject, he has never really known either of his parents as his mother reportedly abandoned him and his two younger brothers in West Virginia approximately ten or eleven years ago.

Subject said, "My mother was a drug addict. She was very abusive. She came to West Virginia with her boyfriend Ron, Ron Pittman. I don't have anything bad to say about Ron because he was always trying to keep my mom from beating me and my brothers."

(Of note, subject's juvenile record indicates a history of possible sexual abuse at the hands of his mother's boyfriend. It is however, unknown as to whether or not Mr. Pittman is the boyfriend in question.)

Subject goes on to say, "My mom is originally from South Dakota, but she just left us in West Virginia in DHS (Department of Human Services) custody. She took me and [redacted] and dropped us on the street and called DHS and told them to come and get us or she was going to kill us. I was seven or eight at the time. She kept [redacted], but they took him away from her. We've been under DHS custody ever since."

"As far as my father, I believe he may have just gotten out of prison in St. Louis. I think he was in for murder."

"My only other family besides my brothers, are my grandparents Pat and Al Sutton, of Rapid City, South Dakota (telephone [redacted]."

SIBLINGS (Believed whole sibling):

Subject is the oldest of three known children born to Shanna Sutton.

[redacted], age sixteen or seventeen, is believed to be residing in a foster home in Beckley, West Virginia.

HALF-SIBLING:

[redacted] around age ten or thirteen, resides in a foster home in Dunbar, West Virginia. His foster parents are Mr. and Mrs. Chandler; telephone 766-8221.





FROM 5TH DIST PROBATION 4930038 9-24-1997 1:45PM

Cnty. Defs. 000805

Att. A. 5.

**CIRCUIT COURT ADULT PROBATION DEPARTMENT**

**Charleston, Kanawha County, West Virginia**

**PRESENTENCE REPORT**

---

**RECORD:**

**Admitted Record:**

"As a juvenile, I got in trouble a lot for running away. I ran away from several group homes and foster homes."

"When I was twelve I ran away from Elkins Children's Home with a seventeen year old. He stole a truck and I was in it."

"At age seventeen, I was arrested and charged with two counts of Nighttime Burglary. I spent four months in Dunbar before they sentenced me to a place in Georgia. I had lots of problems in Georgia, so they sent me back. By being sent back I was in violation of my probation. I didn't even know that being there was a part of my probation. Then I was sentenced to Salem until my eighteenth birthday."

"As an adult, this (reference the current offense), is my only charge."

**Official Record:**

**West Virginia Criminal Identification Bureau:**

See attached.

**Charleston Police Department:**

08/29/95 - Aggravated Robbery, two counts - (Duplicated on C.I.B.) - current offense.

**Kanawha County Sheriff's Department:**

No record.

**South Central Regional Jail:**

08/29/95 - Aggravated Robbery (Duplicated on C.I.B. and CPD) - current offense.



9-24-1997 1:47PM FROM 8TH DIST PROBATION 4923038 P.18



Att. A.6

**CIRCUIT COURT ADULT PROBATION DEPARTMENT**

**Charleston, Kanawha County, West Virginia**

**PRESENTENCE REPORT**

---

**ATTITUDE:**

This officer spoke with Subject at the South Central Regional Jail. Subject was very personable and cooperative when responding to questions.

In this officer's opinion, Subject truly is a classic example of a break down in the system. He has been a ward of the State for most of his life, yet he can hardly read. Many persons in our system, because of the various programs Subject has been placed in, would say that he has been given a lot of opportunities but that he has chosen to be a failure when it comes to making these opportunities work for him.

However, it is impossible for us to really know how he feels especially given the fact that he was abandoned by his family and when placed in a foster home he could be sent back to DHS for any reason. Most of us can't even imagine how it would have impacted our life, if we even thought that our parents could send us away because we had a temper tantrum or violated a house rule.

In no way is this officer negating the seriousness of Subject's involvement in the current offense. He, however, like all humans, has the basic instinct to survive. Therefore, with no type of support or planned system to guide Subject, this officer believes Subject would continue to walk a path of destruction.

However, Subject appears to be very bright and if given the opportunity, I believe he could beat the odds against him. Consequently, if placed in a facility for youthful offenders, where Subject can concentrate on obtaining his GED and learning a trade, this officer believes Subject could learn to be a productive citizen.