(Copy) Sutton, Joshua #96476
Counselor: Teipel
TC Days: Mon-Thurs
Wed class: Anger Mgt.

COLORADO DEPARTMENT OF CORRECTIONS

*ALCOHOL AND DRUG SERVICES PROGRAM*

The Freedom Project Therapeutic Community - Consent to Treat

BVCF

P.O. Box: 2005
Buena Vista, CO 81211-2005

## THERAPEUTIC COMMUNITY CONSENT TO TREATMENT

### Overview of The Therapeutic Community

In the Therapeutic Community (TC), substance abuse is viewed as part of a disorder of the *whole person*, which affects some or all areas of functioning. This disorder includes cognitive and behavioral problems which may include: mood disturbances, potential unrealistic or disorganized thinking. There may also be deficits in verbal, reading, writing, vocational skills, decision making and problem solving. The TC employs a variety of methods to help each other move toward a higher self-awareness, achieve better decision making and problem solving skills and the ability for greater socialization in the community. The TC will also empower each resident to better function in the community through the values, beliefs and teachings of right living.

### Resident and Staff Roles in The Therapeutic Community

*Residents Roles*

Residents in TC's occupy the roles, functions, and relationships, which determine socialization and therapeutic change. The peer culture, through the TC norm guides the change process. TC's are peer-driven communities and residents are the primary change agents. Although no resident has authority over another, peer assessment and input are vital parts of the therapeutic process; the final decisions always rest with the TC staff.

*Staff Roles*

TC staff members are responsible for the management and quality assurance of the program. The staff team supervises the daily activities of the peer community and makes the final decision in all matters concerning resident status. Decisions are sometimes made with input from the peer community, at staff direction.

As rational authority, staff makes all decisions concerning the welfare and status of individuals and the community as a whole.

As a member of the therapeutic community and with a commitment to the safety and health of the TC program, I agree to the following terms and conditions:

1. I agree to abide by all rules and regulations of the Colorado Department of Corrections and Therapeutic Community. This includes the following TC Cardinal and House Rules:
   a. Cardinal Rules
      1) No use of drugs, alcohol or abuse of medication.
      2) No violence or threats of violence.
      3) No sexually acting out.
      4) No breaking confidentiality.
   b. Basic House Rules
      1) No COPD violations.
      2) No Horseplay.
      3) No stealing.
      4) No gambling
      5) No racial, gender, religious, or sexual orientation slurs.
      6) No gang associations.
      7) Accept responsibility.
      8) Maintain acceptable personal appearance and hygiene habits.
      9) Be punctual for all appointments and TC functions.
      10) Respect others, including: their rights, boundaries, culture and religion, etc.
      11) Display appropriate good manners at all times.

2. I understand the TC program is approximately twelve 12 months in duration and is highly structured and challenging. I also understand that the therapeutic techniques of intense group therapy and positive peer reinforcement will be employed as an approach to help me solve my behavior and thinking errors. I understand that the following topics are a vital part of this programs philosophy:



Attachment B 1 of 5

a. Most individuals who enter TC have a low threshold for frustration, poor impulse control, a high need for instant gratification and an inflated sense of entitlement; all related to their problematic lifestyle, behavior, chemical use and thinking. Consequently, the structure and environment of the therapeutic community is often frustrating and uncomfortable for the typical new resident. The structured environment of the TC is specifically designed to help each resident deal with these problems.

b. CDOC and TC Staff have discretion over whether or not to allow any reading materials and pictures. Any reading material that contains sexually explicit, violent, or depicts any behavior relating to my deviant cycles will not be allowed in the TC.

c. My outgoing and incoming mail (with the exception of legal mail) is subject to being opened and read – per CDOC policy (AR 300-38).

d. I will not be allowed to choose my roommate in TC. Staff can change my room assignment at any time. I can make a request to staff for a room change, but the final decision is up to them.

e. I will be asked to participate in group discussions. The topics that will be discussed in these groups include: my behavior (in the TC, in class, at work, in sports, etc.), information concerning my criminal behavior (from my PSIR, disciplinary reports, chrons, performance evaluations, etc.), my participation and performance in the TC program (sharing, teaching, leading, etc.), and my relapse prevention and post-TC plans.

f. I understand I will be excused from daily scheduled TC activities due to medical appointments, Mental Health appointments, security actions, lockdowns, special religious services, religious proscription days, Case Management appointments and other facility activities; however I am responsible for my behavior during those facility activities, appointments and/or days I may have off for religious proscription days. I am willing to follow TC guidelines, be confronted, be addressed and be held accountable by my peers and TC Staff for my actions during those times while in the TC Program.

g. The TC treatment team includes: TC therapists, DOC staff, work supervisors, any other relevant DOC employee and the Therapeutic Community at large.

h. I will be expected to understand and practice the concepts of boundaries and respect, and confidentiality while in the TC program. The same respect and dignity must be extended to me as well. This includes areas of: race, gender, religion, space, sexual orientation, and anything that you hear in groups. It is a direct violation of TC policy and this Consent to Treatment for me to discuss the identity or personal treatment issues of other TC members in any way. I understand that this agreement to keep confidentiality continues even after I have left the TC program (CFR 42 Part II). I understand that I am free to discuss the TC program philosophy, its methods, or the program in general, as well as my personal treatment issues, as long as I do not identify any other participants or their issues to those outside of the TC program.

i. I will be expected to contribute significant effort to the TC program, and that I will display a willingness to work towards developing assertive communication and social skills with other residents and the staff. I will openly discuss my own thoughts, feelings and experiences, and I will be open to receiving feedback on these topics as well.

j. I will respect other residents' right to talk about their issues, thoughts and feelings. I will not ridicule, threaten, or harass any resident in any way.

3. I will be expected to display the following appropriate behavior while in the TC program:

   a. I will perform all work, and complete all homework assignments given to me by staff.

Initial Service Plan. CDOC Alcohol & Drug Treatment Services; The Freedom Project Therapeutic Community at Buena Vista Correctional Facility (BVCF); Admission Date 12/2/15; Service Plan Date: 12/6/15; CLIENT NAME: JOSHUA SUTTON 96416; COUNSELOR NAME & CREDENTIALS: Chris Teipel LPC, LAC

[redacted]

Client states that he used alcohol & other drugs (AOD) "during my teen years, to self-medicate. Since then, I use AOD a lot."

[redacted]

Client wants to increase his abilities to "never, ever drink alcohol", and for "continued lack of AOD abuse through social support, moral support and resource support".

[redacted]

(1) 1. A. Client will complete his SSC Module 3 Worksheets by 12/23/15, and after they are approved, will write his "Drug of Choice" paper, submitting this paper to his caseload counselor by 1/4/16. After it is approved, he will read it in Orientation Phase group. **Resolution Date:** 1-1-16

1. B.1. Client will journal six events that have triggered his AOD abuse and that have led to negative consequences. These are to be written in the Orientation Phase Journal format, including the self-talk and feelings from these six events. He will label each of these six journals with the following label ("Svc.Pln.1.B.1.") and will submit them to his caseload counselor by 1/11/16. **Resolution Date:** 1-10-16

1. B.2. After these six journals are approved, Client will hold an Encounter Group with the **Topic** the same as **the Event from one of these journals**. In order to introduce the Topic, he will read this entire journal to the group, will discuss his personal response(s) to the event and will receive feedback from the group. At the top of the DAP note from this Encounter Group, he will write the label ("SvcPln 1.B.2.") and will submit these notes to his caseload counselor by 2/3/16. **Resolution Date:** 2-1-16

(2) [redacted]

Client states that "not all due to" his criminal conduct (CC), "I am almost 40 years old and I've spent about all but 7 or 8 years in some kind of lock-up."

[redacted]

Client wants to increase his abilities to "stop attacking people, only act with socially acceptable levels and/or acts of violence".

[redacted]

2. A. Client will write his "Motivation for Change" paper, will have it read and signed by the three peers shown on his Accountability Worksheet and will submit this paper to his caseload counselor by 12/23/15. After it is approved, he will read it in the House Meeting. **Resolution Date:** 12-20-15

2. B. Client will identify at least five ways that his AOD abuse, assault, menacing, robbery, escape, burglary and other CC disconnect him from his deeper, prosocial values. He will write a minimum 1,000-word paper detailing these disconnections. At the top of this paper, he will write the label ("Svc.Pln.2.B.") and will submit this paper to his caseload counselor by 2/17/16. **Resolution Date:** 2-10-16

(3) [redacted]

Client states that primarily due to unresolved grief, "my fear grew into extreme hatred and began being expressed even in relationships with people I cared for a great deal".

[redacted]

Client wants "closure".

[redacted]

3. A. Client will attend TC Grief & Loss groups, completing all assignments as required. **Resolution Date:** 1-20-16

3. B.1. Client will complete at least six journals showing how self-medication with AOD and his attempts to escape the pain of loss have led to addictive and criminal behaviors. He will identify and label each of these six journals with this label: 'Svc. Pln.3.B.1.' and will submit them to his caseload counselor by 2/10/16. **Resolution Date:** 2-1-16

3. B.2. After they are approved and he receives them back, he will share at least one of these six journals in an encounter group, receiving feedback about the connections between the pain of loss and his addictive and criminal behaviors. He will identify and label the DAP and Group Note from this encounter with this label: 'Svc. Pln.3.B.2.' and will submit these notes (together with the journal(s) he shared) to his caseload counselor by 3/2/16. **Resolution Date:** 3-1-16

Joshua Sutton
Client Signature: **JOSHUA SUTTON**

Gebhart
Garett Gebhart, MS², LAC, TC Manager

[signature]
Signature of MH staff reviewing this plan.

BM
Signature of Reviewing Medical staff

Chris Teipel LPC, LAC
TC Counselor: Chris Teipel, LPC, LAC

Att. B. 3

Sercure

itial Service Plan: CDOC Alcohol & Drug Treatment Services; The Freedom Project Therapeutic Community (TC) at Buena Vista orrectional Facility (BVCF); ~~Admission Date 1/7/16;~~ Updated Service Plan Date: 4/27/16.
CLIENT NAME: Sutton, Joshua; DOC # 96416; COUNSELOR NAME & CREDENTIALS: Leslie Ann OBrian, MS, Ed.S., CACIII

(4) **1. PROBLEM STATEMENT**
Client states his Alcohol and Drug use (AOD) was "as self medication to feel happy"
**GOAL**
Client seeks to "Not dwell on desire to use pot to self-medicate" and identify alternatives to self soothing.
**OBJECTIVES**
A. Client will research marijuana as a gateway drug; negative effects on the brain and body and will synthesize information in a 500 word paper. 5/13/16: ✓
B. Client will identify five positive healthy coping mechanisms for self soothing and relaxation to use to feel "happy and more relaxed" and submit to counselor on 5/20/16: ✓
C. Client will complete five journals about negative effects in his life involving the use of AOD and submit to counselor on 5/27/16: ✓. He will then share in encounter group and receive feedback from peers on 6/3/16: ✓

(5) **2. PROBLEM STATEMENT**
Client seeks to decrease "anger, rage, and aggression"
**GOAL**
Client seeks to learn new coping skills for "cognitive switches for rage/anger"
**OBJECTIVES**
A. Client will identify the effects of rage and anger on the self and others. Client will complete two Empathy letters and turn in to counselor by 5/16/16: ✓ for approval.
B. After approval, client will read in Encounter group by 5/20/16: ✓.
C. Client will identify five "cognitive switches" that work for his "rage/anger". He will use journal format and present to counselor on 6/3/16: ✓

(6) **3. PROBLEM STATEMENT**
Client seeks to "have more control over my emotions, mainly my anger and sadness"
**GOAL**
Client will examine the behavior that lead to anger to "realize the consequences of anger is assaultiveness and sadness is suicidal thoughts" to increase mood stability.
**OBJECTIVES**
A. Client will identify how impulsive behavior result in negative consequences by writing a 750 page paper of three significant events from impulsive behavior in his life that resulted in negative consequences. Submit to his counselor on 6/10/16: ✓
B. Client will read this paper to group on 6/17/16: ✓
C. Client will identify 5 strengths you have that increase ability to effectively deal with mood swings and daily problems. This is to be in a paper of 500 words and submitted to counselor on 6/24/16: ✓

Joshua Sutton (signature)
Client Signature: Joshua Sutton

Garett Gebhart, MS² LAC (signature)
Garett Gebhart MS² LAC, TC Manager

(signature) LCSW
Signature of MH staff reviewing this plan:

(signature)
Signature of Reviewing Medical staff

Leslie (signature)
TC Counselor: Leslie Ann OBrian, MS, Ed.S., CACIII

Att. B.4

Updated Service Plan: CDOC Alcohol & Drug Treatment Services; The Freedom Project Therapeutic Community (TC) at Buena Vista Correctional Facility (BVCF); Admission Date 1/7/16; Updated Service Plan Date: 9/23/16.

CLIENT NAME: **Sutton, Joshua. DOC # 96416;** COUNSELOR NAME & CREDENTIALS: Leslie Ann OBrian, MS, Ed.S., CACIII

**1. PROBLEM STATEMENT**

Client states his Alcohol and Drug use (AOD) was "as self medication to feel happy"

**GOAL**

Client seeks to "Not to self-medicate" by adapting to events in a prosocial way.

**OBJECTIVES**

A. Client will identify his maladaptive coping responses when faced with triggering events in social issues. He will identify 10 ~~responses~~ events with 25-75+ words per each ~~core belief~~ and the resulting maladaptive coping response when he has a triggering event in a social issue.

[redacted] And?

B. Client will identify 10 adaptive coping responses as interventions to the 10 maladaptive coping responses. This is to be 25-75+ words per each adaptive coping response intervention. Submit to counselor

10/14/16

**2. PROBLEM STATEMENT**

Client seeks to continue to decrease "anger, rage, and aggression".

**GOAL**

Client seeks to "learn more about changing his belief system and how to influence them" by identifying his maladaptive negative belief system.

**OBJECTIVES**

A. Client will identify 10 ~~maladaptive negative core beliefs~~ that have ~~hindered~~ him in achieving ~~a positive outcome~~. Client will list these in 25-75+ words and submit to counselor.

[redacted] (And)

B. Client will examine the 10 maladaptive negative core beliefs/values and replace with 10 ~~adaptive positive core beliefs/values~~ This is to be 25-75+ words per each core belief/value. Submit to counselor

10/28/16

**3. PROBLEM STATEMENT**

Client seeks to increase his "awareness, acceptance and accountability".

**GOAL**

Client will increase his "awareness, acceptance and accountability" ~~by examining his behavior~~

**OBJECTIVES**

A. Client will identify an awareness of how he is similar to others and therefore acceptable to others. He will ~~identify traits and characteristics in other peers that are similar to his own~~. Write 250 words. Submit to his counselor on

[redacted] And?

B. Client will examine the accountability of his role in his crime/relationship and the negative coping method used. He will ~~identify a positive approach when dealing with authority figures~~. He will identify 5 positive traits in the officers he deals with in the unit by viewing them as human beings. Write a paper of 450 words. Submit to counselor

10/25/16

Client Signature: **Joshua Sutton**

Garett Gebhart MS$^2$ LAC, TC Manager

*Signature of MH staff reviewing this plan.*

*Signature of Reviewing Medical staff*

TC Counselor: Leslie Ann OBrian, MS, Ed.S., CACIII

Att. B.5