# R.E.B.T. Class Requirements

(Must be completed before Hot Seat)

**Please do assignments IN ORDER. Do NOT rush through these, put thought into every assignment in order to benefit from this class.**

X 1. Goodbye Letter
   A. Need to read and present to class with goodbye picture

X 2. Goodbye Picture
   A. Need to present to class with goodbye letter

3. Building Discrepancy worksheet

4. Family Genogram
   A. Need to present to the class

X 5. REBT exam **no sooner** than 6 weeks of participation in the class

6. Charts (CTE's, Feelings and Distortions)
   A. Need to present to the class

7. Hot Seat to be scheduled with your counselor a few weeks before graduation and **after all assignments are completed**

8. Hot Seat action plans → 12-19-2016 M- "Friday"

## Other Senior Assignments

9/ 1. A relapse prevention plan completed in your Relapse Prevention Class

10/ 2. Senior Project: 2000 word (minimum) paper on the following:
   A. What did you learn in TC?
   B. How will it help you on the outside?
   C. How will you continue to help others, thereby helping yourself?
   D. What is the vision for your future?

Att. D. Pg. 6.1

Success

Billboard:
Things you're proud of and want others to see

Chimney:
Ways you "blow off steam"
Movies

Roof:
People/things that protect you
Mey-self

Walls: Any[redacted]thing that supports you Intellect

Level 4:
List or draw what a "life worth living" would look like for you.
Doing [redacted] whatever I want, when I want.

Level 3:
List all the things you are happy about or want to feel happy about
My future. [redacted]

Level 2: ## Darkness / Love/Passion / Violence | ~~Hap~~ Anger / Happiness / Rage
List or draw emotions you want to experience more often, more fully, or in a more healthy way.

Door:
Things you keep hidden from others. [redacted] Envy

Level 1:
List behaviors you are trying to gain control of or areas of your life you want to change.
More Calculating

Foundation: values that govern your life
Understanding The Laws Of Human Nature, and Applying Them However I choose.

* Note: Envy is of Power and protection people have who work for the gov. and how powerless it made me feel.

Joshua Penny Sutton
7-15-2010

Att. B. 6. 2


Loser
Ha
Ha Ha
E.O.M.E
Goodbye Thinking Errors (the drug within)
Good Bye Picture
Sutton
10-8-16

– Goodbye Letter –

My goodbye is to thinking errors because since I was a child I always thought that I was not attractive enough to be part of my family, not smart enough to ~~be~~ prove that I had a right to go home after the state took me at 8 years old, and not smart enough to protect myself from the power of state abuse.

I am attractive enough because ~~[illegible]~~ my wife said so, I am smart enough because it was never possible to prove I had a right to go home, and I am smart enough to protect myself because I am slowly learning to protect myself from the power of state abuse.

Sincerely

Joshua Sutton

10-8-16

Att. A. 6.4