| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Classification | Offender Classification | 600-01 | EFFECTIVE 02/01/12 |

addicts or abusers, the emotionally disturbed, mentally retarded, suspected mentally ill, physically handicapped, chronically ill, the disabled or infirm, those with documented custody issues and those with limited academic ability or learning disability.

S. Technical Parole Violator (TPV): An offender whose parole has been revoked by the Parole Board for one or more violations of parole conditions, other than a new felony conviction, or an offender who requests revocation and has no new felony convictions.

IV. PROCEDURES

A. Classification Rating Process: The DOC utilizes an objective rating process to balance the assignment of offenders at the lowest custody level consistent with an objective assessment of public risk, the safety of DOC employees/contract workers and other offenders, the security needs of the offender, and the programmatic needs of the offender.

B. Facility Security Levels: Each facility operated by, or under contract to, the DOC shall have a designated security level. Designation of security levels shall be as follows:

| **FACILITY SECURITY LEVELS** | **OFFENDER CUSTODY LEVEL** |
|---|---|
| Level V Facilities | Mixed - (Includes administrative segregation and below) |
| ✓ Colorado State Penitentiary (CSP) | |
| Denver Women's Correctional Facility (DWCF) (females) | |
| ✓ Denver Reception and Diagnostic Center (DRDC) | |
| ✓ San Carlos Correctional Facility (SCCF) | |
| ✓ Sterling Correctional Facility (SCF) | |
| Level IV Facilities | Mixed - Close and below |
| ✓ Centennial Correctional Facility (CCF) | |
| ✓ Limon Correctional Facility (LCF) | |
| Level III Facilities | Mixed - Close and below |
| ✓ Arkansas Valley Correctional Facility (AVCF) | |
| ✓ Buena Vista Correctional Complex (BVCC) [also known as (BVCF)] | |
| Colorado Territorial Correctional Facility (CTCF) | |
| Fremont Correctional Facility (FCF) | |
| Fort Lyon Correctional Facility (FLCF) | |
| La Vista Correctional Facility (LVCF) (females) | |
| YOS Adult Males–(Southern Transfer Unit-STU) | |
| ✓ Bent County Correctional Facility (BCCF) ** (males) | |
| ✓ Crowley County Correctional Facility (CCCF) ** (males) | |
| ✓ Kit Carson Correctional Facility (KCCF) ** (males) | |
| Cheyenne Mountain Re-Entry Center–(CMRC) ** (males) | |
| **Private Contract Prisons | **Mixed- Medium and below |
| Level II Facilities | Minimum Restricted and Below |
| Arrowhead Correctional Center (ACC) | |
| ✓ Buena Vista Minimum Center (BVMC) | |
| Four Mile Correctional Center (FMCC) | |

Attachment C. pg. 1 of 42

AR Form 600-01B (12/01/05)

# COLORADO DEPARTMENT OF CORRECTIONS SECURITY LEVELS

| | LEVEL V | LEVEL IV | LEVEL III | LEVEL II | LEVEL I |
|---|---|---|---|---|---|
| **EXTERNAL SECURITY** | Double fence; razor wire; detector devices; towers with 24 hour coverage; sally-ports. | Double fence and/or razor wire; detector devices; towers; sally-ports; 24 hour perimeter patrol. | Wall and/or double fence; razor wire; detector devices; patrol; towers. | Designated boundaries; single or double fence; periodic patrol. | Designated boundaries. |
| **CELL DOORS** | Remote controlled sliding and lockable doors. | Remote controlled hinged or sliding lockable doors. | Units or cells; hinged, lockable doors. | Units or cells; hinged doors; lockable exterior doors. | Non-security doors; lockable exterior doors. |
| **HOUSING** | Outside cells; bars on all openings. Sallyport doors to outside operated by a control center. | Outside cells; bars on all openings; outside doors lockable from control area. | Cells, rooms, or dormitories with bars on window openings. | Modular units, cells, or dormitories. | Individual rooms or dormitories. |

Attachment "B"
Page 1 of 3

1. What sort of training have you received on PREA?
   - Basic Training and Annual Refresher Training (Corrections 360) (AR100-40)
   - Universal Pat Search Training

2. Describe the agency's Policy for sexual abuse and harassment?
   - DOC has a zero tolerance policy *regarding sexual assault/rape, sexual misconduct, sexual abuse and sexual harassment* (AR 100-40)

3. What is your responsibility upon receiving a report of sexual abuse
   - Separate offenders,
   - Report to Shift Commander, Supervisor, or Duty Officer,
   - Instruct the offenders not to do anything that might destroy evidence,
   - Maintain chain of custody as needed,
   - Isolate crime scene. (AR 100-40)



4. What are the rights of Inmates and Staff in regards to PREA?
   - Inmates and staff have the right to be free from an environment of Sexual Harassment, Sexual Assault and Sexual Abuse and to be free from retaliation or intimidation for reporting. (AR100-40)

5. Why are offenders involved in sexual abuse and sexual harassment in confinement?
   - Sexual gratification, Power-Sexual domination, Gang activity, Hatred, Racism, cruel tendencies, Payment of debts. (AR100-40)

6. What are some signs that an offender has been sexually abused or harassed?
   - Suicidal feelings
   - Anger, guilt and depression,
   - Post traumatic stress disorder (PTSD)
   - Fear, anxiety and hyper vigilance,
   - Alienation,
   - Substance abuse,
   - Aggression toward other offenders or DOC employees
   - Visible injuries,
   - Request for protective custody,
   - Changes in hygiene or appearance



broader medical examination. AR 700-14 specifically prohibits search or examination of transgender inmates for the sole purpose of determining genital status. (AR700-14)

14. What are staff required to report according to PREA?
   - Any knowledge, suspicion or information regarding an incident of Sexual Assault, Sexual Abuse or Sexual Harassment that occurred in a facility
   - Retaliation against inmates or staff who reported such an incident
   - Any staff neglect or violation of responsibilities that may have contributed to an incident (100-40)

15. How can staff privately report an incident of sexual abuse, assault or harassment?
   - If a DOC employee, contract worker or volunteer believes they cannot go through their normal facility protocol to make a report, DOC provides a private phone message reporting line at 719-226-4621.
   - Mail a letter to the PREA Administrator at 2862 South Circle Drive Colorado Springs, CO 80906 (AR 100-40)

3

# MAP #1


• BVCC (aka BVCF) •
Floor Plan For All
Medium Security Units
Note. These are the walkways some female-staff must take everyday, all day at regular intervals between 30 minutes to 1 hour. (This does not include the female counselors in North Unit, which is more. And there is no warning of any kind. So we are seen on the toilet in North Unit everyday by females.)
Main Hallway
South Unit
Medium Security (3 Floors)
East Unit
Medium Security (3 Floors)
North Unit
Medium Security (3 Floors)
Walkway
Day Room #1
Dining Hall #1
Dining Hall #2
Cell #1
Cell #2
Cell #3
Cell #4
Cell #5
Cell #6
Cell #7
Cell #8
Cell #100
Cell #101
Cell #102
Cell #103
Cell #104
Cell #105
Cell #106
Cell #107
Cell more cells


MAP #2
Stairs
Office #1
Office #2
Day Room #1
Day Room #2
Day Room #2
(Same)
Walkways
Walkways
Showers
Showers
(Same)
cell
Bed
M.N
V.W
North Unit 1st Floor
North Unit 2nd Floor
North Unit 3rd Floor
• BVCC (aka BVCF) •
Floor Plan For
North Unit
3 Floors
*= Note =:
1) X = Most of the locations that the Female counselors hold groups that are mandatory Monday through Friday 7AM to 4 pm, And
2) yellow showes the path the Female counselors must take as they walk from and to these locations. (This does not include the other Female Staff.)
**= Furthermore this is right where my cell is located; #2N1 (M.N2 above).

# MAP #3


A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18
CELL #1
From Map #1, Section(s) B,C-6 South Unit and C,D-10 East Unit
Scale = 1 square = 6 inches
* Note: South, East and North Units are the only Medium Security Units in BVCC and Both South and East Unit Cells all look like Cell #1 above. Non-see through walls and doors.
Taken from Map #1, Section V,W-11 North Unit and Map #2, Section V,W-2/M,N-2 North Unit.
* Note: On 11-01-2015 through 10-25-2016, we had curtains from section N to T above and from section 1 to 13 (as our wall) and we tryed to get a door curtain (from T to 2 and 6 to 13) as our door. (As a result the Defendants took all of our curtains.)

Witnesses/STATEMENT(s)

* In Re 15cv00850 → Sutton v. I.D.O.C. Defendants

On October 25th, 2016, and afterward, ~~I am regularly seen by female counselors and female staff,~~ all of which who work at this facility, ~~undressing, showering, and/or using the bathroom.~~

This was happening a little before the above date, but ~~after Mr. Sutton filed his lawsuit and complained to P.R.E.A., they took all means of privacy, leaving us humiliated and embarrassed daily.~~

This is happening to all one-hundred of us in this unit. ~~We are all medium security level and when we were in East Unit and/or South Unit, we were medium security offenders as well. However, when we were in East and/or South units, our cells were completely enclosed with solid doors and walls all the way around. This is why we complained;~~ and after we complained, the warden made our situation as bad as it can possibly be. Almost all the inmates in this unit believe that ~~we are being punished for our complaints.~~

Sincerely, the following inmates.

Names printed / signed;

Jose Rocha / Jose Rocha
Jason Scraver / Jason Scraver
Marty Roybal / Marty Roybal
Ernie Calbart / E. Calbart
Ken Lee / Ken Lee
Michael Garcia / Michael Garcia
Angelo Blackfeather / Angelo Blackfeather
Raymond Dominguez / Raymond Dominguez

Note: 1) Statement typed by Dylan Shafer, and 2) Most signatures received by Joshua Sutton and Mario Hernandez & Tobias Middleton; others by Michael Salas. Joshua Sutton, 11-20-2016 Statement Supervisor, and Producer.

Continued Next Page



Attachment C.8.

The following are names of all inmates that are affected, and have read the previous statement.

| Cell | TC Participants | TC-C | Phase | (*) Statement is of truth by Signature(s). | Refused due to Retaliation Fear(s). |
|---|---|---|---|---|---|
| 2N 07 | Andrus, Donald | JS | 3 - Senior | | XR |
| 3E 04 | Atkinson, Christopher | JS | 2 - Community | [signature] | |
| 2E 01 | Barraza, Javier | PG | 1 - Orientation | | XR |
| 2N 09 | Barrera, Richard | PG | 3 - Senior | [signature] | |
| 2W 07 | Baskerville, David | PG | 2 - Community | | XR |
| 2S 07 | Birdnecklace, Robert | RB | 3 - Senior | [signature] | |
| 2E 07 | Bowens, Soloman | JS | 2 - Community | [signature] | [redacted] |
| 3N 03 | Boyd, Allen | JS | 2 - Community | [signature] | |
| 3E 02 | Bressan, Robert | RB | 1 - Orientation | | |
| 1N 10 | Brewer, Marlon | PG | 3 - Senior | [signature] | |
| 2W 03 | Brown, Malakhi | RB | 2 - Community | | XR |
| 1N 08 | Browne, Trey | LO | 2 - Community | | XR |
| 3S 11 | Bryan, Richard | RB | 2 - Community | | XR |
| 1E 04 | Butler, Uhuru | PG | 2 - Community | [signature] | X |
| 2N 04 | Chacon-Watts, Mario | PG | 2 - Community | [signature] | |
| 1S 09 | Chavez, Richard | RB | 2 - Community | | XR |
| 1E 05 | Cieloha, Nathan | JS | 3 - Senior | [signature] | |
| 3N 05 | Clark, Ringo | PG | 1 - Orientation | [signature] | X |
| 2E 05 | Cordova, Joshua | RB | 2 - Community | [signature] | X |
| 3W 04 | Crowe, Desmond | PG | 1 - Orientation | [signature] | |
| 3E 06 | Cuevas, Anthony | RB | 1 - Orientation | [signature] | |
| 2N 05 | Dominguez, Marco | TH | 1 - Orientation | [signature] | |
| 3N 11 | Ekin, Jerimiah | RB | 1 - Orientation | | |
| 1S 06 | Fenelon, Vincent | TH | 3 - Senior | | XR |
| 1W 05 | Fields, Walter | JS | 1 - Orientation | Walter Fields | X |
| 3N 04 | Galan, Jose | TH | 1 - Orientation | Jose Galan | |
| 3S 05 | Garcia, Juan | JS | 2 - Community | | XR |
| 3N 08 | Garcia, Mark | PG | 1 - Orientation | [signature] | |
| 2N 12 | Garcia, Michael | PG | 1 - Orientation | [signature] | |
| 3S 03 | Gonzales, John | JS | 1 - Orientation | | XR |
| 2S 11 | Gonzales, Onesimo | LO | 2 - Community | | XR |
| 3W 07 | Gonzalez, Junior | LO | 3 - Senior | [signature] | |
| 2E 06 | Graham, Jason | LO | 3 - Senior | [signature] | |
| 2S 04 | Gravening, Bradley | RB | 1 - Orientation | | |
| 3W 06 | Guss, Michael | LO | 2 - Community | | XR |
| 3N 09 | Harris, Andrew | TH | 1 - Orientation | [signature] | X |
| 2W 05 | Hernandez, Mario | RB | 2 - Community | [signature] | X Mario Hernandez |
| 3N 07 | Hunter, Jessie | RB | 1 - Orientation | [signature] | |
| 3W 03 | Jackson, Sean | JS | 1 - Orientation | [signature] | |
| 1N 13 | Jamon, Marcos | TH | 1 - Orientation | | XR |
| 3E 07 | Jetton, Mariion | JS | 1 - Orientation | | |
| 1N 06 | Johnson, Dillon | RB | 3 - Senior | [signature] | X |
| 1S 04 | Kelly, Cameron | TH | 3 - Senior | | XR |
| 2S 12 | Koontz, Jerry | LO | 1 - Orientation | | |
| 1W 03 | Laham, Adam | TH | 3 - Senior | [signature] | X |
| 1S 01 | Lee, Devon | PG | 2 - Community | | |
| 1S 11 | Lindstrom, Robert | TH | 1 - Orientation | | |
| 2E 04 | Lohse, Brandon | LO | 2 - Community | | XR |
| 3N 06 | Lujan, Roger | PG | 1 - Orientation | | |

(*) See Notes on page 3.

Continued Next Page



Att. C-9

| (*) The following are names of all inmates affected, and whom have read the previous statement. | | | | (*) Statement is of truth by Signature(s). | Or (*Refused) due to Retaliation Fear(s). |
|---|---|---|---|---|---|
| 2S 09 | Maglietta, Bryan | PG | 4 - Prerelease | [signature] | |
| 3N 13 | Marick, Joshua | PG | 2 - Community | [signature] | |
| 1N 05 | Marquez, Edgar | PG | 2 - Community | Marquez Edgar | |
| 1W 04 | Martinez, Richard | TH | 3 - Senior | | |
| 3S 10 | Maynes, Joseph | TH | 2 - Community | | |
| 3W 02 | McCullough, Jason | LO | 3 - Senior | | XR |
| 3S 08 | McDonald, Anthony | RB | 1 - Orientation | McDONALd | |
| 1N 12 | Middleton, Tobias | RB | 4 - Prerelease | [signature] | |
| 1N 11 | Montano, Clint | PG | 2 - Community | | |
| 2S 08 | Montiel, Bernabe | PG | 2 - Community | [signature] | |
| 1W 06 | Nichols, Joshua | TH | 4 - Prerelease | [signature] | |
| 1W 07 | Pearson, Demetrius | TH | 2 - Community | [signature] | |
| 2S 05 | Provencio, Phillip | LO | 2 - Community | [signature] | |
| 3W 05 | Quintana, Frank | RB | 1 - Orientation | Frank Quintana | |
| 1E 01 | Quintana, Richard | TH | 1 - Orientation | R Quintana | X |
| 1S 03 | Richardson, Chas | JS | 2 - Community | | |
| 1E 02 | Richardson, Wayne | JS | 2 - Community | | |
| 2W 06 | Robinson, Dustin | TH | 3 - Senior | | |
| 3S 06 | Rodger, John | RB | 2 - Community | [signature] | |
| 3E 01 | Ruiz, Damian | RB | 1 - Orientation | | XR |
| 3E 05 | Sacoman, Dana | JS | 3 - Senior | | |
| 1S 12 | Salas, Michael | TH | 3 - Senior | | XR |
| 2W 01 | Sanchez, Dylan | JS | 3 - Senior | | XR |
| 2S 03 | Sandoval, Jonathan | TH | 3 - Senior | | XR |
| 2N 08 | SanMiguel, Caesar | LO | 2 - Community | | XR |
| 1W 02 | Schadegg, Kenneth | RB | 3 - Senior | [signature] | |
| 2W 02 | Shafer, Dylan | RB | 3 - Senior | [signature] | |
| 2N 11 | Silas, Conrad | TH | 2 - Community | [signature] | |
| 1S 10 | Smith, Cero | LO | 2 - Community | | XR |
| 3S 12 | Smith, Robert | LO | 1 - Orientation | [signature] | |
| 3S 04 | Smotherman, James | LO | 4 - Prerelease | | XR |
| 1N 04 | Soriano, Jose | TH | 3 - Senior | | XR |
| 2N 13 | Springs, Darryl | LO | 2 - Community | | XR |
| 3E 03 | Stanley, Floyd | JS | 3 - Senior | | |
| 3N 10 | Stanton, Rodney | JS | 2 - Community | [signature] | X |
| 2E 03 | Stapp, Eric | PG | 3 - Senior | | XR |
| 2S 10 | Stockton, Cody | LO | 3 - Senior | [signature] | |
| 2S 06 | Suazo, Alex | LO | 2 - Community | [signature] | |
| 2N 01 | Sutton, Joshua | LO | 3 - Senior | Joshua Sutton | X |
| 2N 03 | Taylor, Timothy | TH | 1 - Orientation | Taylor | |
| 3S 01 | Trout, Daniel | RB | 2 - Community | Daniel Trout | |
| 3S 02 | Turner, Bailey | JS | 3 - Senior | | |
| 2E 02 | Van, Roy | LO | 1 - Orientation | | |
| 1E 07 | Vargas, Leroy | LO | 2 - Community | [signature] | |
| 2S 13 | Vargas, Matthew | TH | 3 - Senior | [signature] | |
| 2S 01 | Vigil, Jakey | PG | 3 - Senior | [signature] | |
| 1S 13 | Walton, William | JS | 1 - Orientation | [signature] | X |
| 1W 01 | Wasinger, Justin | LO | 1 - Orientation | [signature] | |
| 1E 06 | Wright, Jeremiah | JS | 3 - Senior | | XR |

(*) Note: All group and primary counselors, And unit staff refused to make a written statement, but have agreed to testify truely under oath.

Inmates Refusing to sign for Fear are indicated by "X-R", (and "X" by a signature means they agree as to all of the Facts in the statement and also Fear retaliation for taking part in this suit) all printed inmates agreed to testify truthfully under oath.

page 3 of 3

Joshua Sutton Statement Supervisor. 11-20-2016

AH.C.10

**COLORADO DEPARTMENT OF CORRECTIONS**

***ALCOHOL AND DRUG SERVICES PROGRAM***

The Freedom Project Therapeutic Community - Consent to Treat

BVCF
P.O. Box: 2005
Buena Vista, CO 81211-2005

**COLORADO DEPARTMENT OF CORRECTIONS**

**COUNSELOR DISCLOSURE STATEMENT**

**This treatment site is a substance use disorder treatment program licensed by the Division of Behavioral Health, Colorado Department of Human Services. The counselors providing services at this agency are:**

JWS **Garett Gebhart, MS[2], LAC** – Mr. Gebhart holds 2 Masters in Science degrees; one in Psychology from Capella University and the other in Leadership from Lubbock Christian University. He is credentialed in Colorado as a Licensed Addiction Counselor. Mr. Gebhart manages the Drug and Alcohol programs at BVCC including the Therapeutic Community. He has been providing counseling services for over 10 years in various settings including outpatient and inpatient. Although he is trained in various clinical approaches to treatment he mostly utilizes Cognitive Behavioral Therapy along with Motivational Interviewing to enhance the therapeutic alliance. He has worked at CDOC since December of 2010.

JWS **Chris Teipel, MA LPC, LAC** - Mr. Teipel earned his Master of Arts degree in Clinical Mental Health Counseling from Adams State University and is credentialed in Colorado as a Licensed Professional Counselor and a Licensed Addiction Counselor. Mr. Teipel has worked for the Colorado Department of Corrections (CDOC) for six years, currently as a Health Professional II. He has been providing intensive residential treatment in the BVCC Freedom Project Therapeutic Community since its beginning in July, 2010.

JWS **~~Roberta L. Bolton~~, MS, CACIII** - Ms. Bolton holds a Bachelors of Science in Psychology from Southern Colorado State University in Pueblo, CO and a Masters of Science in Psychology from Walden University with educational emphasis on program development, design, research, analysis, and testing. She is credentialed in Colorado as a Certified Addictions Counselor III and has 13 years of experience as a counselor with the Colorado Department of Corrections. She has worked as a Health Professional II for 6 years.

JWS **~~Joy Sorrell~~, BA, CAC III** – Ms. Sorrell has a Bachelor of Arts degree from Almeda University in Human Services. She is credentialed in Colorado as a Certified Addictions Counselor III. She is trained in SSC. Omni Research has certified Ms. Sorrell as a Substance Abuse Prevention Specialist. She has 12.5 years experience in early childhood education including those with special needs, abused and neglected children and their families. Ms. Sorrell has 11 years working as an addictions counselor for the Colorado Corrections Alternative Program and with the TC program at BVCC as a Health Professional II.

JWS **~~Terri Healy~~, MS, CAC III** – Ms. Healy holds a Bachelors of Science in Applied Psychology and a Masters of Science in Criminology, both from Regis University in Denver, CO. She is credentialed in Colorado as a Certified Addiction Counselor III. Ms. Healy has over 15 years combined experience in the Colorado Department of Corrections and the Colorado Department of Youth Corrections. She currently is working as a Health Professional II.

JWS **~~Penny Grant~~, Reg. Psychotherapist** - Ms. Grant has her certification as a CAC II. She is currently employed with the Colorado Department of Corrections as a Health Care Services Trainee III. Ms. Grant has been working in residential settings for 20 years with dual diagnosed clients. She has been certified in Behavioral Management, and has 12 years of experience in drug and alcohol education. Ms. Grant also was certified as a Nursing assistant for 15 years and a Pharmacy Technician for 4 years.

[Including my primary counselor (Ms. Leslie O'Brian) who was hired/started on about 5-01-2016.]

Attachment C. pg. 11 ~~4 of 5~~

**COLORADO DEPARTMENT OF CORRECTIONS**
***ALCOHOL AND DRUG SERVICES PROGRAM***
The Freedom Project Therapeutic Community - Consent to Treat
BVCF
P.O. Box: 2005
Buena Vista, CO 81211-2005

i. Treatment staff is responsible for monitoring my progress to make sure that I am following the Participatory Agreement, and my personal treatment plan. Staff will terminate those residents who fail to progress in treatment and will notify each resident face to face of their termination. Treatment staff has final responsibility for making any and all decisions regarding the Therapeutic Community.

j. I understand that treatment staff will discuss and verify my behavior with correctional staff and other members of the community.

k. The staff will write a final discharge summary on my participation in the community, which will include their treatment recommendations.

I have been recommended for participation in the Therapeutic Community treatment program. I understand that my participation is voluntary, and that I have the right to refuse this recommended treatment. I further understand the consequences of my refusal to participate and/or the consequences of termination. I further understand that the privileges may be associated with my participation in the TC which may include: progressive moves, awarding of earned time, and additional privileges such as the use of canteen purchased appliances and participation in recreational and hobby programs. These are all privileges that can be revoked for refusal to participate in recommended treatment programs.

I have read, I understand, and I agree to all of the terms of this Participatory Agreement. I am aware that information about my treatment and my relapse cycle will be released to Case Managers, Parole Officers, the Parole Board, as well as Community Corrections Centers and Boards.

Signed: Joshua Sutton DOC #: 96416 Date: 12-2-15

Witness: Garett Gebhart, MS² LAC Date: 12.2.15