18pgs +

To whom it concerns,
My name is Timothy Taylor I am a inmate here at Buena Vista Corr in Colo. I am in the TC program trying to better and change my life by doing this program! When I first got here I didn't know if I would beable to do this program because of the living situation being bars! But I found out that they had curtains on the bars that was ok once I got use to it! Then they came and took the curtains away from us and now we have no kind of privacy at all! This is very hard for me to consentrate on my programing! The lights are constantly on people ~~are~~ can look into my cell all day everyday, my cell is in front of the biggest dayroom in the unit, not to mention the shower's are in the same dayroom looking into my cell! I have a Mental Health disorder of Bipolar, PTSD major depression, explosife disorder, major anxiety and I take meds for this problem I can't sleep with theise curtains not being up! I can't consentrate on my programing, I feel unsafe violated! Something really needs to be done about this matter! I'm not the only one this is affecting, its like they want me

Sutton
Witness
15cv00850
Timothy Taylor pg 1 of 2

Attachment C 13

or us to fail in our treatment and not better our selves! I thought being in treatment was all about helping a person help them selves to get better and ready for a normal life on the streets! Mabey I and many more are wrong about this problem!

Respectfully

Timothy Taylor
#165913

J Witton
Witness
15cv00850

Timothy Taylor pg 2 of 2

Att. C. 14

11/19/16

TO WHOM IT MAY CONCERN:

I LIVE ON THE 2ND TIER ON THE WEST SIDE OF THE UNIT. MY CELL IS 6' BY 8' & HAS NOTHING BUT BARS IN THE FRONT. FIRST, OUR TOP CURTAINS WERE TAKEN, EVEN THOUGH ~~WE~~ I HAVE A BARRED DOOR WITH PLENTY OF VIEW FOR STAFF TO SEE IN. THE EAST & SOUTH UNITS, SAME SECURITY LEVEL, HAVE WALLS AND A SMALL WINDOW ON THE DOORS.

THE PRIVACY "CURTAIN" IS OPAQUE/CLEAR PLASTIC, NO BIGGER THAN A TOWEL AND DOES NOTHINK TO CONCEAL VIEW WHEN I'M USING TOILET WHICH FACES THE BARS. USING THE BATHROOM IS HUMILIATING AS THEY HAVE NOW REMOVED THE LOWER CURTAIN ON THE RIGHT SIDE OF THE BARS. I AM COMPLETELY EXPOSED TO THE ~~SOUTH~~ WEST SIDE OF THE TIER. SUN IN THE EVENING IS TERRIBLE. FINALLY, THEY INCREASED THE BRIGHTNESS ON OUR "SAFETY"/NIGHT LIGHT.

AH. C15 OVER →

Sutton
Witness
15cv00850

Dylan Shafer
Aggr. Att. 2

THIS IS A REHABILITATIVE UNIT AS I HAVE BEEN IN T.C. FOR OVER A YEAR NOW. WE HAVE ALOT OF FEMALE STAFF, ~~BUT~~ BOTH COUNSELORS AND SECURITY WALKING BY ALL THROUGHOUT THE DAY, WHY HAVE THEY NOW DECIDED THAT OUR CELLS MUST BE SO BARREN & EXPOSED: IT SEEMS THEY NOW WANT US TO BE AS UNCOMFORTABLE AND INSECURE AS POSSIBLE.

AFTER I GRADUATE, I WANT TO HELP OTHERS IN THE COMMUNITY W/ RESUMES, COVER LETTERS, & VARIOUS ADMINISTRATIVE TASKS; HOWEVER, THE QUALITY OF LIFE IN HERE HAS BECOME ALMOST UNBEARABLE & I'M RECONSIDERING MY PLANS. I WOULD LIKE TO CONTINUE SURROUNDING MYSELF W/ THE THERAPEUTIC COMMUNITY, BUT CONDITIONS HAVE BECOME UNBEARABLE.

RESPECTFULLY,

DYLAN SHAFER
#101726
BVCF.

Dylan Shafer
page 2 of 2

[signature]

Att. C.16.

My name is Robert E. Smith #119614. I am writing this in regards to the hostile situation that I am being forced to endure here at Buena Vista Correctional facility in the Upper North Unit, which is the TC program.

About two weeks or so ago DOC staff took away the top portion of our burlap cell curtains and installed see through privacy curtains that are to be used when we use the toilet. Not only are these "privacy curtains" see through, but they've been installed so haphazardly that they don't provide any protection from onlookers. They are so short that once I've pulled my pants down my genitals are exposed to the tier and the angle is so close to the toilet that it sits on my knees while I'm on the toilet.

As if the afore mentioned situation wasn't humiliating enough, two days ago our burlap cell curtains were completely taken away. Now the entire front of our cells are exposed. While using the toilet or while naked after a shower, I am exposed to both male and female staff, as well as any offender who looks. During the day time, as long as the sun is up, it is beaming into my cell so bright that I can't even see my T.V. screen or take a nap.

This Therapeudic Community requires constant work and classes that can't be missed, rest is

Sutton
Witness
15cv00850
Robert Smith
pg 1 of 2

Att. C.17

very important, yet maintenance has already begun to put in brighter night lights. My rest is sporatic at best.

Days bathed in sun light and nights, restless because of very bright night lights, combined with my most intimate moments on display has made Buena Vista's TC program a hostile and demoralizing situation that I am forced to endure. If I choose to remove myself from such humiliation, as any reasonable person would, then I am deemed noncompliant and stript of any opportunity to progress within CDOC or (more importantly) the opportunity to earn an early release. This all seems to me to be blatant retaliation.

This situation is truly dire and any relief that I can be granted will be greatly appreciated.

Sincerely,

Robert E. Smith
#119614

Sutton
witness
15cv00850

Robert Smith
pg 2 of 2

Att. C. 18