My name is Anthony McDonald #152010.
I am here at Buena Vista Correctional Facility in upper north TC program.

About two weeks ago, Buena Vista staff took away the top bar curtain and installed a see through privacy curtain. The curtain is not waist high, so my genitals are exposed before and after I use the toilet. I am exposed to male and female staff, as well as other offenders. I am forced to be in a hostile situation, cuz if I choose to remove myself I am considered non-compliant and can not move forward within CDOC.

As if that was not humiliating enough, Buena Vista staff then took the bottom bar curtain. Now all day, the sun beams brightly into my cell, keeping me from taking naps during the day. They are now making the night light brighter in our cells keeping me exposed to any one that walks by my cell. I have been striped of all privacy (before and after using the toilet and when I return from the shower.

Sutton
witness
15cv00850

Anthony McDonald
pg. 1 of 2

Att C.19

The Therapeudic Community Requires constant work and treatment groups that cant bemissed. By having the bright lights all day and night, it has developed a hostile enviorment.

I greatly appreciate any relief that can be granted. Thank-you for your time.

Sincerly.
A. McDonald #152010

Anthony McDonald pg 2 of 2

Att. C. 20

To Whom it may Concern, 11/2016

I am currently Incarcerated @ Buena Vista Corr. Facility. Im housed in the "Upper North" Unit, designated for the TC Program. The Unit has 117 male Inmates we have single cells (8'x6') w/ a open bar front (the entire front of the cell is exposed). We have female CDOC Staff on all (3) shifts, as well as TC staff and volunteers In and out of the Unit 12+ hrs a day. I (we) are exposed all day and night to view inside the cell w/out any reasonable amount of privacy (a clear plastic curtain - the size of a towel was mounted in the cell - to provide "cover" while using the bathroom).

No other CDOC facility has housing conditions in this manner. It is inhumane, and retalitory. I heard Maj. Owens verbally state - "its because you guys want to kite and send bullshit grievances" that we lost the curtains, and adjusted the security lights in the cell." The lights in the cells stay on 24/7 - which Is a sleep deprivation tactic - that should be classified as cruel and unusual treatment.

Sutton Witness

15cv00850

Tobias Middleton pg 1 of 2

Att. C. 21 ↓ over

I personally have been housed @ several other CDOC facilities - and no other facility operate like BVCF. They violate their own policies and our fundamental rights as human beings.
I implore you to investigate and correct these grievances we've addressed w/ you.

I feel my fundamental right to humain treatment and privacy is being violated - by exposeure @ all times. I feel I am being treated to cruel and unusual treatment - punishment - w/ sleep deprivation tactics - by keeping security lights on 24/7. due to retaliation by Security.

Sincerely,
[signature]

Tobias Middleton
# 162075 - BVCF (1-N-12)
P.O. BOX 2017
Buena Vista, Co. 81211.

Tobias Middleton pg 2 of 2

Att. C. 22

(6)

In Re: Kenneth Lee #167256

The retributive acts of DOC and the BVCF warden:

These are the facts;

1. One year ago Lt. Wood and Sgt Libal ordered us to not put anything up that blocks the sliding barred door to the cell while we used the toilet.

2. This exposed us to veiwing by both gender staff during this private act as genitals are visable; so PREA is called by Josh Sutton and others. They visit our unit and order the warden to provide us with screening both in our cells and in the showers.

3 The rest of the cell front Appox 48 inchs wide is also open bars and was covered by curtains made of canvas that could be rolled up and let down for some privacy and noise reduction.

4. Eight months pass with no action taken so PREA is called again and finally DOC starts installing a low plastic curtain which comes across the front of the toilet. The curtain is transparent and offers no privacy.

Sutton Witness

15cv00850

5. The same time these clear curtains are being installed DOC staff takes down the top half of the canvas curtains exposing us to more veiwing by both genders of officers. Lt. Wood says these are wardens orders.

Kenneth Lee pg 1 of 3

Att. C. 23

(2)

6. After approx. three weeks I see Josh Sutton talking with case manager Goodwin. She hands him legal mail thats been opened. This is the response from the DOC lawyers to a legal action filed by Mr. Sutton. Ms. Goodwin told him that she opened the mail so she could make copies of the motion and send them to the warden.

7. The next day the bottom half of the canvas curtains are removed by staff totally exposing us to veiw by whoever walks by. There are some threats this whole time by prisoners about the guys that called PREA. DOC also started increasing the brightness of the cell light which stays on 24hrs. a day making sleep even more difficult.

8. One of the other units has a door with a small window slot in it, while the other units have bars with the same canvas curtains which have not been removed. We are the same custody level as these other units yet we are treated unequally.

9. This sends the message to us, what happens when we try to assert our rights, that repercussions will happen when we file grievances and call PREA.

Sutton witness

15cv00850

Kenneth Lee pg 2 of 3

Att. C.24

(3)

10. I am in the Theraputic program in this unit and it raises my anxiety and stress levels while trying to improve myself in this program, by being exposed to these private acts unneccessarily. The actions by DOC appear retaliatory and degrading. Also the exposure of our genitals to opposite gender staff can make us subject to a sexual charge. Its very humiliating to be treated in this manner by DOC.

Please keep this letter confidential as I fear retaliation by DOC.

Sincerely,
Kenneth Lee
#167256

P.S.
I am in the same group and know all about Josh Suttons situation since being incarcerated in DOC. He has ~~radical mood swings~~ and has been diagnosed with PTSD. It is apparent that he is upset by this whole situation, specifically about what happened to him in 1999. He approached me about a year ago when this situation with the exposure and encouraged all of us to contact PREA because it was making his PTSD worse and none of us should have to put up with this humiliation

Sutton witness 15cv00850

Kenneth Lee pg 3 of 3

Att. C.25

Hi

My NAME is Stephen W. Fichter #97563.
I Am writeing this letter in Reguards to the Sudden And Abrupt Changes that have been made North Unit At BuenaVista Correctional Facility. As A Graduate of the Therapeutic Community I continue to participate in T.C. Programs as well as do Clerical work for both the T.C. And North unit Housing Staff. The living conditions have become Quite Challenging At Best. The Cells have Bars on one side or one Full wall. Originally These Bars had 2 brown curtians on them with the door (which is bars as well) had none. So the use of the toilet and main area were in plain view from outside the door through bars. Upon continual issues of hanging sheets or blankets on door to use Rest Room or get dressed A privacy curtian approximately 3 feet high was placed from one wall At an Angle to the Locker box at the Foot of the bed. This Curtian when up is 2½ inches From the Front of the toilet so it Rests on my Knees while useing the toilet And has no room to Change cloths or get dressed.

After these privacy curtians were installed the Brown Curtians For the Rest of the bar wall have been taken away. So I Am left with this Clear/Transparent 3 Foot high curtian only. This Not only presents the problem of Exposure To unit Female and male Staff And inmates which very from where you are house in the unit. My cell on the Sout Side Also has the Front of the Facility to contend with. There Are Windows From Top to bottom that From my Cell I can be seen From Staff And Visitor Parking

Sutton witness

15cv00850

Stephen Fichter pg 1 of 3

Att. C. 26

lot. It is like a picture window to the parking lot on the bar side of my cell. For all to view.

When in the upper day hall attending The T.C. house meeting on Wednesday I am faceing windows that are inbetween 2nd and 3rd tier. These windows directly look in the cells on the North Side. So I can not help but look over the second tier Privacy curtian not only through the doors bars but now the whole Bar side wall as well as counselors (female) that are required to teach classes 5 days a week from this day hall and various differnt areas of this unit. So this has place me in a position of constant uncomfortability of either seeing or being seen (exposed).

While in my cell on the sunny South Side the brightness is unbearable. The walls of the cell are glazed ceramic blocks light in color. These blocks reflect the slightest amount of light. Now with the bar wall being 7 feet tall by 8 feet wide and exposed to the direct sunlight and the reflective light off the roof from another unit plus the glazed block walls during the days is unbelievable. Can't watch T.V. at all. Writeing a letter, doing T.C. work, or even reading a book is impossible.

To further the bright light issue during the day at night the cells have a cell light that stays on. This light is bright enough to read a book by is evidently not bright enough to be seen at night. So it is being turned up twice as bright. Why?

Sutton
Witness
15cv00850

Stephen Fichter
pg 2 of 3

Att. C.27

I really enjoy helping This T.C. As well As helping And working with other peers in the T.C. community. IN A SENSE I FEEl I Am giveing back for past mistakes I've made in my life. But, I tell you the Buena Vista Correctional Facility is making this A tough enviorment to rehabilitate And continue in Recovory.

Oh I Forgot to mention Being on the Third tier in A cell Also has the challenge of the unit lights in the corridor are on from 5 AM to 10:15 pm Every day and also shine directly in my whole cell. So even in the evening the brightness continues. Total sleep deprivation to it's Fullest

Sincerely,

[signature]

Stephen W. Fichter #97563

Sutton
Witness
15cv00850

Stephen Fichter
pg 3 of 3

Att. C. 28

To whom it may concern:

Regarding the Privacy Curtains: I am a Para Pro (Currently) in the Therapeutic Community housed in upper North level at BVCC. Since the events first started out back in Oct the tension level has risen. Inmates that are coming in have been complaining because there ~~are~~ isn't any Privacy in their cells. Other units have doors and maybe a 10x10 inch window that staff look into. Many feel pressured into this situation because DOC takes time from them and label them non-compliment. Hindering their Progression to being release.

For me it's hard enough explaining to those that came in Prior to the Curtains being removed how this Program can help them. My interaction with the others is very direct because I'm here with them all the time. Being a Para Pro they look at me as if I can resolve the Problem. In actually all I can say is it is dealing with adversity. And because it's causes stress on me I'm leaving the Pod and the Program is going to have to find another one.

I have epilepsy and extra stress can incite seizures more. As much as I enjoyed my Position in the Program my health is much more important, especially with the conditions worsening. Female staff walk into the shower area all the time. using "needing to walk" as their reason. There are cameras that are in that area (common area). By them walking in the area they can look directly in the shower area. The camera shows the area right in front of the shower.

The cells are the worst. Inmates that are placed in Segregation have more Privacy than those (us) going through the most intensive drug and alcohol Program DOC offers. Several addictions are being addressed by the therapists with the help of the Para Pro's making the Program less helpful because of the environment.

Sutton
Witness

15cv00850

Ernie Calbert
M 10f2

Att C.29

→

Next to the stressful environment, our TC encounter Groups are right next to those cells. With no Privacy Curtains the therapists are in direct eye sight with the cells. We have 6 therapists working the Groups and it's my belief they want to see us as much as we want to show them. We are not suppose to be in fear of our daily living in our own cells because DOC wants to enforce a rule. Those Curtains have been there for over 10+ years and never has it been a Problem.

Many inmates are fearful for expressing their concerns due to BVCC staff retaliating. And it is going to happen because that's BVCC's M.O. Right now there are those who have expressing their views directly and correctly without any violence or rioting. Protesting should I say. That alone should cause reason for this situation to be looked at. Because Convicted Felons are using their minds and rational reasoning to solve their Problems rather than violence.

Ernie Colbert
E. Colbert 116945

For more on how BVCC's staff treats their inmates Assaults, restraining methods and medical. Check out; Case # 2016-5835-A It is a Complaint filed with DOCA

Ernie Colbert
pg 2 of 2

Note: all the therapist are women (older) and half of the staff members are women.

Att. 30

12 pgs

11-19-2016

I would like to say that the conditions here in T.C. are terrible since the removal of our curtains and increased lighting. There's alot of stress and tension in the pod due to the antagonistic actions of those in charge. They are exploiting our environment / us. This is very unfair. I have no way to use the bathroom without staff or other inmates seeing.

Respectfully,

Richard A. Barrera

DOC # 127025 #

Richard Barrera

Witness

In Re 15cv00850

Richard Barrera
pg. 1 of 1

Attachment C 31

11-19-16

To whom this may Concern...

I, Inmate Angelo BlackFeather, D.O.C. # 142317 I am writing this letter in Regards to the Violation of privacy. I know and understand as an Inmate, my Rights are limited, and my Right to Privacy under the Fourteenth Amendment is being violated, where D.O.C. staff (male & female) can watch us Inmates engage in normal and personal conduct such as, undressing, using the bathroom, and Showering.

Now however, there isn't just female Corrections Officers working in this unit, but there are female Therapeutic Community Counselors as well. I understand we are placed in a "Prison Setting," but this is an unit where a Treatment program operates, and this a very high stressed environment. In addition, there are few Sex-Offenders who can be Considered Predators, therefore, the needed privacy is necessary.

Thank You very much for your time & Concern!

[signature]

Att. C. 32

Witness

In Re 15cv00850

Angelo BlackFeather pg. 1 of 1

11-20-2016.

Conditions of confinement are unsafe and unfit phsically, and mentally due to **no privacy** from **male** and **female** D.O.C. staff, members. After and before undressing, and dressing for the shower, the only place I've to accomodate D.O.C. procedural policies is my assign cell. At any time male and female staff members walk by the cell, I am exposed nude with my **penis** and **buttocs** and no way, I can cover myself up from male and female staff members. My assing cell have wide open bars with no solid door to protect my nude body from staff and, offenders, and afraid from unknowing danger. The privacy curtain that was provied so I can use the bathroom only covers 3 inches of my lower, body and its a clear see through plastic curtain. Anytime I use the, bathroom day or night my **penis** and **buttocs** exposing my entire lower, nude body. As I stand it creates me to force to show my **penis** and, **buttocs** to male, female staff members and offenders, at all times, during the day and night using my bathroom inside my assign cell. creating a unsafe, unfit overwhelming danger because of my nude body. Due to the poor lack of ability of the conditions of confinement I, feel danger without no privacy being nude. Due to D.O.C poor lack, of rights to privacy. I am at risk from D.O.C. Staff and offenders conduct and unexpected actions. B.V.C.F

(Please Help and please respond).

\# 81218 Uhuru Butler
Unit upper north 1E4
P.O. Box 2017
UHURU BUTLER #81218 Buenavista colorado 81211.

[signature]
[signature]

witness
15CV00850

Uhuru Butler
pg 1 of 1

Att. C.33

I am pissed because our bottom Curtians are gone, only because when they clean the floors dust will be flying everywhere, not okay. as well as my privalay and when the women see me pooping.

Mario Chacon-Watts

dont understand why this is happening.

witness

15 cv 00850

Mario Chacon-Watts pg 1 of 1

Att. C. 34

This is in regards to All the curtains being removed from the front of the cells in upper north. The little clear curtain is not sufficent coverage to do all personal things a male offender is or can do. I feel its an attack on me being a male as only a female Lt. and S.G.T walk the tiers Mon-Fri. I feel that I need to check the tier before il urinate and almost feel as if il need to sit to do so. So il do not pick up a sexual misconduct charge. I am insecure about just putting lotion on or creams. I feel my integrity as a man is being attacked and soon enough they will ask us to tell them when il will use the bathroom

Ringo Clark #86654

Upper North
3-N-5.

witness
15CV00850

Ringo
Clark
pg 1 of 1

Att. C. 35

"To Whom it May Concern"

My name is Marco A Dominguez and I want somthing done about what is going on with D.O.C invading my Privacy, they literally walk by my cell and watch me using the Bathroom and female staff, female counslors and I feel very uncomfortable even using the bathroom because I aswell with other Prisoner's have no Privacy what so ever.

thank you for your time

Marco A Dominguez
#58591

Witness
15cv00850

Marco Dominguez
pg 1 of 1

Att. C. 36

Attorney General

Hello, my name is junior Gonzalez #113749 and I to have been affectected greatly by Buena Vista's actions on taking our Curtains, our only sense of privacy and peac of mind. by removing our Curtains I fell degrated as a man along with fear of getting in trouble for "prea" for using the restroom on getting dressed in the morning. female officers and Counselors along with Visitors could see us using the restroom. we all have medium Points and yett we are being punished under D.O.C equal Pertection law, its states all offenders are to be treated equal and not show favoritism to other offenders. in this case we have no Privacy Cause they took our Curtains, also we Cant see our t.v's because the glair from the windows not to mention People Could see into our rooms from outside the prison we have been violated and degrated a human beens and I'm asking for your help in this matter all we want is our Curtains back because every other unit in this prison has there walls and doors. I just want to be treated equal. and have the same rights as other offenders.

Junior Gonzalez 11/26/2016

Att. C-37

Witness 15cv00850

Junior Gonzalez pg1of1

I Frank Quintana had all my curtains taken last week, Now whenever I use the toilet the counselors and Female guards are always walking by and I feel it isn't right for them to see me while Im using the toilet

Frank Quintana
11-20-16

Witness
15cv00850

Frank Quintana
Pg 1 of 1

Att. C.38

My name is Richard Quintana
D.O.C #161632 DOB 4-21-84
I am currently housed at Buena Vista
correctinal facility During the months of
Oct and Nov 2016 I was being housed
in upper North unit, Our cells are bars
which had privicay curtains up. Recently they
were took down by correctinal Staff members,
I fill my privacy is being invadid due
to the fact I have no where to dress.
When I do I have staff of oppisit
Gender always walking by I ~~code~~ Under
Stand this is prison but I fill like
My Rights and privacy is being violated,

Thank you letter written ON
November 18th 2016 By
Richard Quintana #161632
X [signature]

Witness
15cv00850

Richard Quintana
pg 1 of 1

Att. C. 39

I LIVE IN 2-N-2; RIGHT IN FRONT OF THE OFFICE AND I FEEL HUMILIATED AND EMBARRASSED DO TO BEING REGULARLY SEEN BY FEMALE COUNSELORS AND FEMALE STAFF. I FEEL UNCOMFORTABLE TO EVEN USE THE RESTROOM, CHANGING CLOTHES OR JUST LAYING IN MY RACK IN MY BOXERS AS I WOULD DO IF I WERE IN EAST, SOUTH, OR EVEN LOWER EAST AS THE DOORS AND WALLS ARE COVERED, JUST LEFT WITH A SQUARE FOOT WINDOW TO OBSERVE AND COUNT US THROUGH.

WE ARE GETTING PUNISHED FOR OUR COMPLAINTS, WHEN WE SHOULD BE GETTING SOME KIND OF INSENTIVE AS WE ARE PARTICIPATING IN THE T.C. PROGRAM.

OUR RIGHTS ARE CLEARLY BEING VIOLATED.

SINCERELY

Marty Roybal - 141792

Witness
15cv00850

Marty Roybal
pg 1 of 1

Att. C. 40

11-19-16

To: All concern Parties that have a Interest in this Matter at hand Concerning the Privacy of offenders at the B.V.C.F. Facility at Buena Vista Correctional Facility In Response to the attorney Generals Claim that offenders have Privacy is False. The offenders are Exposed on a Regular Daily Bases to C.O. officer and T.C. Therapeutic Personel they have Zero Privacy when we use the Bathroom or Come from the Shower.

Roy Van

Roy Van
56988

Witness

15cv00850

Roy Van pg 1 of 1

Att. C. 41

My name is Matthew Vargas and I want it to be known how the living conditions in the T/C Program at Buena Vista Correctional Facility have changed drasticly in the past month. I live in a single cell with three walls and open bars on the front part of the cell. Every cell in the unit had brown curtains on the bars all except the cell door. Over this past month D.O.C Staff has removed these curtains off all the cells in the unit taking away any little privacy that was had. It is understood that this is prison but I feel I should have fair and equal treatment as anyone else ~~is~~ in the Buena vista medium custody. The South and East wing of the Facility cells all have four walls and a solid door with a 1'x1' window in the door. For D.O.C Staff to take away the curtains opening full visibility of the inside to my cell I feel violated. I cannot use the restroom or get undressed without D.O.C Staff and other inmates not seeing my every move. On top of all this my cell faces out towards the staff and visitor parking lot. who knows what can be seen from out there. Adults and kids probably don't feel they should be looking into open cells either. Thank You for your time.

Sincerely,

P.S.
Above all I feel this is affecting my Treatment with my raised stress levels.

Matthew Vargas
Inmate# 169031
Dob 07/14/1985

11/19/2016

Witness

15cv00850

Matthew Vargas
pg 1 of 1

Att. C. 42 of 42