**REQUEST FOR FORMS REQUIRED BY THE COURT** *Emergency* **Revised 5-17-16**

[redacted] Sutton First Initial: J. DOC #: 96416 DATE: 11-21-2016
[redacted] Housing Unit North Tier 2N Cell: 2N1 Case # or Subject matter Females seen using toilet daily because last Friday staff took all toilet curtains

[redacted]ess Program will provide one copy of the below listed forms, per action filed, (in the areas of habeas corpus, post-conviction [redacted] rights related to confinement) for FREE. This includes the Court form. Pages of attachments listed on the Legal Access [redacted]opy and page limit policy will be charged for at .25 per page.
[redacted]**oup of necessary forms for particular action) per case number or issue (subject) (as per policy) FREE.** [redacted]es are needed because mistakes were made on the first form, offenders must return the form containing errors to the Legal [redacted]eive another free form. If you typed your form on the word processor, **once it has been printed it is deleted and you will** [redacted]**tted to edit it.** Make sure your form is **complete and correct before requesting to have it printed.**
[redacted] may not request and/or purchase more than one (1) of the same blank form. Example, offenders cannot purchase five (5) copies [redacted] U.S.C § 1915 form, regardless of the ability to pay, unless you have five issues. **One Request form per issue and set of forms.**

**Please provide one of each form checked.** One original of forms required by the court are the only forms provided at no charge.
**Offender DOC commitment name and number will be printed on each form requested.**

**STATE COURT**

North Unit

________Form 4 – (JDF Petition for Post-conviction Relief Pursuant to Criminal Rules of Procedure 35(c) *(4 pages)*
________Rule 106.5 Motion – JDF 638 *(2 pages)*
________Motion to file without payment and supporting financial affidavit: (check one)
JDF 201 ______ (Civil) *(1 page)* Court requests 6 month account statement attached to this form (request on photocopy request form)
JDF 205 ______ (Criminal) (3 *page)* Court requests 3 month offender account statement attached to this form (request on photocopy request form)
________Application for Court- Appointed Counsel or GAL JDF 208 *(2 pages)*
________Civil Cover Sheet JDF 601
________Instructions to File an Application for An Order of Collateral Relief – JDF 237 *(3 pages)*

**UNITED STATES DISTRICT COURT (FEDERAL)**

________Instructions and Civil Cover Sheet JS 44 (Rev. 12/11) this form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(2 pages)*

2 X 42 USC 1983 – Instructions *(2 pages)* One for Court One for me.
2 X 42 USC 1983 – Prisoner's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 *(8 pages)* One for Court One for me.
2 X 28 U.S.C. 1915 *(for complaint 4 pages)* One for Court One for me.

________28 USC 2241 – Instructions *(2 pages)*
________28 USC 2241 – Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C § 2241 This form may be used by applicants challenging the execution of a state or federal sentence, the revocation or denial of parole, or the loss of good- or earned-time credits. The form also may be used by pretrial detainees raising speedy trial or extradition issues or by aliens challenging Immigration and Naturalization Service proceedings. This is not a complete list, and you may use this form to raise any other claims for relief you may have that are appropriate in a 28 U.S.C. § 2241 action. *(6 pages)*
________28 USC 1915 form *(for habeas, 2 pages)*

________28 USC 2254 – Instructions *(2 pages)*
________28 USC 2254 – Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C § 2254 by a **person in state custody** *(9 pages)*
________28 USC 1915 form. *(For habeas, 2 pages)*

________**28 USC 2255 – Instructions** *(2 pages)*
________28 USC 2255 – Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C 2255 by a **person in federal custody** *(8 pages)*
________28 USC 1915 form. *(For habeas, 2 pages)*

**28 USC 2253 and 28 USC 1915 & FRAP Rule 24**
________Prisoner Motion for Leave to Proceed on Appeal 1915 - Civil for 1983 (4 pages)
________Prisoner Motion for Leave to Proceed on Appeal in a Habeas Corpus Action 1915 - Civil (2 pages)
________Prisoner's Motion and Affidavit for leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P.24 in a Criminal Case (2 pages)
________Motion for Leave to Proceed on Appeal 1915 – Civil **non-prisoner** 1915 motion (4 pages)
________Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P.24 in a Criminal Case **non-prisoner** (4 pages)
________Notice of Appeal - Criminal (1 page)
________Notice of Appeal – Civil (1 page)

**UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT**

________**Successive 2244 form** – Motion for Authorization to File a Second or Successive Habeas Corpus Petition under 28 U.S.C. § 2244(b) by a Prisoner in State Custody. **Verification of an actual appeal must be provided to Legal Assistant prior to print or issuance of this form.** *(12 pages)*

**Offender Signature**________________________

**DO NOT WRITE HERE – OFFICIAL USE ONLY** **DATE DENIED** NOV 21 2016
Your request has been **DENIED** X in whole________ in part for the following reasons:
______Your request form was not properly completed (missing required signature, facility, full cell location, unit, tier, cell, DOC#, date, etc.)
______Your request is too voluminous. You are allowed one form (or set of forms) per case number or issue (subject) per action filed/per request form.
______You may not request/purchase more than one (1) of the same blank form.
______You did not list case number or issue (subject of the matter) being filed.
______You did not return the original form containing errors to the Legal Assistant. A new form will not be provided until the original is returned.
X If you are printing the form from the computer, (rather than asking for hard copies to be photocopied) please submit the green Photocopy Request form.
X **Other** Need to see Court has approved to amend

**Date Received in Law Library** NOV 21 2016 Meter Begin: 67896 Meter End: ________
Total #court form pages printed 0 Total Admin Copies 1 Total of all copies 1 Total #sets of forms provided 0

Attachment D pg. 1 of 7.

Claim

4. Claim ~~Three:~~ Four: Cruel And Unusual Punishment (Further Retaliation)

Supporting Facts: I have PTSD mainly due to abuse andor abusive condition(s) I suffered in my past at the hands of person(s) acting under color of State law. Similarly, On about 10-25-2016, and on about 11-17-2016, John Lingerich, Mr. Gillis, Mrs. Scanga, andor Mr. LaGue did cause my medium security level unit to be the only one of a total of three (3) medium security level unit(s) within the Buena Vista Correctional Facility (or Complex) to not have non-transparent front cell wall(s) and or door(s). Furthermore, causing myself and other(s) to be seen even more so (after all similar equalivent(s) to a front wall and or door (the privacy curtain(s)) were taken), using the toilet andor undressing, by female counselor(s) and other staff that are female. This happens daily. After I and several other(s) repeatedly complained to P.R.E.A., and P.R.E.A. investigator(s) visited here, and asked about the above, P.R.E.A. investigator(s) repeatedly told the above person(s) that we had to be given more privacy when using the toilet in our cell by giving us a privacy curtain on the lower half of our cell door(s) (which are made of bars) in addition to the privacy curtain(s) covering the top and lower half of our front wall (which was/is also made of bars). However, the above person(s) took all of our privacy curtain(s) leaving us humiliated and embarrassed daily because we and the female staff/counselor(s) believe we are being punished for complaining by dramatically increasing how often the female staff and counselor(s) see us using the toilet and or undressing while the females are holding groups right outside our cell door(s) and walking to and from these group(s) through walkways that make them walk within inches of our cell(s). Making my PTSD worse and or undermining my and or my and my counselor's (Mrs. OBrian's) effects andor progress in treating or decreasing my PTSD symptom(s) andor severity of the symptom(s). I reported some threat(s) to the above person(s) and wrote a statement that I was being blamed for the above event(s), but they did nothing. One inmate and I fought after the above person(s) refused to move me, and we both received injuries (including my torn shoulder muscles) about the above event(s). Also, See Reply Attachment(s) A, B, and or C.

OR

(Rev. 1/30/07) Alternatively, Claim Four: Cruel And Unusual Punishment [(Further Retaliation) (Concise Version)

Attachment D. 2 of 3

Claim

On about 10-25-2016, and on about 11-17-2016, John Lingerich, Mr. Gillis, Mrs. Scanga, and or Mr. LaGue did take what little privacy we had using the toilet when they took our privacy curtain(s) (which gave us some protection from female staff and or counselor(s) when we undressed and or used the toilet - but not nearly as much as the other medium security level units here), because we complainted that we deserved the same protection as other inmates in this prison with the same security level as our(s); curtain(s) over our front bars as a similar protection as their front non-transparent wall(s), and or curtain(s) over the lower half of our cell door(s) made of bars as a similar protection to their non-transparent steal door(s). I told and wrote statement(s) to the above person(s) that the inmate(s) blamed me for this loss, and humiliation, and that I was being threatened. I asked to be moved for my safety, but the above person(s) refused. About five (5) hours later (while arguing about the above) a fight between an inmate and I ended with injuries to us both, including me having torn muscle(s) in my shoulder(s). The above ~~fell~~ event(s) felt as if past trauma leading to my having PTSD (Post Traumatic Stress Disorder) was recurring, causing distress and aggression, among other things, upon exposure to the above reminder(s) to the event(s) that caused the PTSD initially (characteristic of person(s) with PTSD). Also, please see ~~Apply~~ Attachment(s) A., B., and or C. (Mainly, the drawing(s) and or statement(s).)

ct.

Claim

5. ~~3~~ Claim ~~Three:~~ Five: Unequal Protection or Due Process Violation (Further Retaliation)

Supporting Facts:

The Supporting Fact(s) from the initial claim four are hereby incorporated herein, as if stated completely.

OR

Alternatively,

Claim Five: Unequal Protection or Due Process Voilation

[(Due To Further Retaliation) (Concise Version)]

The Supporting Fact(s) from the alternative Claim Four are hereby incorporated herein, as if stated completely. Also, Attachment A, B, and or C of the "Emergency Declaration Reply - Due To Further Retaliation" is completely incorporated herein, as if ~~stated~~ attached hereto.



Attachment D. 3 of 3