Exhibit A.

D on L.L.

missing 2nd Supplemental 5/22/15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02379-RM-MJW

**JOSHUA LAMONT SUTTON,**

Plaintiff,

vs.

**MATTHEW VanLEEUWEN**,
**BRIAN GOWIN**,
**ANTHONY RODERICK**, and
**FRAN LaPAGE**

Defendants.

---

**DEFENDANTS GOWIN, RODERICK, AND LePAGE'S INITIAL RULE 26(a)(1) DISCLOSURES**

---

Defendants, Brian Gowin, Anthony Roderick, and Fran LePage, (the "County Defendants") by and through their attorney, Anthony Melonakis of the LAW FIRM OF ANTHONY MELONAKIS, pursuant to FED.R.CIV.P. 26(a)(1) submits the following disclosures:

A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Subject to the exceptions in FED.R.CIV.P. 26(a)(1)(A), the following individuals are likely to have discoverable information which may be used in support of the County Defendants defenses to this action:

1. Brian Gowin
Pueblo County Police Department
200 S Main St
Pueblo, CO 81003
(719) 553-2538

Exhibit (Exh) A. pg.1 of 3

19. Inmate Request Forms (Cnty. Defs. 000107-000148)

20. Inmate Grievance Form Log (Cnty. Defs. 000149)

21. Modular Card Request Form (Cnty. Defs. 000150)

22. Inmate Release – Security Bond (Cnty. Defs. 000151)

23. Mandatory Protection Order – Pueblo County District Court 2012CR1220 (Cnty. Defs. 000152-000154)

24. Appearance Bond – Pueblo County District Court 2012CR 1220 (Cnty. Defs. 000155)

25. Criminal History Records(Cnty. Defs. 000156-000174)

26. Colorado Mental Health Hospital Records (Cnty. Defs. 000175-000207)

## C. COMPUTATION OF DAMAGES

The County Defendant seeks attorney fees from Plaintiff under 42 U.S.C. § 1988, and costs as authorized by federal law.

## D. INSURANCE AGREEMENT

Although not insurance, Pueblo County is a member of the Colorado Counties Casualty and Property Pool, a self-insurance pool organized and existing under C.R.S. § 24-10-115.5. Colorado Counties Casualty and Property Pool obtained an excess insurance policy from Atlanta Specialty Insurance Company (One Beacon), a copy of the policy for 2012 is being produced. (Cnty. Defs. 000208-000261).

Dated this 22nd day of May 2015 in Denver, Colorado.

Respectfully submitted,

Anthony Melonakis
LAW FIRM OF ANTHONY MELONAKIS
1512 Larimer Street, Suite 650
Denver, Colorado 80202
(303) 730-0210
a_melonakis@hotmail.com

Attorney for Defendants Brian Gowin, Anthony Roderick, and Fran LePage

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on this 22nd day of May 2015 a true and correct copy of the foregoing, together with a CD Rom containing copies of the documents referred to herein, was placed in the U.S. Mail, postage prepaid, and addressed to the following:

Ann B. Smith
VAUGHAN & DEMURO
111 South Tejon Street, Suite 545
Colorado Springs, CO 80903

TO THE CASE MANAGER/INMATE COORDINATOR OF
Joshua Lamont Sutton
#96416
Centennial Correctional Facility (CCF)
P.O. Box 777
Canyon City, CO 81215

Exh. A. pg. 3 of 3 7