# CONFIDENTIAL

## Colorado Department of Corrections
## Office of the Inspector General

**Case #: CR 2015001911**
**Investigator: WREN, RICHARD**

EXHIBIT
B

# CDOC Inspector General Offense Report

Case Report:
**CR# 2015001911**

| Title: | From | To |
|---|---|---|
| **AOA**<br>AURORA PD | **09/17/2015 00:00** | **:** |

Location: **Centennial Correctional Facility** (E US Highway 50 Evans Blvd, CANON CITY 81212)

Connecting Case(s):

## Case Synopsis

On 09/17/2015 I, Investigator Richard Wren, was advised by Capt Sam Spangler that a map had been found in the cell of Inmate Joshua Sutton 96416. The map reportedly indicated were Inmate Richard White 124403 had buried 5 bodies.

## Investigators Assigned

| Lead Investigator: **WREN, RICHARD** (609) | Supp. Investigator: |
|---|---|

| CDOC Inspector General Offense Report | Case Report: **CR# 2015001911** |
|---|---|

## Involved Person(s)

**B - Subject - CDOC Offender [ 96416 ]**

**Name:** SUTTON, JOSHUA **Race:** W **Sex:** M

**DOB:** n/a **Height:** 74 **Weight:** 170

**Hair:** BLACK **Eyes:** BROWN **SSN:** [redacted]

**Expected Testimony:**

**B - Subject - CDOC Offender [ 124403 ]**

**Name:** WHITE, RICHARD P **Race:** W **Sex:** M

**DOB:** n/a **Height:** 72 **Weight:** 240

**Hair:** RED **Eyes:** BLUE **SSN:** [redacted]

**Expected Testimony:**

**X - Other - Other Person**

**Name:** CONNER, STEVE **Race:** O **Sex:** M

**DOB:** n/a **Height:** 0 **Weight:**

**Hair:** UNKNOWN **Eyes:** UNKNOWN **SSN:**

**Expected Testimony:**

## Investigators Assigned

| Lead Investigator: **WREN, RICHARD** (609) | Supp. Investigator: (500) |
|---|---|

# CDOC Inspector General Offense Report

Case Report:
**CR# 2015001911**

## Supplement

| # | Title | Author |
|---|---|---|
| 0001 | Case Summary | WREN, RICHARD (609) |

On 09/17/2015 I, Investigator Richard Wren, was advised by Capt Sam Spangler that a map had been found in the cell of Inmate Joshua Sutton 96416. The map reportedly indicated were Inmate Richard White 124403 had buried 5 bodies.

I reviewed Inmate Whites records and made contact with the 18th Judaical DA Offices Tom Power to see if they were interested in the information. Powers put me in contact with Inv Steve Conner from the Aurora Police Dept who was the lead law enforcement agency on White case. The kite and map along with the handwriting samples where sent to Conner.

Conner request an interview with Inmate Sutton. The interview was set up and conducted.

Conner advised he may request an interview with Inmate White at a later date.

**Case Closed**

## Investigators Assigned

| | |
|---|---|
| Lead Investigator: **WREN, RICHARD** (609) | Supp. Investigator: (500) |

| **CDOC Inspector General Offense Report** | Case Report: **CR# 2015001911** |
|---|---|

## Exhibit(s)

| Description | File Name | Date/Time |
|---|---|---|
| Kite | Kite.pdf | 2016-06-28 10:50:26 |
| Map | Map.pdf | 2016-06-28 10:50:52 |
| Handwriting sample White | Handwriting.pdf | 2016-06-28 10:53:01 |

## Investigators Assigned

| Lead Investigator: **WREN, RICHARD** (609) | Supp. Investigator: (500) |
|---|---|

State of Colorado
Department of Corrections
REQUEST FOR INTERVIEW

DC Form 20-22
(Revised 10/90)

Date 09-17-2015

Name Joshua Sutton

Reg. No. 96416

C.H. A Tier 2 Cell 12

Audience With: Unit Staff, About Murder

Give Reason: 1. Richard White and I were playing chess yesterday.

2. He told me he wants the families of 5 murder victims to have some piece of mind so he wants me to have my attorney friend to give the police a map of the location of the 5 bodies.

3. This morning he gave me 3 pages (2 maps and some instructions) about where to find the bodies, they are on my desk. Sincerely, Josh Sutton.

20047

I-25 South of Lincoln Ave
Go to Sadalia Exit. Sadalia is a one Stoplight town. Go west from Sadalia, only one Road. Windes through small mountains. Road is Paved. Theres only one Road to turn Left on at Rampart Range Road. Huge Signs. Go South 6.2 miles on → - campsight on Left. if you get to the only stopsign, go back 50 yards or so. Walk directly west from campsight. Theres an open field 100 yards west. go west over only hill at the west end of open Field. over hill, down hill still going west over next hill west. X marks the spot at bottem west side of second hill.

---

I-25 to Sadalia
west Sadalia to Rampart Range Road
South on RR Road 6.2 miles to campsight.
walk between 1-2 miles west through woods
west end of open field
2 - hills west-side of 2nd hill.

→ directly West from Campsight.
Cant miss field or hills.


Denver
N
W
E
S
Rail Rd trk
I 25
Sadalia
RAmpart Rng Road 6.2 miles
BAR
Colo Springs
west 1-2 miles
hills
Field
Pueblo
prepare yourself.




CDOC/Sutton/15CV850-01076

E2-14

# COLORADO INMATE PHONE SYSTEM
# OFFENDER PHONE LIST

DC FORM 850-12A(12/01/07)

NAME: Richard White DOC NO. 124403

FACILITY: CCF UNIT: E2-14

Indicate if the recordings should be played in Spanish by checking the box in the Spanish column for each number

| SD# | NAME | RELATIONSHIP | ADDRESS, CITY, STATE | AREA CODE/NUMBER | SPANISH |
|---|---|---|---|---|---|
| 11 | | | | ( ) | [ ] |
| 12 | | | | ( ) | [ ] |
| 13 | | | | ( ) | [ ] |
| 14 | | | | ( ) | [ ] |
| 15 | | | | ( ) | [ ] |
| 16 | | | | ( ) | [ ] |
| 17 | | | | ( ) | [ ] |
| 18 | [redacted] | (Sister) | [redacted] | [redacted] | [ ] |
| 19 | | | | | ] |
| 20 | | | | | ] |
| 21 | | | | | ] |
| 22 | | | | ( ) | [ ] |
| 23 | | | | ( ) | [ ] |
| 24 | | | | ( ) | [ ] |
| 25 | | | | ( ) | [ ] |

I understand the provisions of the administrative regulations on telephone use by offenders. **ALL** phone calls, except identified and authorized attorney calls, through CIPS are subject to monitoring and/or recording by DOC employees . Offenders are totally responsible for their calls and violations of regulations or the law may result in disciplinary action and/or criminal/civil prosecution. **NO** third party billings, credit card calls, three-way calling, remote call forwarding or conference-type calling will be permitted. Offenders convicted of Code of Penal Discipline charges related to telephone use are subject to the loss of their telephone privileges. Offenders found in possession of, sharing, or using another offender's PIN will be charged per the Code of Penal Discipline. Offenders who misuse or abuse the phone system, including fraud or submitting fraudulent information on any of the documentation associated with CIPS, maybe denied phone privileges and charged under the COPD. **CHANGES TO PHONE LISTS ARE ONLY ALLOWED EVERY 30 DAYS.**

**Offender Signature:** Richard White 124403 **Date:** 2-10-15

**Case Manager Signature:** [signature] **Date:** 2-11-15

**CIPS Input Operator:** CM **Date:** 02-17-15 **PIN:** #8537

CDOC/Sutton/15CV850-01077

20042

# COLORADO INMATE PHONE SYSTEM
# OFFENDER PHONE LIST

FORM 850-12A (03/01/13)

NAME: Richard P. White DOC NO: 124403

FACILITY: CCF UNIT: E POD: 2 CELL: 14

Indicate if the recordings should be played in Spanish by checking the box in the Spanish column for each number

| SD# | NAME | RELATIONSHIP | ADDRESS, CITY, STATE | AREA CODE/NUMBER | SPANISH |
|---|---|---|---|---|---|
| 11 | | | | ( ) | [ ] |
| 12 | | | | ( ) | [ ] |
| 13 | | | | ( ) | [ ] |
| 14 | | | | ( ) | [ ] |
| 15 | | | | ( ) | [ ] |
| 16 | | | | ( ) | [ ] |
| 17 | | | | ( ) | [ ] |
| 18 | | | | ( ) | [ ] |
| 19 | | | | ( ) | [ ] |
| 20 | | | | ( ) | [ ] |
| 21 | [redacted] | Sister | [redacted] | | ] |
| 22 | | | | ( ) | [ ] |
| 23 | | | | ( ) | [ ] |
| 24 | | | | ( ) | [ ] |
| 25 | | | | ( ) | [ ] |

I understand the provisions of the administrative regulations on telephone use by offenders. ALL phone calls, except identified and authorized attorney calls, through CIPS are subject to monitoring and/or recording by DOC employees. Offenders are totally responsible for their calls and violations of regulations or the law may result in disciplinary action and/or criminal/civil prosecution. NO third party billings, credit card calls, three-way calling, remote call forwarding or conference-type calling will be permitted. Offenders convicted of Code of Penal Discipline charges related to telephone use are subject to the loss of their telephone privileges. Offenders found in possession of, sharing, or using another offender's PIN will be charged per the Code of Penal Discipline. Offenders who misuse or abuse the phone system, including fraud or submitting fraudulent information on any of the documentation associated with CIPS, maybe denied phone privileges and charged under the COPD.

Offender Signature: Richard White 124403 Date: 5-14-15

Staff Signature: [illegible] Date: 5.15.15

CIPS Staff Signature: [illegible] Date: 05-22-15 PIN: 8537

Attachment "A"

page 1 of 1

# COLORADO INMATE PHONE SYSTEM
# OFFENDER PHONE LIST

FORM 850-12A (03/01/13)

NAME: Richard White DOC NO: 124403

FACILITY: CCF UNIT: E POD: 2 CELL: 14

Indicate if the recordings should be played in Spanish by checking the box in the Spanish column for each number

| SD# | NAME | RELATIONSHIP | ADDRESS, CITY, STATE | AREA CODE/NUMBER | SPANISH |
|---|---|---|---|---|---|
| 11 | | | | (  ) | [ ] |
| 12 | | | | (  ) | [ ] |
| 13 | | | | (  ) | [ ] |
| 14 | | | | (  ) | [ ] |
| 15 | | | | (  ) | [ ] |
| 16 | | | | (  ) | [ ] |
| 17 | | | | (  ) | [ ] |
| 18 | [redacted] | | | | [ ] |
| 19 | | | | | [ ] |
| 20 | | | | (  ) | [ ] |
| 21 | | | | (  ) | [ ] |
| 22 | | | | (  ) | [ ] |
| 23 | | | | (  ) | [ ] |
| 24 | | | | (  ) | [ ] |
| 25 | | | | (  ) | [ ] |

I understand the provisions of the administrative regulations on telephone use by offenders. ALL phone calls, except identified and authorized attorney calls, through CIPS are subject to monitoring and/or recording by DOC employees. Offenders are totally responsible for their calls and violations of regulations or the law may result in disciplinary action and/or criminal/civil prosecution. NO third party billings, credit card calls, three-way calling, remote call forwarding or conference-type calling will be permitted. Offenders convicted of Code of Penal Discipline charges related to telephone use are subject to the loss of their telephone privileges. Offenders found in possession of, sharing, or using another offender's PIN will be charged per the Code of Penal Discipline. Offenders who misuse or abuse the phone system, including fraud or submitting fraudulent information on any of the documentation associated with CIPS, maybe denied phone privileges and charged under the COPD.

Offender Signature: Richard White 124403 Date: 9-1-15

Staff Signature: [signature] Date: 9-8-15

CIPS Staff Signature: [signature] Date: 09-17-15 PIN: #8537

Attachment "A"



CDOC/Sutton/15CV850-01079