IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

MR. AURITI,

Defendants.

---

**AFFIDAVIT OF KATHLEEN BOYD**

---

I, Kathleen Boyd, upon being duly sworn under oath, of lawful age, and having personal knowledge of the matters set forth herein, depose and state as follows:

1. I am employed by the Colorado Department of Corrections (CDOC) as a mid-level medical provider at the Colorado State Penitentiary and Centennial Correctional Facility.

2. I am a board-certified Family Nurse Practitioner.

3. I have worked for the CDOC since 2014 and am familiar with CDOC offender medical files.

4. I recently reviewed the medical files for offenders Joshua Sutton, CDOC # 96416 and Richard White, CDOC # 124403.

5. When CDOC offenders engage in fighting, the normal process is to bring the offenders to the medical clinic to be seen by a medical provider.

6. The medical provider conducts a physical examination of the offenders, and is required to complete a CDOC Anatomical Form.

EXHIBIT
C

7. An Anatomical Form is completed to document all injuries sustained by the offenders who engaged in the fight.

8. In addition, the medical examiner is required to complete an Ambulatory Health Record, which also documents the offenders' injuries and any treatment provided to them.

9. I conducted a thorough review of all of the CDOC medical records contained in the files of offenders Sutton and White for the entirety of 2015.

10. There are no Anatomical forms, Ambulatory Health Records, or any other medical records or forms showing any injuries, or otherwise documenting any fight occurring between these two offenders in 2015.

Further Affiant Sayeth Naught.

Kathleen Boyd NP

Kathleen Boyd, N.P.

Subscribed and sworn to before me in the County of Fremont, State of Colorado, this 7 day of August, 2017.

NOTARY PUBLIC

My Commission expires: June 1, 2020

MEGAN LENING
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054012729
MY COMMISSION EXPIRES JUNE 1, 2020