IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00850-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

MR. AURITI,

Defendant.

---

**DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

---

Pursuant to the Civil Practice Standards of Judge Raymond Moore, Standard IV.B.2.a.ii, Defendant Auriti submits the following Statement of Undisputed Material Facts in support of his Motion for Summary Judgment:

**EXHIBIT D**

| | **Defendant's Statements of Undisputed Material Facts** | | |
|---|---|---|---|
| 1 | Defendant Auriti is a Corrections Officer I with the Colorado Department of Corrections (CDOC). Exh. A, Defendant Auriti's Responses to Plaintiff's Discovery, Resp. No. 1, A & B, p. 2. | | |
| 2 | Auriti worked at the Centennial Correctional Facility (CCF), in the Residential Treatment Program (RTP). *Id.* at Resp. No. 2, A & B, pp. 2-3. | | |
| 3 | The RTP is a program for CDOC offenders who suffer from mental illness and/or intellectual and developmental disabilities and is defined and regulated under CDOC Administrative Regulation 650-04. *Id.* at Resp. No. 3, A & B, p. 3. | | |
| 4 | Auriti's job duties in the RTP consisted of running the housing unit, maintaining security and custody, and facilitating mental health, which includes restraining offenders, taking offenders to appointments and group therapy, providing food, and picking up laundry. *Id.* at Resp. No. 2, B, p. 3. | | |
| 5 | In 2015, Plaintiff Sutton was in the same housing unit in the RTP at CCF as offender Richard White. *Id.* at Resp. No. 5, B, p. 7. | | |
| 6 | On September 17, 2015, Sutton submitted a Request for Interview form ("kite"). *Id.* at Resp. No. 6, A & B; *see also* Exh. B, Office of Inspector General (OIG) File, p. 8. | | |
| 7 | Sutton's kite stated that offender White gave him a map containing the location of five dead bodies, and wanted Sutton to give the map to Sutton's "attorney friend" to give to the police. *Id.* at Exh. A, Resp. No. 6, B; Exh. B, p. 8. | | |
| 8 | Sutton also wrote that White gave him three-pages containing "(2 maps and some instructions) about where to find the bodies, they are on my desk." *Id.* | | |

| | | | |
|---|---|---|---|
| 9 | Defendant Auriti recalls speaking to Sutton about offender White's map, but does not recall whether he retrieved the map from Sutton's desk, or directly from Sutton. *Id.* at Exh. A, Resp. No. 6, B, p. 7. | | |
| 10 | Once Sutton's kite was submitted and Auriti obtained the map, he informed his supervisor, Lt. Darrin Russell about the map. *Id.* at Resp. No. 7, B, p. 8. | | |
| 11 | At the request of Lt. Russell, Auriti kept the map confidential, and did not write an incident report. *Id.* | | |
| 12 | After Lt. Russell received the map, he then reported it to the Shift Commander, Cpt. Sam Spangler. *Id.; see also* Exh. B at pp. 3, 6. | | |
| 13 | According to the OIG file, on September 17, 2015, Cpt. Spangler advised Investigator Richard Wren about the map. *See* Exh. B at pp. 3, 6. | | |
| 14 | Investigator Wren turned the map and investigation over to the Aurora Police Department. *Id.* at p. 6. | | |
| 15 | Auriti did not tell offender White or any other offender anything about Sutton's kite, the information in the kite, or the map. *See* Exh. A, Resp. No. 8, A & B, p. 9. | | |
| 16 | Auriti kept all of the information contained in Sutton's kite and the map confidential and did not discuss the situation with anyone other than Lt. Russell. *Id.* | | |
| 17 | When offenders engage in a fight, the normal process is to bring the offenders to the medical clinic to be seen by a medical provider. *See* Exh. C, Affidavit of Kathleen Boyd, ¶ 5. | | |
| 18 | The medical provider conducts a physical examination of the offenders, and is required to complete a CDOC Anatomical Form. *Id.* at ¶ 6. | | |
| 19 | An Anatomical Form is completed to document injuries sustained by the offenders | | |

| | | | |
|---|---|---|---|
| | who engaged in the fight. *Id.* at ¶ 7. | | |
| 20 | The medical provider is also required to complete an Ambulatory Health Record, which also documents the offenders' injuries and any treatment provided to them. *Id.* at ¶ 8. | | |
| 21 | Nurse Practitioner Boyd conducted a thorough review of all of the CDOC medical records contained in the files of offenders Sutton and White for the entirety of 2015. *Id.* at ¶ 9. | | |
| 22 | There are no Anatomical Forms, Ambulatory Health Records, or any other medical records or forms showing any injuries, or otherwise documenting any fight occurring between these two offenders in 2015. *Id.* at ¶ 10. | | |